Case 1:26-cv-02419   Document 1-7   Filed 03/24/26   Page 1 of 6

CIVIL COURT OF CITY OF NEW YORK
COUNTY OF BRONX  HOUSING PART

ANDREWS 102 LLC

        against        *Petitioner (Landlord),*

KAREEM ADAMS

        *Respondent (Tenant)*

        Address:

Index No. L/T

**NON-PAYMENT**

**PETITION DWELLING**

102 WEST 183RD STREET
APT. 2A
BRONX , NY 10453

THE PETITION OF ANDREWS 102 LLC, the Owner\landlord alleges, upon information and belief:

1. Petitioner(s) is(are) the landlord(s)  of the premises.

2. Respondent(s) KAREEM ADAMS,  is(are) tenant(s) in possession of said premises pursuant to a(n) WRITTEN lease agreement  wherein respondents promised to pay to landlord or landlord(s) predecessor as rent  $1,683.86 each month in advance on the 1ST day of each month.

3. Respondent(s) are now in possession of said premises.

4. The premises are the residence of the tenant(s) and the undertenant(s) herein.

5. The premises for which removal is sought was rented for Dwelling purposes and are described as follows: All Rooms, Apartment # 2A in the building known as 102 West 183rd Street Bronx, NY 10453, situated within the territorial jurisdiction of this Court.

6. Pursuant to said agreement there was due from respondent tenant(s), the sum of  $5,222.11 in rent and additional rent as follows:
```
Jan 24 $1,683.86
Dec 23 $1,683.86
Nov 23 $1,683.86
Oct 23   $170.53
```

7. **The premises are subject to The Rent Stabilization Law of 1969 as amended, and have been duly registered with the NY State Division of Housing and Community Renewal -DHCR- and the rent demanded herein does not exceed the registered rent and does not exceed the lawful rent stabilized rent.**

8. Said rent has been demanded from the tenant since same became due by a fourteen day written-notice, a copy of which, with proof of service is annexed hereto.

9.  Respondent(s) have defaulted in the payment thereof and continue in possession of premises without permission after said default.

10. The premises are a multiple dwelling and pursuant to the Housing Maintenance Code Article 41 there is a currently effective registration statement on file with the Office of Code Enforcement which designates the managing agent named below, a natural person over 21 years of age, to be in control of and responsible for the maintenance and operation of the dwelling.

**AGENT:** Ezriel Weinberger. 1651 CONEY ISLAND AVE BROOKLYN, NY 11230
**Multiple Dwelling No. 200299**

WHEREFORE, Petitioner requests a final judgment against respondents(s) for the rent demanded therein, awarding possession of the premises to the petitioner landlord, and directing the issuance of a warrant to remove respondent(s) from possession of the premises together with the costs and disbursements of this proceeding.

ANDREWS 102 LLC,                                                                 Dated March 4, 2024

STATE OF NEW YORK, COUNTY OF BRONX

The Undersigned affirms under penalty of perjury that he is one of the attorneys for the petitioner, that he has read the foregoing petition and knows the contents thereof: that the same are true to his own knowledge except as to matters stated to be upon information and belief: and as to those matters he believes them to be true. The grounds of his belief as to matters not stated upon his knowledge are statements and/or records provided by the petitioner, its agents and/or employees and contained in the file in the Attorney's office. Petitioner is not in the County in which Attorney's office is located. This verification is made pursuant to the provisions of RPAPL 741.

Dated: March 4, 2024                                 *Randi Rosenblatt*
                                                     _____
                                                     RANDI ROSENBLATT, Esq

                                                     Gold & Rosenblatt LLC
                                                     Attorneys for Petitioner-Landlord
                                                     840 Grand Concourse
                                                     Bronx, NY 10451
                                                     (718) 585-2511

# NOTICE TO RESPONDENT TENANT

## DURING THE CORONAVIRUS EMERGENCY, YOU MIGHT BE ENTITLED BY LAW TO SPECIAL DEFENSES AND PROTECTIONS RELATING TO EVICTIONS.

## PLEASE CONTACT YOUR ATTORNEY IMMEDIATELY FOR MORE INFORMATION.

## IF YOU DON'T HAVE AN ATTORNEY, PLEASE CALL

## 718-557-1379

## OR VISIT

## www.nycourts.gov/evictions/nyc/

Case 1:26-cv-02419    Document 1-7    Filed 03/24/26    Page 4 of 6

AVISO A INQUILINO DEMANDADO

DURANTE LA EMERGENCIA POR CORONA VIRUS, PUEDA QUE POR LEY USTED TENGA DERECHO A DEFENSAS Y PROTECCIONES ESPECIALES RELACIONADAS CON DESALOJOS.

