CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX – PART HMP

-----------------------------------------------------------------------X

ANDREWS 102 LLC

                             Petitioner,

    -against-


KAREEM ADAMS


                             Respondent.

-----------------------------------------------------------------------X

**NOTICE OF DISCONTINUANCE**

Index Number: 309504-2024

1. Case discontinued as the respondent has satisfied the petition.

2. Petitioner alleges $5189.60 is owed through August 31, 2024, comprised of $1296.80 for May 2024, and $1297.60 per month for June 2024 through August 2024.


Dated: October 9, 2024

                                            _____

                                            Christine Panza
                                            Gold & Rosenblatt
                                            Attorneys for Petitioner

# Tenant Statement

## In Legal

08/29/24 12:57:13

| 37 | Andrews 102 LLC | Type: Stab | Lease: 01/01/23-12/31/23 | |
| 2A | ADAMS, KAREEM | | Rent: | 1,683.86 |
| | | | Rent Balance: | 6,143.64 |
| | | | Security Balance: | 377.05 |
| | | | Total Inc. Security: | 6,520.69 |

**Included in Rent Balance:**

| Rent Due: | 5,219.64 |
| Legal Due: | 924.00 |

LB
CC
AC

| Date | CP | Description | Debit | Credit | Balance | Check #/Comment |
|------|----|-------------|-------|--------|---------|-----------------|
| 01/01/06 | | Move in: ADAMS, KAREEM | | | | |
| 01/01/20 | | Balance Forward | | | 2,072.20 | |
| 01/01/20 | | Rent Charge | 1,606.76 | | 3,678.96 | |
| 01/01/20 | | Security Charge | 23.75 | | 3,702.71 | |
| 01/16/20 | LB | Rent Receipt | | 1,000.00 | 2,702.71 | 62791960 |
| 01/16/20 | LB | Rent Receipt | | 583.01 | 2,119.70 | 62791961 |
| 02/01/20 | | Rent Charge | 1,606.76 | | 3,726.46 | |
| 02/14/20 | LB | Rent Receipt | | 1,000.00 | 2,726.46 | 62071684 |
| 02/14/20 | LB | Rent Receipt | | 600.76 | 2,125.70 | 62071685 |
| 03/01/20 | | Rent Charge | 1,606.76 | | 3,732.46 | |
| 03/16/20 | LB | Rent Receipt | | 1,000.00 | 2,732.46 | 87309932 |
| 03/16/20 | LB | Rent Receipt | | 606.76 | 2,125.70 | 87309933 |
| 04/01/20 | | Rent Charge | 1,606.76 | | 3,732.46 | |
| 04/14/20 | LB | Rent Receipt | | 606.76 | 3,125.70 | 87310718 |
| 04/14/20 | LB | Rent Receipt | | 1,000.00 | 2,125.70 | 87310717 |
| 05/01/20 | | Rent Charge | 1,606.76 | | 3,732.46 | |
| 05/15/20 | LB | Rent Receipt | | 1,000.00 | 2,732.46 | 101069189 |
| 05/15/20 | LB | Rent Receipt | | 606.06 | 2,126.40 | 101069190 |
| 06/01/20 | | Rent Charge | 1,606.76 | | 3,733.16 | |
| 06/15/20 | LB | Rent Receipt | | 1,000.00 | 2,733.16 | 107444877 |
| 06/15/20 | LB | Rent Receipt | | 606.76 | 2,126.40 | 107444878 |
| 07/01/20 | | Rent Charge | 1,606.76 | | 3,733.16 | |
| 07/16/20 | LB | Rent Receipt | | 1,000.00 | 2,733.16 | 101068212 |
| 07/16/20 | LB | Rent Receipt | | 606.06 | 2,127.10 | 101068213 |
| 08/01/20 | | Rent Charge | 1,606.76 | | 3,733.86 | |
| 08/14/20 | LB | Rent Receipt | | 606.76 | 3,127.10 | 120882292 |
| 08/14/20 | LB | Rent Receipt | | 1,000.00 | 2,127.10 | 120882291 |
| 09/01/20 | | Rent Charge | 1,606.76 | | 3,733.86 | |
| 09/18/20 | LB | Rent Receipt | | 606.76 | 3,127.10 | 127210637 |
| 09/18/20 | LB | Rent Receipt | | 1,000.00 | 2,127.10 | 127210636 |
| 10/01/20 | | Rent Charge | 1,606.76 | | 3,733.86 | |
| 10/16/20 | LB | Rent Receipt | | 606.76 | 3,127.10 | 174967420 |
| 10/16/20 | LB | Rent Receipt | | 1,000.00 | 2,127.10 | 174967419 |
| 11/01/20 | | Rent Charge | 1,606.76 | | 3,733.86 | |
| 12/01/20 | | Rent Charge | 1,606.76 | | 5,340.62 | |
| 12/21/20 | LB | Rent Receipt | | 606.76 | 4,733.86 | 199012731 |

