CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX – PART HMP
-----------------------------------------------------------------------X
ANDREWS 102 LLC

                          Petitioner,

   -against-

KAREEM ADAMS

                       Respondent.
-----------------------------------------------------------------------X

**NOTICE OF DISCONTINUANCE**

Index Number: 310503-2025

1. Case discontinued without prejudice to $168.06 alleged due through the petition.

2. Petitioner alleges $5219.64 is owed through May 31, 2025, comprised of $168.06 for February 2025 and $1683.86 per month for March 2025 through May 2025.

Dated: June 9, 2025

_____
Christine Panza
Gold & Rosenblatt
Attorneys for Petitioner

**Tenant Statement**                    **In Legal**                                05/20/25  15:21:55

| 37 | Andrews 102 LLC | Type: Stab | Lease: 01/01/23-12/31/23 | |
| 2A | ADAMS, KAREEM | | Rent: | 1,683.86 |
| | | | Rent Balance: | 6,587.64 |
| | | | Security Balance: | 377.05 |
| | | | Total Inc. Security: | 6,964.69 |
| | | | *Included in Rent Balance:* | |
| | | | Rent Due: | 5,219.64 |
| | | | Legal Due: | 1,368.00 |

LB
CC
AC
CP

| Date | WB | Description | Debit | Credit | Balance | Check #/Comment |
|------|----|-------------|-------|--------|---------|-----------------|
| 01/01/06 | | Move in: ADAMS, KAREEM | | | | |
| 01/01/20 | | Balance Forward | | | 2,072.20 | |
| 01/01/20 | | Rent Charge | 1,606.76 | | 3,678.96 | |
| 01/01/20 | | Security Charge | 23.75 | | 3,702.71 | |
| 01/16/20 | LB | Rent Receipt | | 1,000.00 | 2,702.71 | 62791960 |
| 01/16/20 | LB | Rent Receipt | | 583.01 | 2,119.70 | 62791961 |
| 02/01/20 | | Rent Charge | 1,606.76 | | 3,726.46 | |
| 02/14/20 | LB | Rent Receipt | | 1,000.00 | 2,726.46 | 62071684 |
| 02/14/20 | LB | Rent Receipt | | 600.76 | 2,125.70 | 62071685 |
| 03/01/20 | | Rent Charge | 1,606.76 | | 3,732.46 | |
| 03/16/20 | LB | Rent Receipt | | 1,000.00 | 2,732.46 | 87309932 |
| 03/16/20 | LB | Rent Receipt | | 606.76 | 2,125.70 | 87309933 |
| 04/01/20 | | Rent Charge | 1,606.76 | | 3,732.46 | |
| 04/14/20 | LB | Rent Receipt | | 606.76 | 3,125.70 | 87310718 |
| 04/14/20 | LB | Rent Receipt | | 1,000.00 | 2,125.70 | 87310717 |
| 05/01/20 | | Rent Charge | 1,606.76 | | 3,732.46 | |
| 05/15/20 | LB | Rent Receipt | | 1,000.00 | 2,732.46 | 101069189 |
| 05/15/20 | LB | Rent Receipt | | 606.06 | 2,126.40 | 101069190 |
| 06/01/20 | | Rent Charge | 1,606.76 | | 3,733.16 | |
| 06/15/20 | LB | Rent Receipt | | 1,000.00 | 2,733.16 | 107444877 |
| 06/15/20 | LB | Rent Receipt | | 606.76 | 2,126.40 | 107444878 |
| 07/01/20 | | Rent Charge | 1,606.76 | | 3,733.16 | |
| 07/16/20 | LB | Rent Receipt | | 1,000.00 | 2,733.16 | 101068212 |
| 07/16/20 | LB | Rent Receipt | | 606.06 | 2,127.10 | 101068213 |
| 08/01/20 | | Rent Charge | 1,606.76 | | 3,733.86 | |
| 08/14/20 | LB | Rent Receipt | | 606.76 | 3,127.10 | 120882292 |
| 08/14/20 | LB | Rent Receipt | | 1,000.00 | 2,127.10 | 120882291 |
| 09/01/20 | | Rent Charge | 1,606.76 | | 3,733.86 | |
| 09/18/20 | LB | Rent Receipt | | 606.76 | 3,127.10 | 127210637 |
| 09/18/20 | LB | Rent Receipt | | 1,000.00 | 2,127.10 | 127210636 |
| 10/01/20 | | Rent Charge | 1,606.76 | | 3,733.86 | |
| 10/16/20 | LB | Rent Receipt | | 606.76 | 3,127.10 | 174967420 |
| 10/16/20 | LB | Rent Receipt | | 1,000.00 | 2,127.10 | 174967419 |
| 11/01/20 | | Rent Charge | 1,606.76 | | 3,733.86 | |
| 12/01/20 | | Rent Charge | 1,606.76 | | 5,340.62 | |

