CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX: HOUSING PART I
-------------------------------------------------------------------x

ANDREWS 102 LLC

      Petitioner-Landlord

  -against-

KAREEM ADAMS

     Respondent-Tenant.

-------------------------------------------------------------------x

L&T Index No. LT- 319434-25/BX

**STIPULATION OF**
**DISCONTINUANCE**

*#30*
*2 Atty*

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES AND THEIR RESPECTIVE ATTORNEYS AS FOLLOWS:

1) The Parties agree that, at ~~this time and at the time of the filing of this proceeding~~, the Respondent *has* satisfied the Petition.

2) This matter against is hereby discontinued without prejudice for all rent owing through December 31, 2025. *Pet reserves its rights to any arrears they believe are outstanding. Resp reserves its defenses.*

3) *Pet. agrees to sever any arrears alleged prior to 7/2022.*

Dated: December *10*, 2025
   Bronx, NY

_____
Nicole Reed, Of Counsel
The Legal Aid Society
Bronx Neighborhood
Civil Practice
260 E. 161st Street,
7th Floor
Bronx, New York 10451
*Attorney for Respondent-Tenant Kareem Adams*

_____
Christine Panza, Of Counsel
Gold & Rosenblatt LLC
840 Grand Concourse
Bronx, NY 10451
*Attorney for Petitioner-Landlord*