2/22/23

MONEY ORDER RECEIPT - NON NEGOTIABLE

AGT 132614 LOC 000227 DT 022223 $683.86 6HUNDRED83DOLLARS AND
86CENTS

Payable to: _____
RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT
INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money
Order before providing it to the receiver.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment
on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of
purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide
WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer
service, call 1-800-999-9660.

\* 1 9 4 2 0 4 7 9 5 5 6 \*



MONEY ORDER RECEIPT - N...

2/22/23

AGT 132614 LOC 000227 DT 022223 $1000.00 1THOUSANDDOLLARS AND
NO CENTS

Payable to: _____
RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT
INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money
Order before providing it to the receiver.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment
on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of
purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide
WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer
service, call 1-800-999-9660.

\* 1 9 4 2 0 4 7 9 5 5 5 \*



MONEY ORDER RECEIPT - NON NEGOTIABLE

1/24/23

AGT 132616 LOC 000227 DT 012123 $1000.00 1THOUSANDDOLLARS AND
NO CENTS

Payable to: _____
RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT
INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money
Order before providing it to the receiver.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment
on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of
purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide
WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer
service, call 1-800-999-9660.

\* 1 9 4 2 0 4 1 2 3 0 3 \*



1/24/23

AGT 132616 LOC 000227 DT 012123 $606.76 6HUNDRED6DOLLARS AND
76CENTS

Payable to: _____
RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT
INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money
Order before providing it to the receiver.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment
on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of
purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide
WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer
service, call 1-800-999-9660.

\* 1 9 4 2 0 4 1 2 3 0 4 \*



MONEY ORDER RECEIPT - NON NEGOTIABLE

4/19/23

AGT 132614 LOC 000227 DT 041923 $683.86 6HUNDRED83DOLLARS AND 86CENTS

Payable to: _____
RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-800-999-9660.

\* 19420717308 \*    4/20

4/19/23

AGT 132614 LOC 000227 DT 041923 $1000.00 1THOUSANDDOLLARS AND NO CENTS

Payable to: _____
RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-800-999-9660.

\* 19420717307 \*    4/20

MONEY ORDER RECEIPT - NON NEGOTIABLE

3/20/23

AGT 132614 LOC 000227 DT 032023 $1000.00 1THOUSANDDOLLARS AND NO CENTS

Payable to: _____
RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-800-999-9660.

\* 19420660417 \*

3/20/23

AGT 132614 LOC 000227 DT 032023 $630.86 6HUNDRED30DOLLARS AND 86CENTS

Payable to: _____
RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-800-999-9660.

\* 19420660418 \*

LOAD THIS DIRECTION, THIS SIDE UP

MONEY ORDER RECEIPT - NON NEGOTIABLE

6-21-23

AGT 132616 LOC 000227 DT 062123 $1000.00 1THOUSANDDOLLARS AND NO CENTS

Payable to: _____
RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-800-999-9660.

\* 1 9 4 2 0 7 5 9 9 7 7 \*



MONEY ORDER RECEIPT - NON NEGOTIABLE

6-21-23

AGT 132616 LOC 000227 DT 062123 $683.86 6HUNDRED83DOLLARS AND 86CENTS

Payable to: _____
RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-800-999-9660.

\* 1 9 4 2 0 7 5 9 9 7 8 \*



MONEY ORDER RECEIPT - NON NEGOTIABLE

5/21/23

AGT 132616 LOC 000227 DT 052123 $1000.00 1THOUSANDDOLLARS AND NO CENTS

Payable to: _____
RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-800-999-9660.

\* 1 9 4 2 0 7 5 9 7 5 4 \*



5/21/23

AGT 132616 LOC 000227 DT 052123 $683.86 6HUNDRED83DOLLARS AND 86CENTS

Payable to: _____
RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-800-999-9660.

\* 1 9 4 2 0 7 5 9 7 5 5 \*



8/23/23



MONEY ORDER RECEIPT - NON NEGOTIABLE

8/23/23



MONEY ORDER RECEIPT - NON NEGOTIABLE

7/26/23



MONEY ORDER RECEIPT - NON NEGOTIABLE

7/26/23



MONEY ORDER RECEIPT - NON NEGOTIABLE



*10 - 11 - 23*

AGT 132614 LOC 000227 DT 101123 $1000.00 1THOUSANDDOLLARS AND NO CENTS

*10 - 11 - 23*

Payable to: _____
RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-800-999-9660.

