Residential Management (NY) Inc.
P.O. BOX 6199
HICKSVILLE, NY 11802

KEEP THIS STUB FOR YOUR RECORDS

Account: 37-2A

DETACH HERE

| ITEM | AMOUNT |
|---|---|
| Rent Arrears | 5,219.64 |
| Security Arrears | 377.05 |
| Legal Arrears | 1,368.00 |
| Rent Charge - May | 1,683.86 |

**VISIT www.ClickPay.com/RMI TO PAY ONLINE.**

| DATE DUE | AMOUNT DUE |
|---|---|
| 05/01/25 | $8,648.55 |