ATTORNEY(S) : Law Offices of Ahmad Keshavarz
INDEX # : **1:26-cv-02419-ER**
PURCHASED/FILED : April 20, 2026
STATE OF : NEW YORK
COURT : U.S. District
COUNTY/DISTRICT : Southern Dist.

## AFFIRMATION OF SERVICE - SECRETARY OF STATE

Kareem Adams

Plaintiff(s)

against

Gold & Rosenblatt, LLC, et al

Defendant(s)

| STATE OF NEW YORK ) | **DESCRIPTION OF PERSON SERVED:** | Approx. Age: 25 Yrs |
| --- | --- | --- |

COUNTY OF ALBANY ) SS
CITY OF ALBANY )

Weight: 120 lbs   Height: 5'7"   Gender: Female   Race: White

Hair color: Blonde   Other: _____

**Robert Guyette**_____ , being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on **April 29, 2026** , at **3:20 PM** , at the office of the  Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:
**SUMMONS IN A CIVIL ACTION WITH COMPLAINT AND DEMAND FOR JURY TRIAL**

on
**Residential Management, Inc.**

the Defendant in this action, by delivering to and leaving with _____**Maryia Maiseyeva**_____

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, two (2) true copies   thereof and that at the time of

making such service, deponent paid said Secretary of State a fee of _____$40_____ dollars; That said service

was made pursuant to Section   **BUSINESS CORPORATION LAW §306**.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

I affirm this _____**APRIL 29, 2026**_____ , under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

X_____
ROBERT GUYETTE

**Invoice·Work Order #** 2617303
Attorney File # **Adams vs Gold**