AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| KAREEM ADAMS | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   26 Civ. 2419 (ER) |
| GOLD & ROSENBLATT LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Gold & Rosenblatt LLC,  Randi Rosenblatt, Christine Panza, Andrews 102 LLC and                    .
     and Residential Management (NY), Inc.

Date:     05/10/2026                                           /s/Eric W. Berry
                                                                    *Attorney's signature*

                                                        Eric W. Berry [EB8598] 2069524-NY
                                                            *Printed name and bar number*

                                                                    Berry Law PLLC
                                                            745 Fifth Avenue, 5th Floor
                                                            New York, New York  10151

                                                                    *Address*

                                                        berrylawpllc@gmail.com
                                                                *E-mail address*

                                                            (212) 355-0777
                                                            *Telephone number*

                                                            (917) 940-3200
                                                                *FAX number*