AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| KAREEM ADAMS | ) | |
| _Plaintiff_ | ) | Case No.   1:26-cv- 2419 |
| v. | ) | |
| GOLD & ROSENBLATT LLC, | ) | |
| RANDI ROSENBLATT, | ) | |
| CHRISTINE PANZA, | ) | |
| ANDREWS 102 LLC, and | ) | |
| RESIDENTIAL MANAGEMENT (NY), INC. | ) | |
| _Defendant(s)_ | | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Kareem Adams                                                                                      .

Date:      05/14/2026

_/s/ Nicole Reed_
_Attorney's signature_

Nicole Reed - 6246854
_Printed name and bar number_

Legal Aid Society
260 E. 161st Street
Bronx, New York 1045
_Address_

nmreed@legal-aid.org
_E-mail address_

(929) 745-2732
_Telephone number_

(646) 365-7199
_FAX number_