AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **1:26-cv-02419-ER**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Christine Panza**
was received by me on  **5/01/2026:**

☐ I personally served the **COMPLAINT AND DEMAND FOR  JURY TRIAL; EXHIBITS; SUMMONS** on the individual at *(place)* on *(date)* ; or

☒ I left the summons at the individual's residence or usual place of abode with **Jane Doe**, a person of suitable age and discretion who resides at **840 Grand Concourse, Bronx, NY 10451**, on **05/01/2026 at 1:05 PM**, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☐  I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 76.00** for services, for a total of **$ 76.00**.

I declare under penalty of perjury that this information is true.

Date:  05/01/2026

_____
*Server's signature*

**Naqib Niazy**
*Printed name and title*

**43-68 164th St
2fl
Flushing, NY 11358**
_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, COMPLAINT AND DEMAND FOR  JURY TRIAL; EXHIBITS; SUMMONS,  to an individual who refused to give their name who identified themselves as the co-resident. The individual accepted service with direct delivery. The individual appeared to be a black-haired Hispanic female contact 35-45 years of age, 5'-5'4" tall and weighing 140-160 lbs with piercings, an accent and a tattoo.  Found the location. Its a law firm. Person authorized to take acccepted it**





Tracking #: **0221336046**