# BERRY LAW PLLC

745 FIFTH AVENUE, 5TH FLOOR
NEW YORK, NEW YORK  10151
*Phone  (212) 355-0777*
*Fax  (212) 750-1371*

Eric W. Berry (NY)
*e-mail*  *BerryLawPLLC@gmail.com*

## MEMO ENDORSED

May 26, 2026

*by ECF*
Hon. Edgardo Ramos, U.S.D.J.
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 619
New York,  New York  10007

Re: *Adams v. Gold & Rosenblatt, LLC, et al.*
Case No. 26 Civ. 2419 (ER)

Your Honor:

I represent all defendants in this action, which was filed on March 24, 2026.

Defendants request an order extending their time to answer to July 13, 2026.  The plaintiff has consented to the  request.   While that is a lengthy extension, the attorneys on both sides have extensive travel plans during June.

All defendants agree to waive jurisdictional defenses, including insufficient service of the summons and complaint.

Thank you for your attention to this matter.

Respectfully submitted,

 /s/Eric W. Berry
Eric W. Berry

cc: all counsel (via ECF)

The request is granted.  Defendants are directed to file the answer by July 13, 2026.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: May 27, 2026
New York, New York