UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------X

KAREEM ADAMS,

                Plaintiff,

                                        Case No. 26 Civ. 2419 (ER)

  - against -

GOLD & ROSENBLATT LLC,
RANDI ROSENBLATT, CHRISTINE PANZA,
ANDREWS 102 LLC and RESIDENTIAL
MANAGEMENT (NY), INC.,

                                     **NOTICE OF MOTION TO DISMISS**

                Defendants.
----------------------------------------------------X

       PLEASE TAKE NOTICE THAT, upon the accompanying July 13, 2027 memorandum of law, defendants will move before this Court, the Hon. Edgar Ramos, U.S.D.J., presiding, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 14B, New York, New York 10007, at at date an time determined by the Court,  for an order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing the Complaint in its entirety, and to the extent any of the pendent non-federal claims survive the motion to dismiss, for an order in accordance with 28 U.S.C. §1367(c) that the Court will decline to exercise supplemental jurisdiction over them.

Dated:  New York, New York  
      May 22, 2026

Berry Law PLLC  
       /s/Eric W. Berry

By: _____  
      Eric W. Berry  
*Attorneys for defendants*  
745 Fifth Avenue, 5th Floor  
New York, New York   10151  
(212) 355-0777

*Service List:* all counsel (via ECF)