# BERRY LAW PLLC

745 FIFTH AVENUE, 5TH FLOOR
NEW YORK, NEW YORK  10151
*Phone  (212) 355-0777*
*Fax  (212) 750-1371*

Eric W. Berry (NY)
*e-mail*   *BerryLawPLLC@gmail.com*

July 24, 2026

*by ECF*
Hon. Edgardo Ramos, U.S.D.J.
Southern District of New York
Daniel Patrick Moynihan Courthouse
40 Centre Street, Courtroom 619
New York,  New York  10007

Re: *Adams v. Gold & Rosenblatt, LLC, et al.*
Case No. 26 Civ. 2419 (ER)

Your Honor:

First, I apologize to the Court for filing defendants' motion to dismiss (ECF 16, ECF 17) on July 13, 2026, without first requesting a pre-motion conference as required under Your Honor's Individual Practices as 2(A)(ii), which I overlooked.

Second, the parties have filed at ECF 21, and request that the Court approve, a Stipulation and Proposed order which that will **(a)** withdraw defendants' July 13 motion to dismiss and **(b)** extend plaintiff's to time amend their complaint as or right to September 11, 2026.   Plaintiff's counsel informs me that this fairly lengthy adjournment is necessary because of scheduling conflicts and personnel changes in his office.

Thank you for your attention to this matter.

Respectfully submitted,

/s/Eric W. Berry
Eric W. Berry

cc: all counsel (via ECF)