UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

KAREEM ADAMS,

                Plaintiff,

                                              Case No. 26 Civ. 2419 (ER)

  - against -

GOLD & ROSENBLATT LLC,
RANDI ROSENBLATT, CHRISTINE PANZA,
ANDREWS 102 LLC and RESIDENTIAL
MANAGEMENT (NY), INC.,                    **STIPULATION AND**
                                              **PROPOSED ORDER**

                Defendants.

---------------------------------------------------X

        THE UNDERSIGNED PARTIES HEREBY STIPULATE as follows:

        1.  Defendants' motion to dismiss the complaint, which was filed on July 13, 2026 (ECF 16 and ECF 17), is withdrawn.

        2.   Plaintiff's time to to amend their complaint as of right pursuant to F.R.Civ.P. 15(a)(1) is extended from August 3, 2026 to September 11, 2026.

Dated: July 24, 2026

The Law Office of Ahmad Keshavarz        Berry Law PLLC
     /s/Ahmad Kesharvaz                 /s/Eric W. Berry
By: _____        By: _____
   Ahmad Kesharvarz                 Eric W. Berry
*Attorneys for plaintiff*            *Attorneys for defendants*
16 Court Street, 26th Floor        745 Fifth Avenue, 5th Floor
Brooklyn, New York   11241       New York, New York   10151
 (347) 308-4859                   (212) 355-0777

        So Ordered:

        _____    Date:             , 2026
        Hon. Edgardo Ramos
        United States District Judge