UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------X
KAREEM ADAMS,

                    Plaintiff,

                                                              Case No. 26 Civ. 2419 (ER)

    - against -

GOLD & ROSENBLATT LLC,
RANDI ROSENBLATT, CHRISTINE PANZA,
ANDREWS 102 LLC and RESIDENTIAL
MANAGEMENT (NY), INC.,                                     **STIPULATION
                                                           AND  ORDER**

                    Defendants.
-----------------------------------------------------X

        THE UNDERSIGNED PARTIES HEREBY STIPULATE as follows:

        1.  Defendants' motion to dismiss the complaint, which was filed on July 13, 2026 (ECF 16 and ECF 17), is withdrawn.

        2.   Plaintiff's time to to amend their complaint as of right pursuant to F.R.Civ.P. 15(a)(1) is extended from August 3, 2026 to September 11, 2026.

Dated: July 24, 2026

The Law Office of Ahmad Keshavarz          Berry Law PLLC
        /s/Ahmad Kesharvaz                          /s/Eric W. Berry
By: _____              By: _____
    Ahmad Kesharvarz                          Eric W. Berry
*Attorneys for plaintiff*                     *Attorneys for defendants*
16 Court Street, 26th Floor                   745 Fifth Avenue, 5th Floor
Brooklyn, New York   11241                    New York, New York   10151
 (347) 308-4859                               (212) 355-0777


        So Ordered:                          Dated: July 27, 2026
                                                    New York, New York

        _____
        Hon. Edgardo Ramos
        United States District Judge