CIVIL COURT OF CITY OF NEW YORK
COUNTY OF BRONX HOUSING PART

Index No. L/T

ANDREWS 102 LLC

*Petitioner (Landlord),*

against

KAREEM ADAMS

*Respondent (Tenant)*

**NON-PAYMENT**

**PETITION DWELLING**

Address:

102 WEST 183RD STREET
APT. 2A
BRONX , NY 10453

THE PETITION OF ANDREWS 102 LLC, the Owner\landlord alleges, upon information and belief:

1. Petitioner(s) is(are) the landlord(s) of the premises.

2. Respondent(s) KAREEM ADAMS, is(are) tenant(s) in possession of said premises pursuant to a(n) WRITTEN lease agreement wherein respondents promised to pay to landlord or landlord(s) predecessor as rent $1,606.76 each month in advance on the 1ST day of each month.

3. Respondent(s) are now in possession of said premises.

4. The premises are the residence of the tenant(s) and the undertenant(s) herein.

5. The premises for which removal is sought was rented for Dwelling purposes and are described as follows: All Rooms, Apartment # 2A in the building known as 102 West 183rd Street Bronx, NY 10453, situated within the territorial jurisdiction of this Court.

6. Pursuant to said agreement there was due from respondent tenant(s), the sum of $9,748.95 in rent and additional rent as follows:

| | |
|---|---|
| **Feb 22** | **$1,606.76** |
| **Jan 22** | **$1,606.76** |
| **Dec 21** | **$1,606.76** |
| **Nov 21** | **$1,606.76** |
| **Oct 21** | **$1,606.76** |
| **Sep 21** | **$1,606.76** |
| **Aug 21** | **$108.39** |

**7. The premises are subject to The Rent Stabilization Law of 1969 as amended, and have been duly registered with the NY State Division of Housing and Community Renewal -DHCR- and the rent demanded herein does not exceed the registered rent and does not exceed the lawful rent stabilized rent.**

8. Said rent has been demanded from the tenant since same became due by a fourteen day written-notice, a copy of which, with proof of service is annexed hereto.

9. Respondent(s) have defaulted in the payment thereof and continue in possession of premises without permission after said default.

10. The premises are a multiple dwelling and pursuant to the Housing Maintenance Code Article 41 there is a currently effective registration statement on file with the Office of Code Enforcement which designates the managing agent named below, a natural person over 21 years of age, to be in control of and responsible for the maintenance and operation of the dwelling.

**AGENT:** LABE TWERSKI 1651 CONEY ISLAND AVE BROOKLYN, NY 11230
**Multiple Dwelling No. 200299**

WHEREFORE, Petitioner requests a final judgment against respondents(s) for the rent demanded therein, awarding possession of the premises to the petitioner landlord, and directing the issuance of a warrant to remove respondent(s) from possession of the premises together with the costs and disbursements of this proceeding.

ANDREWS 102 LLC, Dated February 17, 2022

STATE OF NEW YORK, COUNTY OF BRONX
The Undersigned affirms under penalty of perjury that he is one of the attorneys for the petitioner, that he has read the foregoing petition and knows the contents thereof: that the same are true to his own knowledge except as to matters stated to be upon information and belief: and as to those matters he believes them to be true. The grounds of his belief as to matters not stated upon his knowledge are statements and/or records provided by the petitioner, its agents and/or employees and contained in the file in the Attorney's office. Petitioner is not in the County in which Attorney's office is located. This verification is made pursuant to the provisions of RPAPL 741.

Dated: February 17, 2022

CHRISTINE PANZA, Esq
Gold & Rosenblatt LLC
Attorneys for Petitioner-Landlord
840 Grand Concourse
Bronx, NY 10451
(718) 585-2511

# NOTICE TO RESPONDENT TENANT

DURING THE CORONAVIRUS EMERGENCY, YOU MIGHT BE ENTITLED BY LAW TO SPECIAL DEFENSES AND PROTECTIONS RELATING TO EVICTIONS.

PLEASE CONTACT YOUR ATTORNEY IMMEDIATELY FOR MORE INFORMATION.