POR FAVOR COMUNIQUESE CON SU ABOGADO INMEDIATAMENTE PARA OBTENER MAS INFORMACIÓN.

SI NO TIENE ABOGADO, LLAME AL

718-557-1379

O VISITE

www.nycourts.gov/evictions/nyc/

## FOURTEEN (14) DAY NOTICE

TO: KAREEM ADAMS
   102 WEST 183RD STREET, Apt. 2A
   BRONX, NY 10453

**PLEASE TAKE NOTICE**   that you are hereby required to pay to ANDREWS 102 LLC
landlord of the above described Premises, the sum of $5,222.11 for rent of the premises as follows:

```
JAN24 $1,683.86
DEC23 $1,683.86
NOV23 $1,683.86
OCT23   $170.53
```

You are required to pay within FOURTEEN (14) days from the day of service of this notice, on or before 02/25/2024
or give up possession of the premises to the landlord. If you fail to pay or give up the premises the landlord
will commence summary proceedings against you to recover possession of the premises.

Dated: February 1, 2024               ANDREWS 102 LLC , Landlord

## NOTA DE CATORCE DIAS

**POR FAVOR SIRVASE TOMAR NOTA**   de que usted es requerido, por este medio, de pagar a
ANDREWS 102 LLC  duena de les propiedades arriba descritas por la suma de $5,222.11
por la renta de las propiedades

```
JAN24 $1,683.86
DEC23 $1,683.86
NOV23 $1,683.86
OCT23   $170.53
```

Usted es requerido de pagar dentro de los CATORCE (14) dias a continuacion de recibir esta nota o antes de 02/25/2024
o entregar al dueno la posesion de dichas propiedades. Si usted falla en pagar o en entregar las propiedades, la duena
de las propiedades se vera oblidada a proceder legalmente para recuperar la posesion de la dichas propiedades.

ANDREWS 102 LLC , Landlord

Dated/Fechado: February 1, 2024

DR01 -33 -2A                    FILE NO:   179642

FILED: BRONX CIVIL COURT - L&T 03/10/2024 01:05 PM INDEX NO. LT-309504-24/BX
NYSCEF DOC. NO. 1 RECEIVED NYSCEF: 03/10/2024

Case 1:26-cv-02419 Document 1-7 Filed 03/24/26 Page 6 of 6

State of New York, County of Nassau ss:                                          AFFIDAVIT OF SERVICE

**STEFFE JEAN BAPTISTE** being duly sworn, deposes and says that deponent is a licensed process server; that deponent is not a party to the proceeding; that deponent is over the age of 18 years and resides in the County of **KINGS**.
On **2/2/2024** at **7:37AM** at **102 WEST 183RD ST APT 2A, BRONX, NY 10453** (the Premises) deponent served the within **14 DAY NOTICE** ON **KAREEM ADAMS**

☐ **PERSONAL SERVICE** — by delivering a true copy(ies) to said respondent personally; deponent knew the person so served to be the person described as the respondent herein. Said person described below

■ **SUBSTITUTE SERVICE** — by delivering a true copy(ies) for each named tenant/occupant of said paper to a person of suitable age and discretion who resided at the premises and who was willing to receive same. Said person gave the name of **Jane Doe refused name** and is described below. **02/02/2024 at 7:37AM**

☐ **CORPORATION** — a domestic corp. by delivering a true copy(ies) of said paper to employed at the premises and willing to receive same. Said person is described below

| Sex | Skin Color/Race | Hair Color | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Black | Black | 35 | 5ft4in-5ft7in | 151-170 lbs |

☐ **CONSPICUOUS** — by affixing a true copy(ies) for each named tenant / occupant upon a conspicuous part of Premises to wit: the entrance door/apartment door of said property. Deponent was unable to find person of suitable age and discretion willing to receive said paper having called and made attempts of service there on:

**MAILING(S)** — Within one (1) business day thereafter on **2/5/2024** the undersigned deposes and says he/she mailed two true copies of said paper to each named tenant/occupant enclosed in a paid- postage wrapper properly addressed to respondent (s) at the property sought to be recovered and all addresses listed below by both certified and regular first class mail at a United States Post Office within the city of New York.

Sworn to before me on
**2/5/2024**

**Deborah Savoia**
**Notary Public, State of**
**New York**
**No 01-6268936**
**Qualified in Suffolk County**
**Commission Expires:**
**September 17, 2024**



1108377

**Job # jean baptistes-20240205-1108377     STEFFE JEAN BAPTISTE 1426703**

Zellner-Wood Process Service Agency  License # 1451565 102 Jericho Turnpike Suite 104, Floral Park, NY 11001