| Include Security: Y | Only Section 8 Info.: N | Tenant Obligation Only: N | Only Selected Codes: N |
| Actual S8 Income: N | Rent & S8 Combined: N | Exclude Legal Info.: N | All Records for Unit: N |

Include:

2 of 7

*Page 1*

# Tenant Statement

## In Legal

08/29/24 12:57:13

| 37 | Andrews 102 LLC | Type: Stab | Lease: 01/01/23-12/31/23 | |
|----|-----------------|------------|--------------------------|--|
| 2A | ADAMS, KAREEM   |            | Rent: | 1,683.86 |
|    |                 |            | Rent Balance: | 6,143.64 |
|    |                 |            | Security Balance: | 377.05 |
|    |                 |            | Total Inc. Security: | 6,520.69 |

**Included in Rent Balance:**
Rent Due: 5,219.64
Legal Due: 924.00

| Date | LB CC AC CP | Description | Debit | Credit | Balance | Check #/Comment |
|------|-------------|-------------|-------|--------|---------|-----------------|
| 12/21/20 | LB | Rent Receipt | | 1,000.00 | 3,733.86 | 199012730 |
| 01/01/21 | | Rent Charge | 1,606.76 | | 5,340.62 | |
| 02/01/21 | | Rent Charge | 1,606.76 | | 6,947.38 | |
| 03/01/21 | | Rent Charge | 1,606.76 | | 8,554.14 | |
| 03/01/21 | LB | Rent Receipt | | 606.76 | 7,947.38 | 9221809598 |
| 03/01/21 | LB | Rent Receipt | | 1,000.00 | 6,947.38 | 9221809597 |
| 04/01/21 | | Rent Charge | 1,606.76 | | 8,554.14 | |
| 04/14/21 | | Dispossess Charge | 70.00 | | 8,624.14 | |
| 04/15/21 | LB | Rent Receipt | | 1,000.00 | 7,624.14 | 9231759701 |
| 04/15/21 | LB | Rent Receipt | | 606.76 | 7,017.38 | 9231759702 |
| 05/01/21 | | Rent Charge | 1,606.76 | | 8,624.14 | |
| 05/18/21 | LB | Rent Receipt | | 606.76 | 8,017.38 | 195504595 |
| 05/18/21 | LB | Rent Receipt | | 1,000.00 | 7,017.38 | 195504596 |
| 05/19/21 | | Dispossess Charge | 130.00 | | 7,147.38 | |
| 06/01/21 | | Rent Charge | 1,606.76 | | 8,754.14 | |
| 06/15/21 | LB | Rent Receipt | | 1,000.00 | 7,754.14 | 272837875 |
| 06/15/21 | LB | Rent Receipt | | 606.76 | 7,147.38 | 272837876 |
| 07/01/21 | | Rent Charge | 1,606.76 | | 8,754.14 | |
| 07/19/21 | LB | Rent Receipt | | 606.76 | 8,147.38 | 195797112 |
| 07/19/21 | LB | Rent Receipt | | 1,000.00 | 7,147.38 | 195797111 |
| 08/01/21 | | Rent Charge | 1,606.76 | | 8,754.14 | |
| 08/19/21 | LB | Rent Receipt | | 606.76 | 8,147.38 | 249008777 |
| 08/19/21 | LB | Rent Receipt | | 1,000.00 | 7,147.38 | 249008776 |
| 08/25/21 | | Dispossess Charge | 70.00 | | 7,217.38 | |
| 09/01/21 | | Rent Charge | 1,606.76 | | 8,824.14 | |
| 09/16/21 | LB | Rent Receipt | | 1,000.00 | 7,824.14 | 195946494 |
| 09/16/21 | LB | Rent Receipt | | 606.76 | 7,217.38 | 195946495 |
| 10/01/21 | | Rent Charge | 1,606.76 | | 8,824.14 | |
| 10/05/21 | | Dispossess Charge | 130.00 | | 8,954.14 | |
| 10/15/21 | LB | Rent Receipt | | 1,000.00 | 7,954.14 | 196108823 |
| 10/15/21 | LB | Rent Receipt | | 606.76 | 7,347.38 | 196108824 |
| 11/01/21 | | Rent Charge | 1,606.76 | | 8,954.14 | |
| 11/19/21 | LB | Rent Receipt | | 1,000.00 | 7,954.14 | 196109193 |
| 11/19/21 | LB | Rent Receipt | | 606.76 | 7,347.38 | 19610919 |
| 12/01/21 | | Rent Charge | 1,606.76 | | 8,954.14 | |
| 12/16/21 | LB | Rent Receipt | | 606.76 | 8,347.38 | 314886885 |