| Include Security: Y | Only Section 8 Info.: N | Tenant Obligation Only: N | Only Selected Codes: N |
|---|---|---|---|
| Actual S8 Income: N | Rent & S8 Combined: N | Exclude Legal Info.: N | All Records for Unit: N |

Include:

*Page 1*

## Tenant Statement    In Legal

| 37 | Andrews 102 LLC | Type: Stab | Lease: 01/01/23-12/31/23 | |
|----|-----------------|------------|--------------------------|--|
| 2A | ADAMS, KAREEM | | Rent: | 1,683.86 |
| | | | Rent Balance: | 6,587.64 |
| | | | Security Balance: | 377.05 |
| | | | Total Inc. Security: | 6,964.69 |
| | | | *Included in Rent Balance:* | |
| | | | Rent Due: | 5,219.64 |
| | | | Legal Due: | 1,368.00 |

LB
CC
AC
CP

| Date | WB | Description | Debit | Credit | Balance | Check #/Comment |
|------|----|-----|-------|--------|---------|-----------------|
| 12/21/20 | LB | Rent Receipt | | 606.76 | 4,733.86 | 199012731 |
| 12/21/20 | LB | Rent Receipt | | 1,000.00 | 3,733.86 | 199012730 |
| 01/01/21 | | Rent Charge | 1,606.76 | | 5,340.62 | |
| 02/01/21 | | Rent Charge | 1,606.76 | | 6,947.38 | |
| 03/01/21 | | Rent Charge | 1,606.76 | | 8,554.14 | |
| 03/01/21 | LB | Rent Receipt | | 606.76 | 7,947.38 | 9221809598 |
| 03/01/21 | LB | Rent Receipt | | 1,000.00 | 6,947.38 | 9221809597 |
| 04/01/21 | | Rent Charge | 1,606.76 | | 8,554.14 | |
| 04/14/21 | | Dispossess Charge | 70.00 | | 8,624.14 | |
| 04/15/21 | LB | Rent Receipt | | 1,000.00 | 7,624.14 | 9231759701 |
| 04/15/21 | LB | Rent Receipt | | 606.76 | 7,017.38 | 9231759702 |
| 05/01/21 | | Rent Charge | 1,606.76 | | 8,624.14 | |
| 05/18/21 | LB | Rent Receipt | | 606.76 | 8,017.38 | 195504595 |
| 05/18/21 | LB | Rent Receipt | | 1,000.00 | 7,017.38 | 195504596 |
| 05/19/21 | | Dispossess Charge | 130.00 | | 7,147.38 | |
| 06/01/21 | | Rent Charge | 1,606.76 | | 8,754.14 | |
| 06/15/21 | LB | Rent Receipt | | 1,000.00 | 7,754.14 | 272837875 |
| 06/15/21 | LB | Rent Receipt | | 606.76 | 7,147.38 | 272837876 |
| 07/01/21 | | Rent Charge | 1,606.76 | | 8,754.14 | |
| 07/19/21 | LB | Rent Receipt | | 606.76 | 8,147.38 | 195797112 |
| 07/19/21 | LB | Rent Receipt | | 1,000.00 | 7,147.38 | 195797111 |
| 08/01/21 | | Rent Charge | 1,606.76 | | 8,754.14 | |
| 08/19/21 | LB | Rent Receipt | | 606.76 | 8,147.38 | 249008777 |
| 08/19/21 | LB | Rent Receipt | | 1,000.00 | 7,147.38 | 249008776 |
| 08/25/21 | | Dispossess Charge | 70.00 | | 7,217.38 | |
| 09/01/21 | | Rent Charge | 1,606.76 | | 8,824.14 | |
| 09/16/21 | LB | Rent Receipt | | 1,000.00 | 7,824.14 | 195946494 |
| 09/16/21 | LB | Rent Receipt | | 606.76 | 7,217.38 | 195946495 |
| 10/01/21 | | Rent Charge | 1,606.76 | | 8,824.14 | |
| 10/05/21 | | Dispossess Charge | 130.00 | | 8,954.14 | |
| 10/15/21 | LB | Rent Receipt | | 1,000.00 | 7,954.14 | 196108823 |
| 10/15/21 | LB | Rent Receipt | | 606.76 | 7,347.38 | 196108824 |
| 11/01/21 | | Rent Charge | 1,606.76 | | 8,954.14 | |
| 11/19/21 | LB | Rent Receipt | | 1,000.00 | 7,954.14 | 196109193 |
| 11/19/21 | LB | Rent Receipt | | 606.76 | 7,347.38 | 19610919 |