\*   1 9 5 3 2 9 0 1 0 2 4   \*



---

MONEY ORDER RECEIPT - NON NEGOTIABLE

*10-11-23*

AGT 132614 LOC 000227 DT 101123 $683.86 6HUNDRED83DOLLARS AND 86CENTS

*10-11-23*

Payable to: _____
RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-800-999-9660.

\*   1 9 5 3 2 9 0 1 0 2 5   \*



---

MONEY ORDER RECEIPT - NON NEGOTIABLE

*9/18/23*

AGT 132616 LOC 000227 DT 091823 $686.83 6HUNDRED86DOLLARS AND 83CENTS

Payable to: _____
RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-800-999-9660.

\*   1 9 4 2 1 1 3 0 4 4 6   \*



---

MONEY ORDER RECEIPT - NON NEGOTIABLE

*9/18/23*

AGT 132616 LOC 000227 DT 091823 $1000.00 1THOUSANDDOLLARS AND NO CENTS

Payable to: _____
RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-800-999-9660.

\*   1 9 4 2 1 1 3 0 4 4 5   \*



12-23-23

MONEY ORDER RECEIPT - NON NEGOTIABLE

AGT 132616 LOC 000227 DT 122323 $1000.00 1THOUSANDDOLLARS AND NO CENTS



Payable to: _____
RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-800-999-9660.

\* 1 9 5 3 3 0 0 1 8 1 6 \*

## MONEY ORDER RECEIPT - NON NEGOTIABLE

12 - 23 -23

AGT 132616 LOC 000227 DT 122323 $734.58 7HUNDRED34DOLLARS AND 58CENTS



Payable to: _____
RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-800-999-9660.

\* 1 9 5 3 3 0 0 1 8 1 8 \*

## MONEY ORDER RECEIPT - NON NEGOTIABLE

11/13/23

AGT 132614 LOC 000227 DT 111323 $1000.00 1THOUSANDDOLLARS AND NO CENTS



Payable to: _____
RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-800-999-9660.

\* 1 9 5 3 2 9 5 7 9 5 3 \*

11/13/23

AGT 132614 LOC 000227 DT 111323 $683.86 6HUNDRED83DOLLARS AND 86CENTS



Payable to: _____
RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-800-999-9660.

\* 1 9 5 3 2 9 5 7 9 5 4 \*



**UNITED STATES POSTAL SERVICE®**

12-16-24

# CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

Pay to Residential management Inc

Address 1651 Coney Island Ave 4FL Brooklyn NY 11240

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number 29633873062

Year, Month, Day 2024-12-16    Post Office 104681    Amount $683.86    Clerk 03

---

**UNITED STATES POSTAL SERVICE®**

12-16-24

# CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

Pay to Residential Management Inc

Address 1651 Coney Island Ave 4FL Brooklyn NY 11230

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number 29633873051

Year, Month, Day 2024-12-16    Post Office 104681    Amount $1,000.00    Clerk 03

---

**UNITED STATES POSTAL SERVICE®**

11-25-24

# CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

Pay to Residential management Inc

Address 1651 Coney Island Ave 4FL Brooklyn NY 11230

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number 29633846646

Year, Month, Day 2024-11-25    Post Office 104681    Amount $683.86    Clerk 03

---

**UNITED STATES POSTAL SERVICE®**

11-25-24

# CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

Pay to Residential Management Inc

Address 1615 Coney Island Ave 4FL Brooklyn NY 11230

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number 29633846635

Year, Month, Day 2024-11-25    Post Office 104681    Amount $1,000.00    Clerk 03

**UNITED STATES POSTAL SERVICE®** 9-16-24 **CUSTOMER'S RECEIPT**

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

Serial Number
2955587194l

Pay to Residential management Inc
Address 1651 Coney Island Ave 4th
FL Brooklyn NY 11230

Year, Month, Day 2024-09-16   Post Office 104681   Amount $1,000.00   Clerk 03

**KEEP THIS RECEIPT FOR YOUR RECORDS**

---

**UNITED STATES POSTAL SERVICE®** 9-16-24 **CUSTOMER'S RECEIPT**

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

Serial Number
2955587195Z

Pay to Residential Management Inc
Address 1651 coney Island Ave 4ª FL
Brooklyn NY 11230

Year, Month, Day 2024-09-16   Post Office 104681   Amount $683.86   Clerk 03

**KEEP THIS RECEIPT FOR YOUR RECORDS**

---

**UNITED STATES POSTAL SERVICE®** 10-21-24 **CUSTOMER'S RECEIPT**

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

Serial Number
33815383

Pay to Residential manegement Inc
Address 1651 Coney Island Ave 4FL
Brooklyn NY 11230