IF YOU DON'T HAVE AN ATTORNEY, PLEASE CALL

**718-557-1379**

OR VISIT

**www.nycourts.gov/evictions/nyc/**

# AVISO A INQUILINO DEMANDADO

DURANTE LA EMERGENCIA POR CORONA VIRUS, PUEDA QUE POR LEY USTED TENGA DERECHO A DEFENSAS Y PROTECCIONES ESPECIALES RELACIONADAS CON DESALOJOS.

POR FAVOR COMUNIQUESE CON SU ABOGADO INMEDIATAMENTE PARA OBTENER MAS INFORMACIÓN.

SI NO TIENE ABOGADO, LLAME AL

718-557-1379

O VISITE

www.nycourts.gov/evictions/nyc/

**FOURTEEN (14) DAY NOTICE**

TO: KAREEM ADAMS
102 WEST 183RD STREET, Apt. 2A
BRONX, NY 10453

**PLEASE TAKE NOTICE** that you are hereby required to pay to ANDREWS 102 LLC landlord of the above described Premises, the sum of $8,142.19 for rent of the premises as follows:

| | |
|---|---|
| JAN22 | $1,606.76 |
| DEC21 | $1,606.76 |
| NOV21 | $1,606.76 |
| OCT21 | $1,606.76 |
| SEP21 | $1,606.76 |
| AUG21 | $108.39 |

You are required to pay within FOURTEEN (14) days from the day of service of this notice, on or before 02/07/2022 or give up possession of the premises to the landlord. If you fail to pay or give up the premises the landlord will commence summary proceedings against you to recover possession of the premises.

Dated: January 14, 2022 ANDREWS 102 LLC , Landlord

**NOTA DE CATORCE DIAS**

**POR FAVOR SIRVASE TOMAR NOTA** de que usted es requerido, por este medio, de pagar a ANDREWS 102 LLC duena de les propiedades arriba descritas por la suma de $8,142.19 por la renta de las propiedades

| | |
|---|---|
| JAN22 | $1,606.76 |
| DEC21 | $1,606.76 |
| NOV21 | $1,606.76 |
| OCT21 | $1,606.76 |
| SEP21 | $1,606.76 |
| AUG21 | $108.39 |

Usted es requerido de pagar dentro de los CATORCE (14) dias a continuacion de recibir esta nota o antes de 02/07/2022 o entregar al dueno la posesion de dichas propiedades. Si usted falla en pagar o en entregar las propiedades, la duena de las propiedades se vera oblidada a proceder legalmente para recuperar la posesion de la dichas propiedades.

ANDREWS 102 LLC , Landlord

Dated/Fechado: January 14, 2022

DR01 -33 -2A FILE NO: 174274

# NOTICE TO TENANT:

If you have lost income or had increased costs during the COVID-19 pandemic, or moving would pose a significant health risk for you or a memeber of your household due to an increased risk for severe illness or death from COVID-19 due to an underlying medical condition, and you sign and deliver this hardship declaration form to your landlord, you may be protected from eviction until at least January 15, 2022 for nonpayment of rent or for holding over after the expiration of your lease. If your landlord files an eviction against you and you provide this form to the landlord or the court, the eviction proceedings will be postponed until January 15, 2022 unless your landlord moves to challenge your declaration of hardship. If the court finds your hardship claim valid, the eviction proceeding will be postponed until after January 15, 2022. While the eviction proceeding is postponed, you may remain in possession of your unit. You may still be evicted for violating your lease by intentionally causing significant damage to the property or persistently and unreasonably engaging in behavior that substantially infringes on the use and enjoyment of other tenants or occupants or causes a substantial safety hazard to others.

If your landlord has provided you with this form, your landlord must also provide you with a mailing address and e-mail address to which you can return this form. If your landlord has already started an eviction proceeding against you, you can return this form to either your landlord, the court, or both at any time. You should keep a copy or picture of the signed form for your records. You will still owe any unpaid rent to your landlord. You should also keep careful track of what you have paid and any amount you still owe.