| Include Security: | Y | Only Section 8 Info.: | N | Tenant Obligation Only: | N | Only Selected Codes: | N |
|---|---|---|---|---|---|---|---|
| Actual S8 Income: | N | Rent & S8 Combined: | N | Exclude Legal Info.: | N | All Records for Unit: | N |

Include:

3 of 7

# Tenant Statement          **In Legal**          *08/29/24 12:57:13*

**37**   **Andrews 102 LLC**          Type: Stab          Lease: 01/01/23-12/31/23
**2A**   **ADAMS, KAREEM**                                Rent:              1,683.86
                                                         Rent Balance:      6,143.64
                                                         Security Balance:    377.05
                                                         Total Inc. Security: 6,520.69

                                                         *Included in Rent Balance:*
                                                         Rent Due:          5,219.64
                                                         Legal Due:           924.00

LB
CC
AC

| Date | CP | Description | Debit | Credit | Balance | Check #/Comment |
|---|---|---|---|---|---|---|
| 12/16/21 | LB | Rent Receipt | | 1,000.00 | 7,347.38 | 314886884 |
| 01/01/22 | | Rent Charge | 1,606.76 | | 8,954.14 | |
| 01/13/22 | | Dispossess Charge | 70.00 | | 9,024.14 | |
| 01/21/22 | LB | Rent Receipt | | 1,000.00 | 8,024.14 | 314978034 |
| 01/21/22 | LB | Rent Receipt | | 606.76 | 7,417.38 | 314978035 |
| 02/01/22 | | Rent Charge | 1,606.76 | | 9,024.14 | |
| 02/17/22 | | Dispossess Charge | 130.00 | | 9,154.14 | |
| 02/22/22 | LB | Rent Receipt | | 606.76 | 8,547.38 | 315068904 |
| 02/22/22 | LB | Rent Receipt | | 1,000.00 | 7,547.38 | 315068903 |
| 03/01/22 | | Rent Charge | 1,606.76 | | 9,154.14 | |
| 03/21/22 | LB | Rent Receipt | | 1,000.00 | 8,154.14 | 315153780 |
| 03/21/22 | LB | Rent Receipt | | 606.66 | 7,547.48 | 315153781 |
| 04/01/22 | | Rent Charge | 1,606.76 | | 9,154.24 | |
| 04/28/22 | LB | Rent Receipt | | 1,000.00 | 8,154.24 | 391098258 |
| 04/28/22 | LB | Rent Receipt | | 606.76 | 7,547.48 | 391098259 |
| 05/01/22 | | Rent Charge | 1,606.76 | | 9,154.24 | |
| 06/01/22 | | Rent Charge | 1,606.76 | | 10,761.00 | |
| 07/01/22 | | Rent Charge | 1,630.86 | | 12,391.86 | |
| 07/01/22 | | Security Charge | 24.10 | | 12,415.96 | |
| 08/01/22 | | Rent Charge | 1,630.86 | | 14,046.82 | |
| 08/17/22 | | Rent Receipt | | 108.49 | 13,938.33 | ck#402087 12/21 from 36 |
| 08/17/22 | | Rent Receipt | | 1,606.76 | 12,331.57 | ck#402087 1/22 from 36 |
| 08/17/22 | | Rent Receipt | | 1,606.76 | 10,724.81 | ck#402087 2/22 from 36 |
| 08/17/22 | | Rent Receipt | | 1,606.76 | 9,118.05 | ck#402087 3/22 from 36 |
| 08/17/22 | | Rent Receipt | | 1,606.76 | 7,511.29 | ck#402087 5/22 from 36 |
| 08/17/22 | | Rent Receipt | | 1,606.76 | 5,904.53 | ck#402087 4/22 from 36 |
| 08/17/22 | | Rent Receipt | | 1,606.76 | 4,297.77 | ck#402087 6/22 from 36 |
| 08/19/22 | LB | Rent Receipt | | 630.86 | 3,666.91 | 315678011 |
| 08/19/22 | LB | Rent Receipt | | 1,000.00 | 2,666.91 | 315678012 |
| 09/01/22 | | Rent Charge | 1,630.86 | | 4,297.77 | |
| 09/26/22 | LB | Rent Receipt | | 1,000.00 | 3,297.77 | 385162563 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Include Security: | Y | Only Section 8 Info.: | N | Tenant Obligation Only: | N | Only Selected Codes: N |
| Actual S8 Income: | N | Rent & S8 Combined: | N | Exclude Legal Info.: | N | All Records for Unit: N |