*Page 2*

| Include Security: Y | Only Section 8 Info.: N | Tenant Obligation Only: N | Only Selected Codes: N |
|---|---|---|---|
| Actual S8 Income: N | Rent & S8 Combined: N | Exclude Legal Info.: N | All Records for Unit: N |
| Include: | | | |

# Tenant Statement

## In Legal

| 37 | Andrews 102 LLC | | Type: Stab | | Lease: 01/01/23-12/31/23 | |
|----|-----------------|--|------------|--|--------------------------|--|
| 2A | ADAMS, KAREEM | | | | Rent: | 1,683.86 |
| | | | | | Rent Balance: | 6,587.64 |
| | | | | | Security Balance: | 377.05 |
| | | | | | Total Inc. Security: | 6,964.69 |
| | | | | | *Included in Rent Balance:* | |
| | | | | | Rent Due: | 5,219.64 |
| | | | | | Legal Due: | 1,368.00 |

LB
CC
AC
CP

| Date | WB | Description | Debit | Credit | Balance | Check #/Comment |
|------|----|-------------|-------|--------|---------|-----------------|
| 12/01/21 | | Rent Charge | 1,606.76 | | 8,954.14 | |
| 12/16/21 | LB | Rent Receipt | | 606.76 | 8,347.38 | 314886885 |
| 12/16/21 | LB | Rent Receipt | | 1,000.00 | 7,347.38 | 314886884 |
| 01/01/22 | | Rent Charge | 1,606.76 | | 8,954.14 | |
| 01/13/22 | | Dispossess Charge | 70.00 | | 9,024.14 | |
| 01/21/22 | LB | Rent Receipt | | 1,000.00 | 8,024.14 | 314978034 |
| 01/21/22 | LB | Rent Receipt | | 606.76 | 7,417.38 | 314978035 |
| 02/01/22 | | Rent Charge | 1,606.76 | | 9,024.14 | |
| 02/17/22 | | Dispossess Charge | 130.00 | | 9,154.14 | |
| 02/22/22 | LB | Rent Receipt | | 606.76 | 8,547.38 | 315068904 |
| 02/22/22 | LB | Rent Receipt | | 1,000.00 | 7,547.38 | 315068903 |
| 03/01/22 | | Rent Charge | 1,606.76 | | 9,154.14 | |
| 03/21/22 | LB | Rent Receipt | | 1,000.00 | 8,154.14 | 315153780 |
| 03/21/22 | LB | Rent Receipt | | 606.66 | 7,547.48 | 315153781 |
| 04/01/22 | | Rent Charge | 1,606.76 | | 9,154.24 | |
| 04/28/22 | LB | Rent Receipt | | 1,000.00 | 8,154.24 | 391098258 |
| 04/28/22 | LB | Rent Receipt | | 606.76 | 7,547.48 | 391098259 |