Year, Month, Day 2024-10-21   Post Office 104681   Amount $1,000.00   Clerk 03

**KEEP THIS RECEIPT FOR YOUR RECORDS**

---

**UNITED STATES POSTAL SERVICE®** 10-21-24 **CUSTOMER'S RECEIPT**

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

Serial Number
2963381537Z

Pay to Residential management I
Address 1651 coney Island Ave 4 FC
Brooklyn NY 11230

Year, Month, Day 2024-10-21   Post Office 104681   Amount $683.86   Clerk 03

**KEEP THIS RECEIPT FOR YOUR RECORDS**

**CUSTOMER'S RECEIPT**

UNITED STATES POSTAL SERVICE ®

7/22/

KEEP THIS RECEIPT FOR YOUR RECORDS

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Pay to Residential management Inc
Address 1651 Coney Island Ave 4th Fl
Brooklyn ny 11230  P.o.box 6199 Hicksvill ville
Year, Month, Day 2024-07-22  Post Office 104681  Amount $683.86  Clerk 5

Serial Number
29555800345

---

**CUSTOMER'S RECEIPT**

UNITED STATES POSTAL SERVICE ®

7/22/24

KEEP THIS RECEIPT FOR YOUR RECORDS

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Pay to Residential management Inc
Address 1651 Coney Island Ave 4th Fl
Brooklyn ny 11230  Po box 6199 Hicksville
Year, Month, Day 2024-07-22  Post Office 104681  Amount $1,000.00  Clerk 5

Serial Number
29555800334

---

**CUSTOMER'S RECEIPT**

UNITED STATES POSTAL SERVICE ®

8-19-24

KEEP THIS RECEIPT FOR YOUR RECORDS

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Pay to Residential management Inc
Address 1615 Coney Island Ave 4th Fl
Brooklyn NY 11230
Year, Month, Day 2024-08-19  Post Office 104681  Amount $1,000.00  Clerk 76

Serial Number
29555825883

---

**CUSTOMER'S RECEIPT**

UNITED STATES POSTAL SERVICE ®

8-19-24

KEEP THIS RECEIPT FOR YOUR RECORDS

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Pay to Residential management Inc
Address 1615 Coney Island Ave 4th Fl
Brooklyn NY 11230
Year, Month, Day 8-19-24  2024-08-19  Post Office 104681  Amount $683.36  Clerk 76

Serial Number
29555825894

**UNITED STATES POSTAL SERVICE** ®

**CUSTOMER'S RECEIPT**

5-20-24

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

Serial Number

29423473097

Pay to *Residential Management Inc*

Address *1651 Coney Island Ave*

*4Fl Brooklyn NY 11230*

Year, Month, Day 2024-05-20  Post Office 104801  Amount $683.86  Clerk 5

KEEP THIS RECEIPT FOR YOUR RECORDS

---

**UNITED STATES POSTAL SERVICE** ®

5-20-24

**CUSTOMER'S RECEIPT**

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

Serial Number

29423473108

Pay to *Residential Management Inc*

Address *1651 Coney Island Ave 4Fl*

*Brooklyn NY 11230*

Year, Month, Day 2024-05-20  Post Office 104801  Amount $1,000.00  Clerk 5

KEEP THIS RECEIPT FOR YOUR RECORDS

---

**UNITED STATES POSTAL SERVICE** ®

6/17/24 **CUSTOMER'S RECEIPT**

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

Serial Number

29427573892

Pay to *Residential management Inc*

Address *1651 Coney Island Ave 4th Fl Brooklyn NY 11230*

Year, Month, Day 2024-06-17  Post Office 104802  Amount $1,000.00  Clerk 5

KEEP THIS RECEIPT FOR YOUR RECORDS

---

**UNITED STATES POSTAL SERVICE** ®

6/17/24 **CUSTOMER'S RECEIPT**

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

Serial Number

29427573881

Pay to *Residential management Inc*

Address *1651 Coney Island Ave 4th Fl Brooklyn NY 11230*

Year, Month, Day 2024-06-17  Post Office 104802  Amount $683.86  Clerk 5

KEEP THIS RECEIPT FOR YOUR RECORDS



**UNITED STATES POSTAL SERVICE®**

3 12-24

**CUSTOMER'S RECEIPT**

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

KEEP THIS RECEIPT FOR YOUR RECORDS

Pay to: Residential Management Inc
Address: P.O. Box 6199 Hicksville NY · 11802

Serial Number: 29314894533

Year, Month, Day: 2024-03-12    Post Office: 104681    Amount: $683.86    Clerk: 78