For more information about legal resources that may be available to you, go to www.nycourts.gov/evictions/nyc/ or call 718-557-1379 if you live in New York City or go to www.nycourts.gov/evictions/outside-nyc/ or call a local bar association or legal services provider if you live outside of New York City. Financial assistance may be available to you, even if you have not qualified for assistance in the past. You should contact your local housing assistance office or the Office of Temporary and Disability Assistance (OTDA) for application information.

State of New York · Unified Court System

Index Number (if known/applicable): ______________________

County and Court (if known/applicable): **Bronx County, Civil Court**

# TENANT'S DECLARATION OF HARDSHIP DURING THE COVID-19 PANDEMIC

I am a tenant, lawful occupant, or other person responsible for paying rent, use and occupancy, or any other financial obligation under a lease or tenancy agreement at (address of dwelling unit):

102 WEST 183RD STREET, Apt. 2A, BRONX, NY 10453

**YOU MUST INDICATE BELOW YOUR QUALIFICATION FOR EVICTION PROTECTION BY SELECTING OPTION "A" OR "B", OR BOTH.**

A. ( ) I am experiencing financial hardship, and I am unable to pay my rent or other financial obligations under the lease in full or obtain alternative suitable permanent housing because of one or more of the following:

1. Significant loss of household income during the COVID-19 pandemic.
2. Increase in necessary out-of-pocket expenses related to performing essential work or related to health impacts during the COVID-19 pandemic.
3. Childcare responsibilities or responsibilities to care for an elderly, disabled, or sick family member during the COVID-19 pandemic have negatively affected my ability or the ability of someone in my household to obtain meaningful employment or earn income or increased my necessary out-of-pocket expenses.
4. Moving expenses and difficulty I have securing alternative housing make it a hardship for me to relocate to another residence during the COVID-19 pandemic.
5. Other circumstances related to the COVID-19 pandemic have negatively affected my ability to obtain meaningful employment or earn income or have significantly reduced my household income or significantly increased my expenses.

To the extent that I have lost household income or had increased expenses, any public assistance, including unemployment insurance, pandemic unemployment assistance, disability insurance, or paid family leave, that I have received since the start of the COVID-19 pandemic does not fully make up for my loss of household income or increased expenses.

B. ( ) Vacating the premises and moving into new permanent housing would pose a significant health risk because I or one or more members of my household have an increased risk for severe illness or death from COVID-19 due to being over the age of sixty-five, having a disability or having an underlying medical condition, which may include but is not limited to being immunocompromised.

I understand that I must comply with all other lawful terms under my tenancy, lease agreement or similar contract. I further understand that lawful fees, penalties or interest for not having paid rent in full or met other fiancial obligations as required by my tenancy, lease agreement or similar contract may still be charged or collected and may result in a monetary judgment against me. I further understand that my landlord may request a hearing to challenge the certification of hardship made herein, and that I will have the opportunity to participate in any proceedings regarding my tenancy. I further understand that my landlord may be able to seek eviction after January 15, 2022, and that the law may provide certain protections at that time that are separate from those available through this declaration.

Signed: ______________________________

Printed name: ______________________________

Date signed: ______________________________

**NOTICE:** You are signing and submitting this form under penalty of law. That means it is against the law to make a statement on this form that you know is false.

You can return this form to the Landlord at:
ANDREWS 102 LLC
1651 CONEY ISLAND AVE. 4TH FL.
BROOKLYN, NY 11230
718/627-0600
cheryl@resimgt.com