Include:

*Page 3*

FILED: BRONX CIVIL COURT - L&T 10/09/2024 04:11 PM INDEX NO. LT-309504-24/BX
NYSCEF DOC. NO. 5                                                    RECEIVED NYSCEF: 10/09/2024

Case 1:26-cv-02419   Document 1-8   Filed 03/24/26   Page 5 of 7

## Tenant Statement

### In Legal

08/29/24 12:57:13

| 37 | Andrews 102 LLC | Type: Stab | Lease: 01/01/23-12/31/23 | |
|---|---|---|---|---|
| 2A | ADAMS, KAREEM | | Rent: | 1,683.86 |
| | | | Rent Balance: | 6,143.64 |
| | | | Security Balance: | 377.05 |
| | | | Total Inc. Security: | 6,520.69 |

**Included in Rent Balance:**
Rent Due: 5,219.64
Legal Due: 924.00

| Date | LB CC AC CP Description | Debit | Credit | Balance | Check #/Comment |
|---|---|---|---|---|---|
| 09/26/22 | LB Rent Receipt | | 606.76 | 2,691.01 | 385162564 |
| 10/01/22 | Rent Charge | 1,630.86 | | 4,321.87 | |
| 10/20/22 | LB Rent Receipt | | 1,000.00 | 3,321.87 | 420213893 |
| 10/20/22 | LB Rent Receipt | | 606.76 | 2,715.11 | 420213894 |
| 11/01/22 | Rent Charge | 1,630.86 | | 4,345.97 | |
| 11/25/22 | LB Rent Receipt | | 1,000.00 | 3,345.97 | 420280277 |
| 11/25/22 | LB Rent Receipt | | 606.76 | 2,739.21 | 420280278 |
| 12/01/22 | Rent Charge | 1,630.86 | | 4,370.07 | |
| 12/16/22 | LB Rent Receipt | | 606.76 | 3,763.31 | 420361014 |
| 12/16/22 | LB Rent Receipt | | 1,000.00 | 2,763.31 | 420361013 |
| 01/01/23 | Rent Charge | 1,683.86 | | 4,447.17 | |
| 01/01/23 | Security Charge | 53.00 | | 4,500.17 | |
| 01/25/23 | LS Rent Receipt | | 606.76 | 3,893.41 | 420412304 |
| 01/25/23 | LS Rent Receipt | | 1,000.00 | 2,893.41 | 420412303 |
| 02/01/23 | Rent Charge | 1,683.86 | | 4,577.27 | |
| 02/24/23 | LS Rent Receipt | | 683.86 | 3,893.41 | 420479556 |
| 02/24/23 | LS Rent Receipt | | 1,000.00 | 2,893.41 | 420479555 |
| 03/01/23 | Rent Charge | 1,683.86 | | 4,577.27 | |
| 03/22/23 | LS Rent Receipt | | 1,000.00 | 3,577.27 | 420660417 |
| 03/22/23 | LS Rent Receipt | | 630.86 | 2,946.41 | 420660418 |
| 04/01/23 | Rent Charge | 1,683.86 | | 4,630.27 | |
| 04/21/23 | LS Rent Receipt | | 683.86 | 3,946.41 | 420717308 |
| 04/21/23 | LS Rent Receipt | | 1,000.00 | 2,946.41 | 420717307 |
| 05/01/23 | Rent Charge | 1,683.86 | | 4,630.27 | |
| 05/30/23 | LS Rent Receipt | | 683.86 | 3,946.41 | 420759755 |
| 05/30/23 | LS Rent Receipt | | 1,000.00 | 2,946.41 | 420759754 |
| 06/01/23 | Rent Charge | 1,683.86 | | 4,630.27 | |
| 06/27/23 | LS Rent Receipt | | 1,000.00 | 3,630.27 | 420759977 |
| 06/27/23 | LS Rent Receipt | | 683.86 | 2,946.41 | 420759978 |
| 07/01/23 | Rent Charge | 1,683.86 | | 4,630.27 | |
| 07/27/23 | LS Rent Receipt | | 683.86 | 3,946.41 | 420954759 |
| 07/27/23 | LS Rent Receipt | | 1,000.00 | 2,946.41 | 4209954760 |
| 08/01/23 | Rent Charge | 1,683.86 | | 4,630.27 | |
| 08/25/23 | LS Rent Receipt | | 1,000.00 | 3,630.27 | 421071700 |
| 08/25/23 | LS Rent Receipt | | 683.86 | 2,946.41 | 421071701 |
| 09/01/23 | Rent Charge | 1,683.86 | | 4,630.27 | |

| Include Security: Y | Only Section 8 Info.: N | Tenant Obligation Only: N | Only Selected Codes: N |
|---|---|---|---|
| Actual S8 Income: N | Rent & S8 Combined: N | Exclude Legal Info.: N | All Records for Unit: N |

Include:

5 of 7

*Page 4*

## Tenant Statement

### In Legal

08/29/24 12:57:13

| | |
|---|---|
| 37 | Andrews 102 LLC |
| 2A | ADAMS, KAREEM |

Type: Stab

| | |
|---|---:|
| Lease: 01/01/23-12/31/23 | |
| Rent: | 1,683.86 |
| Rent Balance: | 6,143.64 |
| Security Balance: | 377.05 |
| Total Inc. Security: | 6,520.69 |