| 05/01/22 | | Rent Charge | 1,606.76 | | 9,154.24 | |
| 06/01/22 | | Rent Charge | 1,606.76 | | 10,761.00 | |
| 07/01/22 | | Rent Charge | 1,630.86 | | 12,391.86 | |
| 07/01/22 | | Security Charge | 24.10 | | 12,415.96 | |
| 08/01/22 | | Rent Charge | 1,630.86 | | 14,046.82 | |
| 08/17/22 | | Rent Receipt | | 108.49 | 13,938.33 | ck#402087 12/21 |
| 08/17/22 | | Rent Receipt | | 1,606.76 | 12,331.57 | ck#402087 1/22 |
| 08/17/22 | | Rent Receipt | | 1,606.76 | 10,724.81 | ck#402087 2/22 |
| 08/17/22 | | Rent Receipt | | 1,606.76 | 9,118.05 | ck#402087 3/22 |
| 08/17/22 | | Rent Receipt | | 1,606.76 | 7,511.29 | ck#402087 5/22 |
| 08/17/22 | | Rent Receipt | | 1,606.76 | 5,904.53 | ck#402087 4/22 |
| 08/17/22 | | Rent Receipt | | 1,606.76 | 4,297.77 | ck#402087 6/22 |
| 08/19/22 | LB | Rent Receipt | | 630.86 | 3,666.91 | 315678011 |
| 08/19/22 | LB | Rent Receipt | | 1,000.00 | 2,666.91 | 315678012 |
| 09/01/22 | | Rent Charge | 1,630.86 | | 4,297.77 | |
| 09/26/22 | LB | Rent Receipt | | 1,000.00 | 3,297.77 | 385162563 |
| 09/26/22 | LB | Rent Receipt | | 606.76 | 2,691.01 | 385162564 |
| 10/01/22 | | Rent Charge | 1,630.86 | | 4,321.87 | |
| 10/20/22 | LB | Rent Receipt | | 1,000.00 | 3,321.87 | 420213893 |

*Page 3*

| Include Security: Y | Only Section 8 Info.: N | Tenant Obligation Only: N | Only Selected Codes: N |
|---------------------|-------------------------|---------------------------|------------------------|
| Actual S8 Income: N | Rent & S8 Combined: N | Exclude Legal Info.: N | All Records for Unit: N |

Include:

**Tenant Statement**                                    **In Legal**

| | | | |
|---|---|---|---|
| 37 | Andrews 102 LLC | Type: Stab | Lease: 01/01/23-12/31/23 |
| 2A | ADAMS, KAREEM | | Rent: 1,683.86 |
| | | | Rent Balance: 6,587.64 |
| | | | Security Balance: 377.05 |
| | | | Total Inc. Security: 6,964.69 |
| | | | *Included in Rent Balance:* |
| | | | Rent Due: 5,219.64 |
| | | | Legal Due: 1,368.00 |