---

**UNITED STATES POSTAL SERVICE®**

3-12-24

**CUSTOMER'S RECEIPT**

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

KEEP THIS RECEIPT FOR YOUR RECORDS

Pay to: Residential management
Address: P.O. box 6199 Hicksville NY · 11802

Serial Number: 29314894522

Year, Month, Day: 2024-03-12    Post Office: 104681    Amount: $1,000.00    Clerk: 78

---

**UNITED STATES POSTAL SERVICE®**

4-15-24

**CUSTOMER'S RECEIPT**

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

KEEP THIS RECEIPT FOR YOUR RECORDS

Pay to: Residential Management Inc
Address: 1615 Coney Island Ave 4th Floor Brooklyn NY 11230

Serial Number: 29393461023

Year, Month, Day: 2024-04-15    Post Office: 104681    Amount: $683.86    Clerk: 5

---

**UNITED STATES POSTAL SERVICE®**

4-15-24

**CUSTOMER'S RECEIPT**

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

KEEP THIS RECEIPT FOR YOUR RECORDS

Pay to: Residential manage Inc
Address: 1651 Coney Island Ave 4th Floor Brooklyn NY 11230

Serial Number: 29393461012

Year, Month, Day: 2024-04-15    Post Office: 104681    Amount: $1,000.00    Clerk: 5

*1 - 22 - 24*



MONEY ORDER RECEIPT - NON NEGOTIABLE

*1-22-24*



*2/26/24*



*2/26/24*



**UNITED STATES POSTAL SERVICE ®**  1-27-25  **CUSTOMER'S RECEIPT**

| SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION **NOT NEGOTIABLE** | Pay to Residential management Inc Address 1651 Coney Island Avenue 4th FL Brooklyn NY 11230 | KEEP THIS RECEIPT FOR YOUR RECORDS |

Serial Number
2977207b522
Year, Month, Day 2025-01-27  Post Office 104681  Amount $683.86  Clerk 78

---

**UNITED STATES POSTAL SERVICE ®**  1-27-25  **CUSTOMER'S RECEIPT**

| SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION **NOT NEGOTIABLE** | Pay to Residential Management Inc Address 1651 Coney Island Ave. 4th FL Brooklyn NY 11230 | KEEP THIS RECEIPT FOR YOUR RECORDS |

Serial Number
29772076511
Year, Month, Day 2025-01-27  Post Office 104681  Amount $1,000.00  Clerk 78

---

**UNITED STATES POSTAL SERVICE ®**  2-20-25  **CUSTOMER'S RECEIPT**

| SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION **NOT NEGOTIABLE** | Pay to Residential Management Inc Address 1651 Coney Island Ave 4th Floor Brooklyn NY 11230 | KEEP THIS RECEIPT FOR YOUR RECORDS |

Serial Number
2976479b488
Year, Month, Day  Post Office  Amount $683.86  Clerk

---

**UNITED STATES POSTAL SERVICE ®**  2-20-25  **CUSTOMER'S RECEIPT**

| SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION **NOT NEGOTIABLE** | Pay to Residential management Inc Address 1651 Coney Island Avenue 4th Floor Brooklyn NY 11230 | KEEP THIS RECEIPT FOR YOUR RECORDS |

Serial Number
29764796477
Year, Month, Day  Post Office  Amount $1,000.00  Clerk

---

**UNITED STATES POSTAL SERVICE ®**  3-12-25  **CUSTOMER'S RECEIPT**

| SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION **NOT NEGOTIABLE** | Pay to Residential management Inc Address 1615 Coney Island Ave 4th FL Brooklyn NY 11230 | KEEP THIS RECEIPT FOR YOUR RECORDS |

Serial Number
29780508677
Year, Month, Day 2025-03-12  Post Office 104681  Amount $1,000.00  Clerk 1



**UNITED STATES POSTAL SERVICE** ®

CUSTOMER'S RECEIPT

3-12-25

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

KEEP THIS RECEIPT FOR YOUR RECORDS

Pay to Residential Management Inc
Address 1615 Coney Island Ave 4th Fl
Brooklyn NY 11230

Serial Number 29780508688
Year, Month, Day 2025-03-12
Post Office 104681
Amount $683.86
Clerk 1

---

CUSTOMER'S RECEIPT

4-23-25

**UNITED STATES POSTAL SERVICE** ®

KEEP THIS RECEIPT FOR YOUR RECORDS

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Pay to Residential management Inc
Address 165 Coney Island Ave 4th Fl
Brooklyn NY 11230