| Service Area | Organization Name | Website | Telephone Number |
|---|---|---|---|
| BRONX | Bronx Legal Services/LSNYC | https://www.legalservicesnyc.org/ | 917-661-4500 |
| | Mobilization for Justice | https://mobilizationforjustice.org/ | 212-417-3700 |
| | NAICA (Neighborhood Association of Inter-Cultural Affairs, Inc.) | https://www.naicany.org/ | 718-538-3344 ext 100 or ext 117 |
| | Part of the Solution (POTS) | www.potsbronx.org | 718-220-4892 ext 101 |
| | TakeRoot Justice | https://takerootjustice.org/ | 212-810-6744 |
| | The Bronx Defenders | https://www.bronxdefenders.org/ | 718-838-7878 |
| | The Legal Aid Society | https://www.legalaidnyc.org/ | 718-991-4600 |
| | Urban Justice Center - Safety Net Project | https://snp.urbanjustice.org/ | 646-602-5600 |
| BROOKLYN | Brooklyn Legal Services Corporation A | https://bka.org/ | 718-487-2300 |
| | Brooklyn Legal Services/LSNYC | https://www.legalservicesnyc.org/ | 917-661-4500 |
| | CAMBA Legal Services | https://camba.org/program/legalservices/ | 718-287-0010 |
| | CoRe (Communities Resist) | https://communitiesresist.org/ | 646-974-8761 |
| | Mobilization for Justice | https://mobilizationforjustice.org/ | 212-417-3700 |
| | NYLAG (New York Legal Assistance Group) | https://www.nylag.org/ | 929-356-9582 |
| | RiseBoro Community Partnership | https://www.riseboro.org/rb/empowerment/legal_services/ | 929-282-4126 ext 1046 or 929-297-0215 ext 1022 |
| | TakeRoot Justice | https://takerootjustice.org/ | 212-810-6744 |
| | The Legal Aid Society | https://www.legalaidnyc.org/ | 718-722-3100 |
| | Urban Justice Center - Safety Net Project | https://snp.urbanjustice.org/ | 646-602-5600 |
| MANHATTAN | Goddard Riverside Law Project | https://goddard.org/programs/fighting-homelessness/goddardlawproject/ | 212-799-9638 |
| | Housing Conservation Coordinators | http://www.hcc-nyc.org/ | 212-541-5996 |
| | Lenox Hill Neighborhood House | https://www.lenoxhill.org/legaladvocacy | 212-218-0503 |
| | Manhattan Legal Services/LSNYC | https://www.legalservicesnyc.org/ | 917-661-4500 |
| | Mobilization for Justice | https://mobilizationforjustice.org/ | 212-417-3700 |
| | NDS (Neighborhood Defender Service of Harlem) | https://neighborhooddefender.org/ | 212-876-5500 |
| | NMIC (Northern Manhattan Improvement Corporation) | https://www.nmic.org/legal/ | 212-822-8300 |
| | NYLAG (New York Legal Assistance Group) | https://www.nylag.org/ | 929-356-9582 |
| | TakeRoot Justice | https://takerootjustice.org/ | 212-810-6744 |
| | The Legal Aid Society | https://www.legalaidnyc.org/ | 212-426-3000 |
| QUEENS | Catholic Migration Services | https://catholicmigration.org/ | 347-472-3500 |
| | JASA (Jewish Association for Services for the Aged) | https://www.jasa.org/services/legal | 212.273.5359 |
| | NYLAG (New York Legal Assistance Group) | https://www.nylag.org/ | 929-356-9582 |
| | Queens Legal Services/LSNYC | https://www.legalservicesnyc.org/ | 917-661-4500 |
| | TakeRoot Justice | https://takerootjustice.org/ | 212-810-6744 |
| | The Legal Aid Society | https://www.legalaidnyc.org/ | 718-286-2450 |
| STATEN ISLAND | CAMBA Legal Services | https://camba.org/program/legalservices/ | 646-973-1420 |
| | Staten Island Legal Services/LSNYC | https://www.legalservicesnyc.org/ | 917-661-4500 |
| | The Legal Aid Society | https://www.legalaidnyc.org/ | 347-422-5333 |