***Included in Rent Balance:***

| | |
|---|---:|
| Rent Due: | 5,219.64 |
| Legal Due: | 924.00 |

| Date | LB CC AC CP | Description | Debit | Credit | Balance | Check #/Comment |
|---|---|---|---:|---:|---:|---|
| 09/21/23 | LS | Rent Receipt | | 686.83 | 3,943.44 | 421130446 |
| 09/21/23 | LS | Rent Receipt | | 1,000.00 | 2,943.44 | 421130445 |
| 10/01/23 | | Rent Charge | 1,683.86 | | 4,627.30 | |
| 10/16/23 | LS | Rent Receipt | | 1,000.00 | 3,627.30 | 532901024 |
| 10/16/23 | LS | Rent Receipt | | 683.86 | 2,943.44 | 532901025 |
| 11/01/23 | | Rent Charge | 1,683.86 | | 4,627.30 | |
| 11/15/23 | LS | Rent Receipt | | 1,000.00 | 3,627.30 | 532957953 |
| 11/15/23 | LS | Rent Receipt | | 683.86 | 2,943.44 | 532957954 |
| 12/01/23 | | Rent Charge | 1,683.86 | | 4,627.30 | |
| 01/01/24 | | Rent Charge | 1,683.86 | | 6,311.16 | |
| 01/25/24 | LS | Rent Receipt | | 1,000.00 | 5,311.16 | 533174436 |
| 01/25/24 | LS | Rent Receipt | | 686.83 | 4,624.33 | 533174437 |
| 01/31/24 | | Dispossess Charge | 76.00 | | 4,700.33 | |
| 02/01/24 | | Rent Charge | 1,683.86 | | 6,384.19 | |
| 02/29/24 | LS | Rent Receipt | | 1,000.00 | 5,384.19 | 533212166 |
| 02/29/24 | LS | Rent Receipt | | 683.86 | 4,700.33 | 533212167 |
| 03/01/24 | | Rent Charge | 1,683.86 | | 6,384.19 | |
| 03/04/24 | | Dispossess Charge | 136.00 | | 6,520.19 | |
| 03/15/24 | LS | Rent Receipt | | 1,000.00 | 5,520.19 | 9314894522 |
| 03/15/24 | LS | Rent Receipt | | 683.86 | 4,836.33 | 9314894533 |
| 04/01/24 | | Rent Charge | 1,683.86 | | 6,520.19 | |
| 04/18/24 | | Rent Receipt | | 1,000.00 | 5,520.19 | m1012 |
| 04/18/24 | | Rent Receipt | | 683.86 | 4,836.33 | m1023 |
| 05/01/24 | | Rent Charge | 1,683.86 | | 6,520.19 | |
| 05/24/24 | LS | Rent Receipt | | 683.86 | 5,836.33 | 9423473097 |
| 05/24/24 | LS | Rent Receipt | | 1,000.00 | 4,836.33 | 9423473108 |
| 06/01/24 | | Rent Charge | 1,683.86 | | 6,520.19 | |