LB
CC
AC
CP

| Date | WB | Description | Debit | Credit | Balance | Check #/Comment |
|---|---|---|---|---|---|---|
| 10/20/22 | LB | Rent Receipt | | 606.76 | 2,715.11 | 420213894 |
| 11/01/22 | | Rent Charge | 1,630.86 | | 4,345.97 | |
| 11/25/22 | LB | Rent Receipt | | 1,000.00 | 3,345.97 | 420280277 |
| 11/25/22 | LB | Rent Receipt | | 606.76 | 2,739.21 | 420280278 |
| 12/01/22 | | Rent Charge | 1,630.86 | | 4,370.07 | |
| 12/16/22 | LB | Rent Receipt | | 606.76 | 3,763.31 | 420361014 |
| 12/16/22 | LB | Rent Receipt | | 1,000.00 | 2,763.31 | 420361013 |
| 01/01/23 | | Rent Charge | 1,683.86 | | 4,447.17 | |
| 01/01/23 | | Security Charge | 53.00 | | 4,500.17 | |
| 01/25/23 | LS | Rent Receipt | | 606.76 | 3,893.41 | 420412304 |
| 01/25/23 | LS | Rent Receipt | | 1,000.00 | 2,893.41 | 420412303 |
| 02/01/23 | | Rent Charge | 1,683.86 | | 4,577.27 | |
| 02/24/23 | LS | Rent Receipt | | 683.86 | 3,893.41 | 420479556 |
| 02/24/23 | LS | Rent Receipt | | 1,000.00 | 2,893.41 | 420479555 |
| 03/01/23 | | Rent Charge | 1,683.86 | | 4,577.27 | |
| 03/22/23 | LS | Rent Receipt | | 1,000.00 | 3,577.27 | 420660417 |
| 03/22/23 | LS | Rent Receipt | | 630.86 | 2,946.41 | 420660418 |
| 04/01/23 | | Rent Charge | 1,683.86 | | 4,630.27 | |
| 04/21/23 | LS | Rent Receipt | | 683.86 | 3,946.41 | 420717308 |
| 04/21/23 | LS | Rent Receipt | | 1,000.00 | 2,946.41 | 420717307 |
| 05/01/23 | | Rent Charge | 1,683.86 | | 4,630.27 | |
| 05/30/23 | LS | Rent Receipt | | 683.86 | 3,946.41 | 420759755 |
| 05/30/23 | LS | Rent Receipt | | 1,000.00 | 2,946.41 | 420759754 |
| 06/01/23 | | Rent Charge | 1,683.86 | | 4,630.27 | |
| 06/27/23 | LS | Rent Receipt | | 1,000.00 | 3,630.27 | 420759977 |
| 06/27/23 | LS | Rent Receipt | | 683.86 | 2,946.41 | 420759978 |
| 07/01/23 | | Rent Charge | 1,683.86 | | 4,630.27 | |
| 07/27/23 | LS | Rent Receipt | | 683.86 | 3,946.41 | 420954759 |
| 07/27/23 | LS | Rent Receipt | | 1,000.00 | 2,946.41 | 4209954760 |
| 08/01/23 | | Rent Charge | 1,683.86 | | 4,630.27 | |
| 08/25/23 | LS | Rent Receipt | | 1,000.00 | 3,630.27 | 421071700 |
| 08/25/23 | LS | Rent Receipt | | 683.86 | 2,946.41 | 421071701 |
| 09/01/23 | | Rent Charge | 1,683.86 | | 4,630.27 | |
| 09/21/23 | LS | Rent Receipt | | 686.83 | 3,943.44 | 421130446 |
| 09/21/23 | LS | Rent Receipt | | 1,000.00 | 2,943.44 | 421130445 |

*Page 4*

| | | | |
|---|---|---|---|
| Incllude Security: Y | Only Section 8 Info.: N | Tenant Obligation Only: N | Only Selected Codes: N |
| Actual S8 Income: N | Rent & S8 Combined: N | Exclude Legal Info.: N | All Records for Unit: N |

Include:

**Tenant Statement**      **In Legal**

| 37 | Andrews 102 LLC | Type: Stab | Lease: 01/01/23-12/31/23 |
| 2A | ADAMS, KAREEM | | Rent: 1,683.86 |