Serial Number 29780579215
Year, Month, Day 2025-04-23
Post Office 104681
Amount $683.86
Clerk 03

---

CUSTOMER'S RECEIPT

4-23-25

**UNITED STATES POSTAL SERVICE** ®

KEEP THIS RECEIPT FOR YOUR RECORDS

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Pay to Residential management Inc
Address 165 Coney Island Ave 4th Fl
Brooklyn NY 11230

Serial Number 29780579204
Year, Month, Day 2025-04-23
Post Office 104681
Amount $1,000.00
Clerk 03

---

CUSTOMER'S RECEIPT

5/23/25

**UNITED STATES POSTAL SERVICE** ®

KEEP THIS RECEIPT FOR YOUR RECORDS

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Pay to Residential management Inc
Address 1651 Coney Island Avenue
4th Fl Brooklyn NY 11230

Serial Number 29780525643
Year, Month, Day 2025-05-23
Post Office 104681
Amount $683.86
Clerk 03

---

CUSTOMER'S RECEIPT

5/23/25

**UNITED STATES POSTAL SERVICE** ®

KEEP THIS RECEIPT FOR YOUR RECORDS

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Pay to Residential management Inc
Address 1651 Coney Island Avenue
4th Fl Brooklyn NY 11230

Serial Number 29780525632
Year, Month, Day 2025-05-23
Post Office 104681
Amount $1,000.00
Clerk 03



**CUSTOMER'S RECEIPT**

UNITED STATES POSTAL SERVICE ®

6-23-25

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

Pay to Residential Management In
Address 1651 Coney Island Ave
4th FL Brooklyn NY 11230

Year, Month, Day 2025-06-23    Post Office 104681    Amount $1,000.00    Clerk

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number 38082274571

---

**CUSTOMER'S RECEIPT**

UNITED STATES POSTAL SERVICE ®

6-23-25

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE ·**

Pay to Residential Management Inc
Address 1615 Coney Island Ave
4th FL Brooklyn NY 11230

Year, Month, Day 2025-06-23    Post Office 104681    Amount

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number 38082274582

---

**CUSTOMER'S RECEIPT**

UNITED STATES POSTAL SERVICE ®

7/28/25

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

Pay to Residential Management Inc
Address 1651 Coney Island Ave
4th FL Brooklyn NY 11230

Year, Month, Day 2025-07-28    Post Office 104681    Amount $1,000.00    Clerk 03

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number 38117301276

---

**CUSTOMER'S RECEIPT**

UNITED STATES POSTAL SERVICE ®

7/28/25

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

Pay to Residential Management I
Address 1651 Coney Island Ave
4th FL Brooklyn NY 11230

Year, Month, Day 2025-07-28    Post Office 104681    Amount $683.86    Clerk 03

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number 38117301287

---

**CUSTOMER'S RECEIPT**

UNITED STATES POSTAL SERVICE ®

8-23-25

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

Pay to Residential Management
Address P.O. Box 6199
Hicksville NY 11802

Year, Month, Day 2025-08-23    Post Office 104681    Amount $683.86    Clerk 10

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number 38117323978



**CUSTOMER'S RECEIPT** 8-23-25 **UNITED STATES POSTAL SERVICE**

| SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION | Pay to Residential Management | KEEP THIS RECEIPT FOR YOUR RECORDS |

Address P.O. Box 6199
Hicksville NY. 11802

NOT NEGOTIABLE

Serial Number 38117323967
Year Month Day 2025-08-23   Post Office 104681   Amount $1,000.00   Clerk 10



**CUSTOMER'S RECEIPT** 9-20-25 **UNITED STATES POSTAL SERVICE**

| SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION | Pay to Residential Management In | KEEP THIS RECEIPT FOR YOUR RECORDS |

Address P.O. Box 6199
Hicks Ville NY 11802-6199

NOT NEGOTIABLE

Serial Number 38117317678
Year Month Day 2025-07-20   Post Office 104681   Amount $17000.00   Clerk 20



**CUSTOMER'S RECEIPT** 9-20-25 **UNITED STATES POSTAL SERVICE**

| SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION | Pay to Residential Management Inc | KEEP THIS RECEIPT FOR YOUR RECORDS |

Address P.O. Box 6199
Hicks Ville NY 11802-6199

NOT NEGOTIABLE

Serial Number 38117317680
Year Month Day   Post Office 104681   Amount $6000.86   Clerk 20