# AVISO AL INQUILINO

Si ha perdido ingresos o han aumentado sus gastos durante la pandemia COVID-19, o si mudarse le arriesgaría a usted o a un integrante de su hogar a una enfermedad grave o la muerte por COVID-19 debido a afecciones subyacentes, al firmar y entregar esta declaración de penuria a su casero, podría contar con protección contra el desalojo por alquiler impago o vencimiento de su contrato de alquiler hasta por lo menos el 15 de enero de 2022. Entréguele este formulario al casero o al tribunal si su casero comienza una demanda de desalojo y los procedimientos se postergarán hasta el 15 de enero de 2022 a menos que su casero rete la declaración de penuria. El procedimiento de desalojo se postergará hasta el 15 de enero de 2022 si el tribunal determina que su reclamo de penuria es válido. Podrá continuar la tenencia inmobiliaria durante la postergación del procedimiento de desalojo. Aún le pueden desalojar por incumplimiento del contrato de alquiler por adrede haber causado daños significativos a la propiedad o al persistentemente comportarse de manera irrazonable infringiendo sustancialmente en el uso y disfrute de la propiedad por los demás inquilinos u ocupantes causándoles un riesgo sustancial.

Si su casero le ha proporcionado este formulario, también deberá proporcionarle una dirección postal y una dirección de correo electrónico donde podrá devolver este formulario. Si su casero ya ha comenzado una acción de desalojo en su contra, en cualquier momento podrá devolver este formulario o a su casero, al tribunal o ambos. Aún le deberá el alquiler impago al casero. Mantenga un registro preciso de sus pagos y lo que todavía debe.

Si vive en la ciudad de Nueva York visite: www.nycourts.gov/evictions/nyc/ o llame al 718-557-1379 para obtener más información sobre recursos legales disponibles o si vive fuera de la ciudad de Nueva York visite: www.nycourts.gov/evictions/outside-nyc/ o llame al colegio de abogados local o proveedores de servicios legales. Ayuda financiera puede estar a su disposición, aunque no haya calificado anteriormente. Comuníquese con su oficina local de asistencia para vivienda o la Oficina de Asistencia Temporal y Asistencia Para Incapacitados (OTDA por sus siglas en inglés)

Número de índice (si es conocido/corresponde): ______________________

Condado y Tribunal (si es conocido/corresponde): **Bronx County, Civil Court**

# DECLARACIÓN DE PENURIA DEL INQUILINO DURANTE LA PANDEMIA DEL COVID-19

Soy el inquilino(a), occupante legal, u otra persona responsable por los pagos de alquiler, el uso y la ocupación u otra obligación financiera bajo el contrato de arrendamiento o tenencia en (dirección de la unidad de vivienda):

102 WEST 183RD STREET, Apt. 2A, BRONX, NY 10453

**INDIQUE A CONTINUACIÓN SU CALIFICACIÓN PARA LA PROTECCIÓN CONTRA EL DESALOJO AL SELECCIONAR LA OPCIÓN "A", "B" O AMBAS.**

A. ( ) Tengo dificultades económicas y no puedo pagar en su totalidad mi alquiler u otras obligaciones bajo el contrato de alquiler ni puedo obtener vivienda permanente, alterna y adecuada debio a una o más de las siguientes razones:

1. Perdida significativa de ingresos del hogar durante la pandemia COVID-19.
2. Aumento en gastos corrientes necesarios relacionados con la realización de trabajo esencial o relacionados con el impacto sobre la salud durante la pandemia COVID-19.
3. Las responsabilidades de cuidado diurno para menores o el cuidado de familiares ancianos, discapacitados o enfermos durante la pandemia COVID-19 han impactado negativamente sobre mi capacidad o la capacidad de otros integrantes del hogar de obtener empleo significativo, ganar ingresos o han aumentado los gastos.
4. Es dificil mudarme debio a los gastos de mudanza y la dificultad en conseguir una vivienda alterna u otra residencia durante la pandemia COVID-19.
5. Otras circunstancias relacionadas con la pandemia COVID-19 han impactado negativamente mi capacidad de obtener empleo significativo o ganar ingresos o los ingresos del hogar han reducido significativamente o han aumentado significativamente mis gastos.

DR01 - 33 - 2A FILE NO: 174274

En la medida en que he perdido ingresos en el hogar o han aumentado los gastos, el ingreso recibido, sea por asistencia pública, incluso el seguro de desempleo, asistencia por desempleo por causa de la pandemia, el seguro por discapacidad o la licencia familiar pagada, que haya recibido desde el comienzo de la pandemia COVID-19 no compensa en su totalidad la pérdida de ingresos del hogar o el aumento de los gastos.