| 06/20/24 | LS | Rent Receipt | | 1,000.00 | 5,520.19 | 9427573892 |
| 06/20/24 | LS | Rent Receipt | | 683.86 | 4,836.33 | 9427573881 |
| 07/01/24 | | Rent Charge | 1,683.86 | | 6,520.19 | |
| 07/25/24 | LS | Rent Receipt | | 1,000.00 | 5,520.19 | 9555800334 |
| 07/25/24 | LS | Rent Receipt | | 683.86 | 4,836.33 | 9555800345 |
| 08/01/24 | | Rent Charge | 1,683.86 | | 6,520.19 | |
| 08/22/24 | LS | Rent Receipt | | 1,000.00 | 5,520.19 | 955825883 |
| 08/22/24 | LS | Rent Receipt | | 683.36 | 4,836.83 | 9555825894 |
| 09/01/24 | | ~~Rent Charge~~ | ~~1,683.86~~ | | ~~6,520.69~~ | |

*[handwritten notes:]*

Bal. 3535.78
6/240 168.06
7/24 - 8/24 o
1683.86/mo

4836.83
- 924
3912.83 - 377.05 = 3535.78

| | | | |
|---|---|---|---|
| Include Security: **Y** | Only Section 8 Info.: **N** | Tenant Obligation Only: **N** | Only Selected Codes: **N** |
| Actual S8 Income: **N** | Rent & S8 Combined: **N** | Exclude Legal Info.: **N** | All Records for Unit: **N** |

Include:

*Page 5*

<u>Affirmation of Service By Mail</u>

The undersigned, an attorney admitted to practice law in the Courts of the State of New York, hereby affirms under penalty of perjury, the (s)he is a member of or associated with Gold & Rosenblatt, attorneys for Petitioner, whose business address is 840 Grand Concourse, Bronx, New York, 10451, and is not a party to this proceeding; that on October 9, 2024 affirmant served the within Notice of Discontinuance upon respondent(s) or counsel for respondent(s) in this proceeding, by depositing a true copy of same enclosed in an envelope addressed as follows:

To:    Kareem Adams
       102 West 183rd Street
       Apartment: 2A
       Bronx, NY 10453

the address of the subject premises of address designated by said attorney for the purpose, then depositing said postcard, with proper postage affixed thereto, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York

Affirmed: October 9, 2024

_____
Christine Panza