Rent Balance: 6,587.64
Security Balance: 377.05
Total Inc. Security: 6,964.69

*Included in Rent Balance:*
Rent Due: 5,219.64
Legal Due: 1,368.00

LB
CC
AC
CP

| Date | WB | Description | Debit | Credit | Balance | Check #/Comment |
|------|----|-------------|-------|--------|---------|-----------------|
| 10/01/23 | | Rent Charge | 1,683.86 | | 4,627.30 | |
| 10/16/23 | LS | Rent Receipt | | 1,000.00 | 3,627.30 | 532901024 |
| 10/16/23 | LS | Rent Receipt | | 683.86 | 2,943.44 | 532901025 |
| 11/01/23 | | Rent Charge | 1,683.86 | | 4,627.30 | |
| 11/15/23 | LS | Rent Receipt | | 1,000.00 | 3,627.30 | 532957953 |
| 11/15/23 | LS | Rent Receipt | | 683.86 | 2,943.44 | 532957954 |
| 12/01/23 | | Rent Charge | 1,683.86 | | 4,627.30 | |
| 01/01/24 | | Rent Charge | 1,683.86 | | 6,311.16 | |
| 01/25/24 | LS | Rent Receipt | | 1,000.00 | 5,311.16 | 533174436 |
| 01/25/24 | LS | Rent Receipt | | 686.83 | 4,624.33 | 533174437 |
| 01/31/24 | | Dispossess Charge | 76.00 | | 4,700.33 | |
| 02/01/24 | | Rent Charge | 1,683.86 | | 6,384.19 | |
| 02/29/24 | LS | Rent Receipt | | 1,000.00 | 5,384.19 | 533212166 |
| 02/29/24 | LS | Rent Receipt | | 683.86 | 4,700.33 | 533212167 |
| 03/01/24 | | Rent Charge | 1,683.86 | | 6,384.19 | |
| 03/04/24 | | Dispossess Charge | 136.00 | | 6,520.19 | |
| 03/15/24 | LS | Rent Receipt | | 1,000.00 | 5,520.19 | 9314894522 |
| 03/15/24 | LS | Rent Receipt | | 683.86 | 4,836.33 | 9314894533 |
| 04/01/24 | | Rent Charge | 1,683.86 | | 6,520.19 | |
| 04/18/24 | | Rent Receipt | | 1,000.00 | 5,520.19 | m1012 |
| 04/18/24 | | Rent Receipt | | 683.86 | 4,836.33 | m1023 |
| 05/01/24 | | Rent Charge | 1,683.86 | | 6,520.19 | |
| 05/24/24 | LS | Rent Receipt | | 683.86 | 5,836.33 | 9423473097 |
| 05/24/24 | LS | Rent Receipt | | 1,000.00 | 4,836.33 | 9423473108 |
| 06/01/24 | | Rent Charge | 1,683.86 | | 6,520.19 | |
| 06/20/24 | LS | Rent Receipt | | 1,000.00 | 5,520.19 | 9427573892 |
| 06/20/24 | LS | Rent Receipt | | 683.86 | 4,836.33 | 9427573881 |
| 07/01/24 | | Rent Charge | 1,683.86 | | 6,520.19 | |
| 07/25/24 | LS | Rent Receipt | | 1,000.00 | 5,520.19 | 9555800334 |
| 07/25/24 | LS | Rent Receipt | | 683.86 | 4,836.33 | 9555800345 |
| 08/01/24 | | Rent Charge | 1,683.86 | | 6,520.19 | |
| 08/22/24 | LS | Rent Receipt | | 1,000.00 | 5,520.19 | 955825883 |
| 08/22/24 | LS | Rent Receipt | | 683.36 | 4,836.83 | 9555825894 |
| 09/01/24 | | Rent Charge | 1,683.86 | | 6,520.69 | |
| 09/09/24 | | Dispossess Charge | 86.00 | | 6,606.69 | |

| Incllude Security: Y | Only Section 8 Info.: N | Tenant Obligation Only: N | Only Selected Codes: N |
| Actual S8 Income: N | Rent & S8 Combined: N | Exclude Legal Info.: N | All Records for Unit: N |

Include:

*Page 5*

# Tenant Statement    In Legal

| 37 | Andrews 102 LLC | Type: Stab | Lease: 01/01/23-12/31/23 | |
|----|-----------------|------------|--------------------------|---|
| 2A | ADAMS, KAREEM | | Rent: | 1,683.86 |
| | | | Rent Balance: | 6,587.64 |
| | | | Security Balance: | 377.05 |
| | | | Total Inc. Security: | 6,964.69 |