B. ( ) Desocupar la instalación y mudarme a una nueva vivienda permanente presentaría un grave riesgo a mi salud o a la salud de un integrante del hogar a enfermedad grave o muerte por COVID-19 debido a ser mayor de 65 años, una discapacidad o afecciones subyacentes, que puede incluir, entre otros, estar inmunodeprimido.

Entiendo que debo cumplir con todos los demás términos legales de mi contrato de alquiler y tenencia o contrato semejanter. Además, entiendo que los honorarios, multas o intereses legales por impago total de alquiler o por no haber cumplido con otras obligaciones financieras según requerido por mi tenencia, contrato de alquiler o contrato semejante aún podrán cobrarse y resultar en un fallo monetario en mi contra. Además, entiendo que mi casero puede solicitar una audiencia para retar el presente certificado de penuria y tendré la oportunidad de participar en todo procedimiento de tenencia inmobiliaria. Además, entiendo que mi casero puede solicitar el desalojo después del 15 de enero de 2022 y que para ese entonces por ley se le proporcionen ciertas protecciones en ese momento que son distintas a las que están disponibles mediante esta declaración.

Firmado: ______________________________

Nombre impreso: ______________________________

Fecha firmada: ______________________________

**AVISO:** Esta firmando y enviando este forulario bajo pena de ley. Esto significa que es ilegal hacer a sabiendas una declaración falsa en este formulario.
Puede devolver este formulario a la dirección postal del Arrendador en:
ANDREWS 102 LLC
1651 CONEY ISLAND AVE APT 4
BROOKLYN, NY 11230

State of New York, County of Nassau ss: AFFIDAVIT OF SERVICE

**STEFFE JEAN BAPTISTE** being duly sworn, deposes and says that deponent is a licensed process server; that deponent is not a party to the proceeding; that deponent is over the age of 18 years and resides in the County of **KINGS**.
On **1/18/2022** at **7:59PM** at **102 WEST 183RD ST APT 2A, BRONX, NY 10453** (the Premises) deponent served the within **14 Day Notice with Hardship Declaration in English/Spanish and list of all not-for-profit legal service providers** ON **KAREEM ADAMS**

☐ **PERSONAL SERVICE** by delivering a true copy(ies) to said respondent personally; deponent knew the person so served to be the person described as the respondent herein. Said person described below

■ **SUBSTITUTE SERVICE** by delivering a true copy(ies) for each named tenant/occupant of said paper to a person of suitable age and discretion who resided at the premises and who was willing to receive same. Said person gave the name of **John Doe refused name** and is described below.
**01/18/2022 at 7:59PM**

☐ **CORPORATION** a domestic corp. by delivering a true copy(ies) of said paper to employed at the premises and willing to receive same.
Said person is described below

| Sex | Skin Color/Race | Hair Color | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Brown | Black | 45 | 5ft4in-5ft7in | 161-200 lbs |

☐ **CONSPICUOUS** by affixing a true copy(ies) for each named tenant / occupant upon a conspicuous part of Premises to wit: the entrance door/apartment door of said property. Deponent was unable to find person of suitable age and discretion willing to receive said paper having called and made attempts of service there on:

**MAILING(S)** Within one (1) business day thereafter on **1/19/2022** the undersigned deposes and says he/she mailed two true copies of said paper to each named tenant/occupant enclosed in a paid- postage wrapper properly addressed to respondent (s) at the property sought to be recovered and all addresses listed below by both certified and regular first class mail at a United States Post Office within the city of New York.

Sworn to before me on
**1/19/2022**

**Deborah Savoia**
**Notary Public, State of New York**
**No 01-6268936**
**Qualified in Suffolk County**
**Commission Expires:**
**September 17, 2024**

1030330

**Job # jean baptistes-20220119-1030330** **STEFFE JEAN BAPTISTE 1426703**

**Zellner-Wood Process Service Agency License # 1451565 102 Jericho Turnpike Suite 104, Floral Park, NY 11001**