**Included in Rent Balance:**

| Rent Due: | 5,219.64 |
|-----------|----------|
| Legal Due: | 1,368.00 |

LB
CC
AC
CP

| Date | WB | Description | Debit | Credit | Balance | Check #/Comment |
|------|-----|-------------|-------|--------|---------|-----------------|
| 09/19/24 | LS | Rent Receipt | | 683.86 | 5,922.83 | 9555871952 |
| 09/19/24 | LS | Rent Receipt | | 1,000.00 | 4,922.83 | 9555871941 |
| 10/01/24 | | Rent Charge | 1,683.86 | | 6,606.69 | |
| 10/10/24 | | Dispossess Charge | 136.00 | | 6,742.69 | |
| 10/24/24 | LS | Rent Receipt | | 1,000.00 | 5,742.69 | 9633815383 |
| 10/24/24 | LS | Rent Receipt | | 683.86 | 5,058.83 | 9633815372 |
| 11/01/24 | | Rent Charge | 1,683.86 | | 6,742.69 | |
| 11/29/24 | LS | Rent Receipt | | 1,000.00 | 5,742.69 | 9633846635 |
| 11/29/24 | LS | Rent Receipt | | 683.86 | 5,058.83 | 9633846646 |
| 12/01/24 | | Rent Charge | 1,683.86 | | 6,742.69 | |
| 12/19/24 | LS | Rent Receipt | | 683.86 | 6,058.83 | 9633873062 |
| 12/19/24 | LS | Rent Receipt | | 1,000.00 | 5,058.83 | 9633873051 |
| 01/01/25 | | Rent Charge | 1,683.86 | | 6,742.69 | |
| 01/30/25 | LS | Rent Receipt | | 1,000.00 | 5,742.69 | 9772076511 |
| 01/30/25 | LS | Rent Receipt | | 683.86 | 5,058.83 | 9772076522 |
| 02/01/25 | | Rent Charge | 1,683.86 | | 6,742.69 | |
| 02/14/25 | | Dispossess Charge | 86.00 | | 6,828.69 | |
| 02/24/25 | LS | Rent Receipt | | 1,000.00 | 5,828.69 | 9764796477 |
| 02/24/25 | LS | Rent Receipt | | 683.86 | 5,144.83 | 9764796488 |
| 03/01/25 | | Rent Charge | 1,683.86 | | 6,828.69 | |
| 03/17/25 | LS | Rent Receipt | | 1,000.00 | 5,828.69 | 9780508677 |
| 03/17/25 | LS | Rent Receipt | | 683.86 | 5,144.83 | 9780508688 |
| 03/25/25 | | Dispossess Charge | 136.00 | | 5,280.83 | |
| 04/01/25 | | Rent Charge | 1,683.86 | | 6,964.69 | |
| 04/28/25 | LS | Rent Receipt | | 1,000.00 | 5,964.69 | 9780579204 |
| 04/28/25 | LS | Rent Receipt | | 683.86 | 5,280.83 | 9780579215 |
| 05/01/25 | | Rent Charge | 1,683.86 | | 6,964.69 | |

— 1368
— 377.05
5219.64

2/25 @ 168.06
3/25 - 5/25 @
1683.86/mo.

| Incllude Security: Y | Only Section 8 Info.: N | Tenant Obligation Only: N | Only Selected Codes: N |
| Actual S8 Income: N | Rent & S8 Combined: N | Exclude Legal Info.: N | All Records for Unit: N |

Include:

*Page 6*

<u>Affirmation of Service By Mail</u>

The undersigned, an attorney admitted to practice law in the Courts of the State of New York, hereby affirms under penalty of perjury, the (s)he is a member of or associated with Gold & Rosenblatt, attorneys for Petitioner, whose business address is 840 Grand Concourse, Bronx, New York, 10451, and is not a party to this proceeding; that on June 9, 2025 affirmant served the within Notice of Discontinuance upon respondent(s) or counsel for respondent(s) in this proceeding, by depositing a true copy of same enclosed in an envelope addressed as follows:

To:    Kareem Adams
102 West 183rd Street
Apartment: 2A
Bronx, New York 10453

the address of the subject premises of address designated by said attorney for the purpose, then depositing said postcard, with proper postage affixed thereto, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York

Affirmed: June 9, 2025

_____
Christine Panza