CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

---------------------------------------------------------------------X

ANDREWS 102 LLC,

Petitioner,

-against-

KAREEM ADAMS,

Respondent(s).

---------------------------------------------------------------------X

NOTICE OF DISCONTINUANCE
Index Number: 305168/2022

1. Case discontinued as respondent has satisfied the petition.
2. Petitioner alleges $5,222.11 is due through January 31, 2024, comprised of October 2023 at $170.53 and November 2023 through January 2024 at $1,683.86 per month.

Dated: January 31, 2024

Christine Panza
Gold & Rosenblatt
Attorneys for Petitioner

**Tenant Statement** **In Legal** *01/18/24 11:20:44*

37 102 WEST 183RD STREET Type: Stab
2A ADAMS, KAREEM

| | |
|---|---|
| Lease: 01/01/23-12/31/23 | |
| Rent: | 1,683.86 |
| Rent Balance: | 5,934.11 |
| Security Balance: | 377.05 |
| Total Inc. Security: | 6,311.16 |
| *Included in Rent Balance:* | |
| Rent Due: | 5,222.11 |
| Legal Due: | 712.00 |

| Date | LB CC AC CP | Description | Debit | Credit | Balance | Check #/Comment |
|---|---|---|---|---|---|---|
| 01/01/06 | | Move in: ADAMS, KAREEM | | | | |
| 01/01/09 | | Balance Forward | | | 1,179.75 | |
| 01/01/09 | | Rent Charge | 1,232.84 | | 2,412.59 | |
| 01/01/09 | | Security Charge | 53.09 | | 2,465.68 | |
| 01/06/09 | | Rent Receipt | | 589.75 | 1,875.93 | m6217 |
| 01/06/09 | | Rent Receipt | | 590.00 | 1,285.93 | m6218 |
| 02/01/09 | | Rent Charge | 1,232.84 | | 2,518.77 | |
| 02/02/09 | | Rent Receipt | | 616.42 | 1,902.35 | m0204 |
| 02/02/09 | | Rent Receipt | | 616.42 | 1,285.93 | m0203 |
| 03/01/09 | | Rent Charge | 1,232.84 | | 2,518.77 | |
| 03/02/09 | | Rent Receipt | | 616.43 | 1,902.34 | m4146 |
| 03/02/09 | | Rent Receipt | | 616.43 | 1,285.91 | m4147 |
| 03/02/09 | | Security Deposit | | 53.09 | 1,232.82 | m4148 |
| 03/23/09 | | Rent Receipt | | 616.41 | 616.41 | m9015 |
| 03/23/09 | | Rent Receipt | | 616.41 | 0.00 | m9014 |
| 04/01/09 | | Rent Charge | 1,232.84 | | 1,232.84 | |
| 04/07/09 | LB | Rent Receipt | | 616.42 | 616.42 | 0 |
| 04/07/09 | LB | Rent Receipt | | 616.42 | 0.00 | 1 |
| 05/01/09 | | Rent Charge | 1,232.84 | | 1,232.84 | |
| 05/20/09 | LB | Rent Receipt | | 616.42 | 616.42 | 0 |
| 05/20/09 | LB | Rent Receipt | | 616.42 | 0.00 | 1 |
| 06/01/09 | | Rent Charge | 1,232.84 | | 1,232.84 | |
| 06/24/09 | LB | Rent Receipt | | 616.42 | 616.42 | 0 |
| 06/24/09 | LB | Rent Receipt | | 616.42 | 0.00 | 1 |
| 07/01/09 | | Rent Charge | 1,232.84 | | 1,232.84 | |
| 07/27/09 | LB | Rent Receipt | | 616.42 | 616.42 | 0 |
| 07/27/09 | LB | Rent Receipt | | 616.42 | 0.00 | 1 |
| 08/01/09 | | Rent Charge | 1,232.84 | | 1,232.84 | |
| 09/01/09 | | Rent Charge | 1,232.84 | | 2,465.68 | |
| 09/02/09 | LB | Rent Receipt | | 616.42 | 1,849.26 | 0 |
| 09/02/09 | LB | Rent Receipt | | 616.42 | 1,232.84 | 1 |
| 10/01/09 | | Rent Charge | 1,232.84 | | 2,465.68 | |
| 10/01/09 | LB | Rent Receipt | | 616.42 | 1,849.26 | 0 |
| 10/01/09 | LB | Rent Receipt | | 616.42 | 1,232.84 | 1 |
| 11/01/09 | | Rent Charge | 1,232.84 | | 2,465.68 | |
| 11/04/09 | LB | Rent Receipt | | 616.42 | 1,849.26 | 0 |
| 11/04/09 | LB | Rent Receipt | | 616.42 | 1,232.84 | 1 |

| | | | |
|---|---|---|---|
| Include Security: Y<br>Actual S8 Income: N | Only Section 8 Info.: N<br>Rent & S8 Combined: N | Tenant Obligation Only: N<br>Exclude Legal Info.: N | Only Selected Codes: N<br>All Records for Unit: N |
| **Include:** | | | |

**Tenant Statement** **In Legal** *01/18/24 11:20:44*

**37** **102 WEST 183RD STREET** Type: Stab
**2A** **ADAMS, KAREEM**

| | |
|---|---|
| Lease: | 01/01/23-12/31/23 |
| Rent: | 1,683.86 |
| Rent Balance: | 5,934.11 |
| Security Balance: | 377.05 |
| Total Inc. Security: | 6,311.16 |
| *Included In Rent Balance:* | |
| Rent Due: | 5,222.11 |
| Legal Due: | 712.00 |

| Date | LB CC AC CP | Description | Debit | Credit | Balance | Check #/Comment |
|---|---|---|---|---|---|---|
| 11/25/09 | | Security Deposit | | 73.97 | 1,158.87 | m7346 |
| 12/01/09 | | Rent Charge | 1,232.84 | | 2,391.71 | |
| 12/08/09 | | Rent Receipt | | 616.42 | 1,775.29 | m9378 |
| 12/08/09 | | Rent Receipt | | 616.42 | 1,158.87 | m9377 |
| 01/01/10 | | Rent Charge | 1,306.81 | | 2,465.68 | |
| 01/01/10 | | Security Charge | 73.97 | | 2,539.65 | |
| 01/07/10 | LB | Rent Receipt | | 653.40 | 1,886.25 | 0 |
| 01/07/10 | LB | Rent Receipt | | 653.41 | 1,232.84 | 1 |
| 02/01/10 | | Rent Charge | 1,306.81 | | 2,539.65 | |
| 02/11/10 | LB | Rent Receipt | | 653.41 | 1,886.24 | 0 |
| 02/11/10 | LB | Rent Receipt | | 653.40 | 1,232.84 | 1 |
| 03/01/10 | | Rent Charge | 1,306.81 | | 2,539.65 | |
| 03/11/10 | LB | Rent Receipt | | 653.41 | 1,886.24 | 0 |
| 03/11/10 | LB | Rent Receipt | | 653.40 | 1,232.84 | 1 |
| 04/01/10 | | Rent Charge | 1,306.81 | | 2,539.65 | |
| 04/12/10 | LB | Rent Receipt | | 653.41 | 1,886.24 | 0 |
| 04/12/10 | LB | Rent Receipt | | 653.40 | 1,232.84 | 1 |
| 05/01/10 | | Rent Charge | 1,306.81 | | 2,539.65 | |
| 05/10/10 | LB | Rent Receipt | | 653.40 | 1,886.25 | 0 |
| 05/10/10 | LB | Rent Receipt | | 653.41 | 1,232.84 | 1 |
| 06/01/10 | | Rent Charge | 1,306.81 | | 2,539.65 | |
| 06/09/10 | LB | Rent Receipt | | 653.40 | 1,886.25 | 0 |
| 06/09/10 | LB | Rent Receipt | | 653.41 | 1,232.84 | 1 |
| 07/01/10 | | Rent Charge | 1,306.81 | | 2,539.65 | |
| 07/09/10 | LB | Rent Receipt | | 653.40 | 1,886.25 | 0 |
| 07/09/10 | LB | Rent Receipt | | 653.41 | 1,232.84 | 1 |
| 08/01/10 | | Rent Charge | 1,306.81 | | 2,539.65 | |
| 08/13/10 | LB | Rent Receipt | | 653.40 | 1,886.25 | 155426453 |
| 08/13/10 | LB | Rent Receipt | | 653.41 | 1,232.84 | 155426454 |
| 09/01/10 | | Rent Charge | 1,306.81 | | 2,539.65 | |
| 09/09/10 | LB | Rent Receipt | | 653.41 | 1,886.24 | 184465302 |
| 09/09/10 | LB | Rent Receipt | | 653.40 | 1,232.84 | 184465301 |
| 10/01/10 | | Rent Charge | 1,306.81 | | 2,539.65 | |
| 10/12/10 | LB | Rent Receipt | | 653.40 | 1,886.25 | 219021888 |
| 10/12/10 | LB | Rent Receipt | | 653.41 | 1,232.84 | 219021887 |
| 11/01/10 | | Rent Charge | 1,306.81 | | 2,539.65 | |

| | | | |
|---|---|---|---|
| Include Security: Y | Only Section 8 Info.: N | Tenant Obligation Only: N | Only Selected Codes: N |
| Actual S8 Income: N | Rent & S8 Combined: N | Exclude Legal Info.: N | All Records for Unit: N |

**Include:**

**Tenant Statement** **In Legal** *01/18/24 11:20:44*

37 102 WEST 183RD STREET Type: Stab Lease: 01/01/23-12/31/23
2A ADAMS, KAREEM

| | |
|---|---|
| Rent: | 1,683.86 |
| Rent Balance: | 5,934.11 |
| Security Balance: | 377.05 |
| Total Inc. Security: | 6,311.16 |
| *Included In Rent Balance:* | |
| Rent Due: | 5,222.11 |
| Legal Due: | 712.00 |

| Date | LB CC AC CP | Description | Debit | Credit | Balance | Check #/Comment |
|---|---|---|---|---|---|---|
| 11/10/10 | LB | Rent Receipt | | 653.41 | 1,886.24 | 220222820 |
| 11/10/10 | LB | Rent Receipt | | 653.40 | 1,232.84 | 220222819 |
| 12/01/10 | | Rent Charge | 1,306.81 | | 2,539.65 | |
| 12/10/10 | LB | Rent Receipt | | 653.40 | 1,886.25 | 219021515 |
| 12/10/10 | LB | Rent Receipt | | 653.41 | 1,232.84 | 219021514 |
| 01/01/11 | | Rent Charge | 1,306.81 | | 2,539.65 | |
| 01/13/11 | LB | Rent Receipt | | 653.41 | 1,886.24 | 166140264 |
| 01/13/11 | LB | Rent Receipt | | 653.40 | 1,232.84 | 166140265 |
| 02/01/11 | | Rent Charge | 1,306.81 | | 2,539.65 | |
| 02/24/11 | LB | Rent Receipt | | 653.40 | 1,886.25 | 255973769 |
| 02/24/11 | LB | Rent Receipt | | 653.41 | 1,232.84 | 255973768 |
| 03/01/11 | | Rent Charge | 1,306.81 | | 2,539.65 | |
| 03/11/11 | LB | Rent Receipt | | 653.40 | 1,886.25 | 284090031 |
| 03/11/11 | LB | Rent Receipt | | 653.41 | 1,232.84 | 284090032 |
| 04/01/11 | | Rent Charge | 1,306.81 | | 2,539.65 | |
| 04/11/11 | LB | Rent Receipt | | 653.40 | 1,886.25 | 4014 |
| 04/11/11 | LB | Rent Receipt | | 653.41 | 1,232.84 | 261634515 |
| 05/01/11 | | Rent Charge | 1,306.81 | | 2,539.65 | |
| 05/11/11 | LB | Rent Receipt | | 653.41 | 1,886.24 | 280266542 |
| 05/11/11 | LB | Rent Receipt | | 653.40 | 1,232.84 | 280266541 |
| 06/01/11 | | Rent Charge | 1,306.81 | | 2,539.65 | |
| 06/09/11 | LB | Rent Receipt | | 653.41 | 1,886.24 | 2559728844 |
| 06/09/11 | LB | Rent Receipt | | 653.40 | 1,232.84 | 2559728853 |
| 07/01/11 | | Rent Charge | 1,306.81 | | 2,539.65 | |
| 07/14/11 | LB | Rent Receipt | | 653.41 | 1,886.24 | 366750582 |
| 07/14/11 | LB | Rent Receipt | | 653.40 | 1,232.84 | 366750581 |
| 08/01/11 | | Rent Charge | 1,306.81 | | 2,539.65 | |
| 08/12/11 | LB | Rent Receipt | | 653.41 | 1,886.24 | 3532233366 |
| 08/12/11 | LB | Rent Receipt | | 653.40 | 1,232.84 | 4014 |
| 09/01/11 | | Rent Charge | 1,306.81 | | 2,539.65 | |
| 09/15/11 | LB | Rent Receipt | | 653.40 | 1,886.25 | 371845904 |
| 09/15/11 | LB | Rent Receipt | | 653.41 | 1,232.84 | 371845905 |
| 10/01/11 | | Rent Charge | 1,306.81 | | 2,539.65 | |
| 10/18/11 | LB | Rent Receipt | | 653.41 | 1,886.24 | 391537733 |
| 10/18/11 | LB | Rent Receipt | | 653.40 | 1,232.84 | 391537732 |
| 11/01/11 | | Rent Charge | 1,306.81 | | 2,539.65 | |

| | | | |
|---|---|---|---|
| Include Security: Y<br>Actual S8 Income: N | Only Section 8 Info.: N<br>Rent & S8 Combined: N | Tenant Obligation Only: N<br>Exclude Legal Info.: N | Only Selected Codes: N<br>All Records for Unit: N |
| Include: | | | |

**Tenant Statement** **In Legal** *01/18/24 11:20:44*

**37** **102 WEST 183RD STREET** Type: Stab
**2A** **ADAMS, KAREEM**

Lease: 01/01/23-12/31/23

| | |
|---|---|
| Rent: | 1,683.86 |
| Rent Balance: | 5,934.11 |
| Security Balance: | 377.05 |
| Total Inc. Security: | 6,311.16 |
| *Included in Rent Balance:* | |
| Rent Due: | 5,222.11 |
| Legal Due: | 712.00 |

| Date | LB CC AC CP | Description | Debit | Credit | Balance | Check #/Comment |
|---|---|---|---|---|---|---|
| 11/25/11 | LB | Rent Receipt | | 653.40 | 1,886.25 | 415355073 |
| 11/25/11 | LB | Rent Receipt | | 653.41 | 1,232.84 | 415355074 |
| 12/01/11 | | Rent Charge | 1,306.81 | | 2,539.65 | |
| 12/27/11 | | Rent Receipt | | 653.40 | 1,886.25 | m5629 |
| 12/27/11 | | Rent Receipt | | 653.41 | 1,232.84 | m5628 |
| 01/01/12 | | Rent Charge | 1,401.55 | | 2,634.39 | |
| 01/01/12 | | Security Charge | 94.74 | | 2,729.13 | |
| 01/18/12 | LB | Rent Receipt | | 653.41 | 2,075.72 | 384361421 |
| 01/18/12 | LB | Rent Receipt | | 653.40 | 1,422.32 | 384361422 |
| 02/01/12 | | Rent Charge | 1,401.55 | | 2,823.87 | |
| 02/17/12 | LB | Rent Receipt | | 701.55 | 2,122.32 | 443760808 |
| 02/17/12 | LB | Rent Receipt | | 700.00 | 1,422.32 | 443760809 |
| 03/01/12 | | Rent Charge | 1,401.55 | | 2,823.87 | |
| 03/21/12 | LB | Rent Receipt | | 700.00 | 2,123.87 | 486865116 |
| 03/21/12 | LB | Rent Receipt | | 700.00 | 1,423.87 | 486865117 |
| 04/01/12 | | Rent Charge | 1,401.55 | | 2,825.42 | |
| 04/19/12 | LB | Rent Receipt | | 700.00 | 2,125.42 | 462809226 |
| 04/19/12 | LB | Rent Receipt | | 700.00 | 1,425.42 | 401446 |
| 05/01/12 | | Rent Charge | 1,401.55 | | 2,826.97 | |
| 05/21/12 | LB | Rent Receipt | | 700.00 | 2,126.97 | 4475167371 |
| 05/21/12 | LB | Rent Receipt | | 700.00 | 1,426.97 | 4475167380 |
| 06/01/12 | | Rent Charge | 1,401.55 | | 2,828.52 | |
| 06/21/12 | LB | Rent Receipt | | 700.00 | 2,128.52 | 522779105 |
| 06/21/12 | LB | Rent Receipt | | 700.00 | 1,428.52 | 522779106 |
| 07/01/12 | | Rent Charge | 1,401.55 | | 2,830.07 | |
| 07/25/12 | LB | Rent Receipt | | 700.00 | 2,130.07 | 557093688 |
| 07/25/12 | LB | Rent Receipt | | 700.00 | 1,430.07 | 557093687 |
| 08/01/12 | | Rent Charge | 1,401.55 | | 2,831.62 | |
| 08/27/12 | LB | Rent Receipt | | 700.00 | 2,131.62 | 581970261 |
| 08/27/12 | LB | Rent Receipt | | 700.00 | 1,431.62 | 581970262 |
| 09/01/12 | | Rent Charge | 1,401.55 | | 2,833.17 | |
| 09/27/12 | LB | Rent Receipt | | 700.00 | 2,133.17 | 594636535 |
| 09/27/12 | LB | Rent Receipt | | 700.00 | 1,433.17 | 594636536 |
| 10/01/12 | | Rent Charge | 1,401.55 | | 2,834.72 | |
| 11/01/12 | | Rent Charge | 1,401.55 | | 4,236.27 | |
| 11/08/12 | LB | Rent Receipt | | 700.00 | 3,536.27 | 570932865 |

| | | | |
|---|---|---|---|
| Include Security: Y<br>Actual S8 Income: N | Only Section 8 Info.: N<br>Rent & S8 Combined: N | Tenant Obligation Only: N<br>Exclude Legal Info.: N | Only Selected Codes: N<br>All Records for Unit N |
| **Include:** | | | |

**Tenant Statement** **In Legal** *01/18/24 11:20:44*

37 102 WEST 183RD STREET Type: Stab
2A ADAMS, KAREEM

| | |
|---|---|
| Lease: 01/01/23-12/31/23 | |
| Rent: | 1,683.86 |
| Rent Balance: | 5,934.11 |
| Security Balance: | 377.05 |
| Total Inc. Security: | 6,311.16 |
| *Included in Rent Balance:* | |
| Rent Due: | 5,222.11 |
| Legal Due: | 712.00 |

| Date | LB CC AC CP | Description | Debit | Credit | Balance | Check #/Comment |
|---|---|---|---|---|---|---|
| 11/08/12 | LB | Rent Receipt | | 700.00 | 2,836.27 | 570932864 |
| 12/01/12 | | Rent Charge | 1,401.55 | | 4,237.82 | |
| 12/31/12 | LB | Rent Receipt | | 700.00 | 3,537.82 | 634830472 |
| 12/31/12 | LB | Rent Receipt | | 700.00 | 2,837.82 | 634830471 |
| 01/01/13 | | Rent Charge | 1,401.55 | | 4,239.37 | |
| 02/01/13 | | Rent Charge | 1,401.55 | | 5,640.92 | |
| 02/06/13 | LB | Rent Receipt | | 700.00 | 4,940.92 | 581971490 |
| 02/06/13 | LB | Rent Receipt | | 700.00 | 4,240.92 | 581971491 |
| 03/01/13 | | Rent Charge | 1,401.55 | | 5,642.47 | |
| 03/06/13 | LB | Rent Receipt | | 700.00 | 4,942.47 | 651456637 |
| 03/06/13 | LB | Rent Receipt | | 700.00 | 4,242.47 | 651456638 |
| 04/01/13 | | Rent Charge | 1,401.55 | | 5,644.02 | |
| 04/11/13 | LB | Rent Receipt | | 700.00 | 4,944.02 | 693049496 |
| 04/11/13 | LB | Rent Receipt | | 700.00 | 4,244.02 | 693049495 |
| 05/01/13 | | Rent Charge | 1,401.55 | | 5,645.57 | |
| 05/08/13 | LB | Rent Receipt | | 700.00 | 4,945.57 | 6773255316 |
| 05/08/13 | LB | Rent Receipt | | 700.00 | 4,245.57 | 6773255307 |
| 05/31/13 | LB | Rent Receipt | | 700.00 | 3,545.57 | 7135831701 |
| 05/31/13 | LB | Rent Receipt | | 700.00 | 2,845.57 | 7135831710 |
| 06/01/13 | | Rent Charge | 1,401.55 | | 4,247.12 | |
| 07/01/13 | | Rent Charge | 1,401.55 | | 5,648.67 | |
| 07/18/13 | LB | Rent Receipt | | 700.00 | 4,948.67 | 735033360 |
| 07/18/13 | LB | Rent Receipt | | 700.00 | 4,248.67 | 735033361 |
| 07/18/13 | | Dispossess Charge | 112.00 | | 4,360.67 | |
| 07/31/13 | LB | Rent Receipt | | 700.00 | 3,660.67 | 7497798858 |
| 07/31/13 | LB | Rent Receipt | | 700.00 | 2,960.67 | 7497798840 |
| 08/01/13 | | Rent Charge | 1,401.55 | | 4,362.22 | |
| 08/28/13 | LB | Rent Receipt | | 700.75 | 3,661.47 | 752225849 |
| 08/28/13 | LB | Rent Receipt | | 700.75 | 2,960.72 | 752225850 |
| 09/01/13 | | Rent Charge | 1,401.55 | | 4,362.27 | |
| 09/25/13 | LB | Rent Receipt | | 701.00 | 3,661.27 | 768943531 |
| 09/25/13 | LB | Rent Receipt | | 700.55 | 2,960.72 | 768943532 |
| 10/01/13 | | Rent Charge | 1,401.55 | | 4,362.27 | |
| 11/01/13 | | Rent Charge | 1,401.55 | | 5,763.82 | |
| 11/01/13 | LB | Rent Receipt | | 701.00 | 5,062.82 | 7950252870 |
| 11/01/13 | LB | Rent Receipt | | 700.58 | 4,362.24 | 4014 |

| | | | |
|---|---|---|---|
| Include Security: Y<br>Actual S8 Income: N | Only Section 8 Info.: N<br>Rent & S8 Combined: N | Tenant Obligation Only: N<br>Exclude Legal Info.: N | Only Selected Codes: N<br>All Records for Unit: N |
| Include: | | | |

**Tenant Statement** **In Legal** *01/18/24 11:20:44*

**37** **102 WEST 183RD STREET** Type: Stab
**2A** **ADAMS, KAREEM**

Lease: 01/01/23-12/31/23
Rent: 1,683.86
Rent Balance: 5,934.11
Security Balance: 377.05
Total Inc. Security: 6,311.16
*Included in Rent Balance:*
Rent Due: 5,222.11
Legal Due: 712.00

| Date | LB CC AC CP | Description | Debit | Credit | Balance | Check #/Comment |
|---|---|---|---|---|---|---|
| 12/01/13 | | Rent Charge | 1,401.55 | | 5,763.79 | |
| 12/06/13 | LB | Rent Receipt | | 700.50 | 5,063.29 | 814194778 |
| 12/06/13 | LB | Rent Receipt | | 700.51 | 4,362.78 | 814194777 |
| 12/31/13 | LB | Rent Receipt | | 701.55 | 3,661.23 | 8267407830 |
| 12/31/13 | LB | Rent Receipt | | 700.00 | 2,961.23 | 8267407848 |
| 01/01/14 | | Rent Charge | 1,510.17 | | 4,471.40 | |
| 01/01/14 | | Security Charge | 108.62 | | 4,580.02 | |
| 01/30/14 | LB | Rent Receipt | | 755.00 | 3,825.02 | 847836650 |
| 01/30/14 | LB | Rent Receipt | | 755.17 | 3,069.85 | 847836649 |
| 02/01/14 | | Rent Charge | 1,510.17 | | 4,580.02 | |
| 02/27/14 | | Rent Receipt | | 750.50 | 3,829.52 | m2445 |
| 02/27/14 | | Rent Receipt | | 750.50 | 3,079.02 | m2434 |
| 03/01/14 | | Rent Charge | 1,510.17 | | 4,589.19 | |
| 03/20/14 | | Rent Receipt | | 700.00 | 3,889.19 | m7016 |
| 03/20/14 | | Rent Receipt | | 1,000.00 | 2,889.19 | m7017 |
| 04/01/14 | | Rent Charge | 1,510.17 | | 4,399.36 | |
| 04/03/14 | LB | Rent Receipt | | 1,000.00 | 3,399.36 | 866494469 |
| 04/03/14 | LB | Rent Receipt | | 1,000.00 | 2,399.36 | 866494470 |
| 04/03/14 | LB | Rent Receipt | | 573.83 | 1,825.53 | 866494471 |
| 04/28/14 | LB | Rent Receipt | | 755.00 | 1,070.53 | 11466627 |
| 04/28/14 | LB | Rent Receipt | | 755.00 | 315.53 | 11466628 |
| 05/01/14 | | Rent Charge | 1,510.17 | | 1,825.70 | |
| 05/23/14 | LB | Rent Receipt | | 755.17 | 1,070.53 | 43800990 |
| 05/23/14 | LB | Rent Receipt | | 755.00 | 315.53 | 43800989 |
| 06/01/14 | | Rent Charge | 1,510.17 | | 1,825.70 | |
| 06/16/14 | LB | Rent Receipt | | 755.17 | 1,070.53 | 46212048 |
| 06/16/14 | LB | Rent Receipt | | 755.00 | 315.53 | 46212049 |
| 07/01/14 | | Rent Charge | 1,510.17 | | 1,825.70 | |
| 07/24/14 | LB | Rent Receipt | | 755.00 | 1,070.70 | 57635128 |
| 07/24/14 | LB | Rent Receipt | | 755.10 | 315.60 | 57635127 |
| 08/01/14 | | Rent Charge | 1,510.17 | | 1,825.77 | |
| 08/18/14 | LB | Rent Receipt | | 755.55 | 1,070.22 | 63008602 |
| 08/18/14 | LB | Rent Receipt | | 755.00 | 315.22 | 63008603 |
| 09/01/14 | | Rent Charge | 1,510.17 | | 1,825.39 | |
| 09/24/14 | LB | Rent Receipt | | 755.17 | 1,070.22 | 94436369 |
| 09/24/14 | LB | Rent Receipt | | 755.00 | 315.22 | 94436370 |
| 10/01/14 | | Rent Charge | 1,510.17 | | 1,825.39 | |

| | | | |
|---|---|---|---|
| Include Security: Y | Only Section 8 Info.: N | Tenant Obligation Only: N | Only Selected Codes: N |
| Actual S8 Income: N | Rent & S8 Combined: N | Exclude Legal Info.: N | All Records for Unit: N |

Include:

**Tenant Statement** **In Legal** *01/18/24 11:20:44*

37 102 WEST 183RD STREET Type: Stab
2A ADAMS, KAREEM

Lease: 01/01/23-12/31/23
Rent: 1,683.86
Rent Balance: 5,934.11
Security Balance: 377.05
Total Inc. Security: 6,311.16
*Included in Rent Balance:*
Rent Due: 5,222.11
Legal Due: 712.00

| Date | LB CC AC CP | Description | Debit | Credit | Balance | Check #/Comment |
|---|---|---|---|---|---|---|
| 10/15/14 | LB | Rent Receipt | | 755.17 | 1,070.22 | 96743847 |
| 10/15/14 | LB | Rent Receipt | | 755.00 | 315.22 | 96743848 |
| 11/01/14 | | Rent Charge | 1,510.17 | | 1,825.39 | |
| 11/14/14 | LB | Rent Receipt | | 755.00 | 1,070.39 | 100803930 |
| 11/14/14 | LB | Rent Receipt | | 755.17 | 315.22 | 100803931 |
| 12/01/14 | | Rent Charge | 1,510.17 | | 1,825.39 | |
| 12/17/14 | LB | Rent Receipt | | 755.00 | 1,070.39 | 129991315 |
| 12/17/14 | LB | Rent Receipt | | 755.17 | 315.22 | 129991314 |
| 01/01/15 | | Rent Charge | 1,510.17 | | 1,825.39 | |
| 01/23/15 | LB | Rent Receipt | | 755.17 | 1,070.22 | 161465320 |
| 01/23/15 | LB | Rent Receipt | | 755.00 | 315.22 | 161465319 |
| 02/01/15 | | Rent Charge | 1,510.17 | | 1,825.39 | |
| 02/19/15 | LB | Rent Receipt | | 755.03 | 1,070.36 | 713582169 |
| 02/19/15 | LB | Rent Receipt | | 755.00 | 315.36 | 713582170 |
| 03/01/15 | | Rent Charge | 1,510.17 | | 1,825.53 | |
| 03/19/15 | LB | Rent Receipt | | 755.00 | 1,070.53 | 7182878128 |
| 03/19/15 | LB | Rent Receipt | | 755.17 | 315.36 | 7182878129 |
| 04/01/15 | | Rent Charge | 1,510.17 | | 1,825.53 | |
| 04/30/15 | LB | Rent Receipt | | 755.17 | 1,070.36 | 161467199 |
| 04/30/15 | LB | Rent Receipt | | 755.00 | 315.36 | 183953126 |
| 05/01/15 | | Rent Charge | 1,510.17 | | 1,825.53 | |
| 05/20/15 | LB | Rent Receipt | | 755.17 | 1,070.36 | 214358630 |
| 05/20/15 | LB | Rent Receipt | | 755.00 | 315.36 | 214358631 |
| 06/01/15 | | Rent Charge | 1,510.17 | | 1,825.53 | |
| 06/16/15 | | Rent Receipt | | 755.00 | 1,070.53 | M6860 |
| 06/16/15 | | Rent Receipt | | 755.17 | 315.36 | M6861 |
| 07/01/15 | | Rent Charge | 1,510.17 | | 1,825.53 | |
| 07/22/15 | LB | Rent Receipt | | 755.00 | 1,070.53 | 244287010 |
| 07/22/15 | LB | Rent Receipt | | 755.17 | 315.36 | 244287009 |
| 08/01/15 | | Rent Charge | 1,510.17 | | 1,825.53 | |
| 08/26/15 | LB | Rent Receipt | | 755.00 | 1,070.53 | 28533121 |
| 08/26/15 | LB | Rent Receipt | | 755.17 | 315.36 | 285833120 |
| 09/01/15 | | Rent Charge | 1,510.17 | | 1,825.53 | |
| 09/16/15 | LB | Rent Receipt | | 755.17 | 1,070.36 | 103033892 |
| 09/16/15 | LB | Rent Receipt | | 755.00 | 315.36 | 103033893 |
| 10/01/15 | | Rent Charge | 1,510.17 | | 1,825.53 | |

| | | | |
|---|---|---|---|
| Include Security: Y | Only Section 8 Info.: N | Tenant Obligation Only: N | Only Selected Codes: N |
| Actual S8 Income: N | Rent & S8 Combined: N | Exclude Legal Info.: N | All Records for Unit: N |
| Include: | | | |

**Tenant Statement** **In Legal** *01/18/24 11:20:44*

**37** **102 WEST 183RD STREET** Type: Stab
**2A** **ADAMS, KAREEM**

Lease: 01/01/23-12/31/23

| | |
|---|---|
| Rent: | 1,683.86 |
| Rent Balance: | 5,934.11 |
| Security Balance: | 377.05 |
| Total Inc. Security: | 6,311.16 |
| *Included in Rent Balance:* | |
| Rent Due: | 5,222.11 |
| Legal Due: | 712.00 |

| Date | LB CC AC CP | Description | Debit | Credit | Balance | Check #/Comment |
|---|---|---|---|---|---|---|
| 10/15/15 | LB | Rent Receipt | | 755.17 | 1,070.36 | 308303903 |
| 10/15/15 | LB | Rent Receipt | | 755.00 | 315.36 | 308303902 |
| 11/01/15 | | Rent Charge | 1,510.17 | | 1,825.53 | |
| 12/01/15 | | Rent Charge | 1,510.17 | | 3,335.70 | |
| 12/02/15 | LB | Rent Receipt | | 203.36 | 3,132.34 | 334207199 |
| 12/02/15 | LB | Rent Receipt | | 755.17 | 2,377.17 | 334207198 |
| 12/02/15 | LB | Rent Receipt | | 755.00 | 1,622.17 | 334207197 |
| 12/15/15 | LB | Rent Receipt | | 755.00 | 867.17 | 170443392 |
| 12/15/15 | LB | Rent Receipt | | 755.17 | 112.00 | 170443391 |
| 01/01/16 | | Rent Charge | 1,540.37 | | 1,652.37 | |
| 01/01/16 | | Security Charge | 30.20 | | 1,682.57 | |
| 01/11/16 | LB | Rent Receipt | | 755.15 | 927.42 | 354745334 |
| 01/11/16 | LB | Rent Receipt | | 755.00 | 172.42 | 354745335 |
| 02/01/16 | | Rent Charge | 1,540.37 | | 1,712.79 | |
| 02/19/16 | LB | Rent Receipt | | 755.17 | 957.62 | 377954897 |
| 02/19/16 | LB | Rent Receipt | | 755.00 | 202.62 | 377954898 |
| 03/01/16 | | Rent Charge | 1,540.37 | | 1,742.99 | |
| 03/17/16 | LB | Rent Receipt | | 755.00 | 987.99 | 390527317 |
| 03/17/16 | LB | Rent Receipt | | 755.17 | 232.82 | 390527316 |
| 04/01/16 | | Rent Charge | 1,540.37 | | 1,773.19 | |
| 04/21/16 | | Rent Receipt | | 755.17 | 1,018.02 | m6981 |
| 04/21/16 | | Rent Receipt | | 755.00 | 263.02 | m6982 |
| 05/01/16 | | Rent Charge | 1,540.37 | | 1,803.39 | |
| 05/18/16 | LB | Rent Receipt | | 755.00 | 1,048.39 | 424388428 |
| 05/18/16 | LB | Rent Receipt | | 755.17 | 293.22 | 424388429 |
| 06/01/16 | | Rent Charge | 1,540.37 | | 1,833.59 | |
| 06/16/16 | LB | Rent Receipt | | 755.17 | 1,078.42 | 7408427298 |
| 06/16/16 | LB | Rent Receipt | | 755.00 | 323.42 | 7408427297 |
| 07/01/16 | | Rent Charge | 1,540.37 | | 1,863.79 | |
| 07/14/16 | | Rent Receipt | | 755.17 | 1,108.62 | m2528 |
| 07/14/16 | | Rent Receipt | | 755.00 | 353.62 | m2529 |
| 08/01/16 | | Rent Charge | 1,540.37 | | 1,893.99 | |
| 08/15/16 | LB | Rent Receipt | | 755.17 | 1,138.82 | 448534457 |
| 08/15/16 | LB | Rent Receipt | | 755.00 | 383.82 | 448534456 |
| 09/01/16 | | Rent Charge | 1,540.37 | | 1,924.19 | |
| 09/15/16 | LB | Rent Receipt | | 755.17 | 1,169.02 | 7448536448 |

| | | | |
|---|---|---|---|
| Include Security: Y | Only Section 8 Info.: N | Tenant Obligation Only: N | Only Selected Codes: N |
| Actual S8 Income: N | Rent & S8 Combined: N | Exclude Legal Info.: N | All Records for Unit: N |
| Include: | | | |

**Tenant Statement** **In Legal** *01/18/24 11:20:44*

| | | | | |
|---|---|---|---|---|
| 37 | 102 WEST 183RD STREET | Type: Stab | Lease: 01/01/23-12/31/23 | |
| 2A | ADAMS, KAREEM | | Rent: | 1,683.86 |
| | | | Rent Balance: | 5,934.11 |
| | | | Security Balance: | 377.05 |
| | | | Total Inc. Security: | 6,311.16 |
| | | | *Included in Rent Balance:* | |
| | | | Rent Due: | 5,222.11 |
| | | | Legal Due: | 712.00 |

| Date | LB CC AC CP | Description | Debit | Credit | Balance | Check #/Comment |
|---|---|---|---|---|---|---|
| 09/15/16 | LB | Rent Receipt | | 755.00 | 414.02 | 7448536447 |
| 10/01/16 | | Rent Charge | 1,540.37 | | 1,954.39 | |
| 10/17/16 | LB | Rent Receipt | | 755.00 | 1,199.39 | 475451773 |
| 10/17/16 | LB | Rent Receipt | | 755.17 | 444.22 | 475451774 |
| 11/01/16 | | Rent Charge | 1,540.37 | | 1,984.59 | |
| 12/01/16 | | Rent Charge | 1,540.37 | | 3,524.96 | |
| 12/13/16 | LB | Rent Receipt | | 755.17 | 2,769.79 | 507449623 |
| 12/13/16 | LB | Rent Receipt | | 755.00 | 2,014.79 | 507449624 |
| 01/01/17 | | Rent Charge | 1,540.37 | | 3,555.16 | |
| 01/11/17 | LB | Rent Receipt | | 755.00 | 2,800.16 | 507448112 |
| 01/11/17 | LB | Rent Receipt | | 755.17 | 2,044.99 | 507448111 |
| 02/01/17 | | Rent Charge | 1,540.37 | | 3,585.36 | |
| 02/15/17 | LB | Rent Receipt | | 770.34 | 2,815.02 | 7543948600 |
| 02/15/17 | LB | Rent Receipt | | 770.00 | 2,045.02 | 7543948601 |
| 03/01/17 | | Rent Charge | 1,540.37 | | 3,585.39 | |
| 03/16/17 | LB | Rent Receipt | | 750.00 | 2,835.39 | 555976892 |
| 03/16/17 | LB | Rent Receipt | | 784.37 | 2,051.02 | 555976891 |
| 04/01/17 | | Rent Charge | 1,540.37 | | 3,591.39 | |
| 04/13/17 | LB | Rent Receipt | | 770.35 | 2,821.04 | 542862521 |
| 04/13/17 | LB | Rent Receipt | | 770.00 | 2,051.04 | 542862522 |
| 05/01/17 | | Rent Charge | 1,540.37 | | 3,591.41 | |
| 05/10/17 | LB | Rent Receipt | | 770.00 | 2,821.41 | 555978470 |
| 05/10/17 | LB | Rent Receipt | | 770.37 | 2,051.04 | 555978471 |
| 06/01/17 | | Rent Charge | 1,540.37 | | 3,591.41 | |
| 06/15/17 | LB | Rent Receipt | | 770.00 | 2,821.41 | 580373958 |
| 06/15/17 | LB | Rent Receipt | | 770.37 | 2,051.04 | 580373959 |
| 07/01/17 | | Rent Charge | 1,540.37 | | 3,591.41 | |
| 07/12/17 | LB | Rent Receipt | | 770.00 | 2,821.41 | 618211694 |
| 07/12/17 | LB | Rent Receipt | | 770.35 | 2,051.06 | 618211695 |
| 08/01/17 | | Rent Charge | 1,540.37 | | 3,591.43 | |
| 08/14/17 | LB | Rent Receipt | | 770.00 | 2,821.43 | 627919138 |
| 08/14/17 | LB | Rent Receipt | | 770.37 | 2,051.06 | 627919137 |
| 09/01/17 | | Rent Charge | 1,540.37 | | 3,591.43 | |
| 09/15/17 | LB | Rent Receipt | | 770.35 | 2,821.08 | 592211947 |
| 09/15/17 | LB | Rent Receipt | | 770.00 | 2,051.08 | 592211946 |

| | | | |
|---|---|---|---|
| Include Security: Y | Only Section 8 Info.: N | Tenant Obligation Only: N | Only Selected Codes: N |
| Actual S8 Income: N | Rent & S8 Combined: N | Exclude Legal Info.: N | All Records for Unit: N |
| Include: | | | |

**Tenant Statement** **In Legal** *01/18/24 11:20:44*

**37** **102 WEST 183RD STREET** Type: Stab **Lease: 01/01/23-12/31/23**
**2A** **ADAMS, KAREEM**

| | |
|---|---|
| Rent: | 1,683.86 |
| Rent Balance: | 5,934.11 |
| Security Balance: | 377.05 |
| Total Inc. Security: | 6,311.16 |
| *Included in Rent Balance:* | |
| Rent Due: | 5,222.11 |
| Legal Due: | 712.00 |

| Date | LB CC AC CP | Description | Debit | Credit | Balance | Check #/Comment |
|---|---|---|---|---|---|---|
| 10/01/17 | | Rent Charge | 1,540.37 | | 3,591.45 | |
| 10/12/17 | LB | Rent Receipt | | 770.37 | 2,821.08 | 645042840 |
| 10/12/17 | LB | Rent Receipt | | 770.00 | 2,051.08 | 645042839 |
| 11/01/17 | | Rent Charge | 1,540.37 | | 3,591.45 | |
| 11/13/17 | LB | Rent Receipt | | 60.00 | 3,531.45 | 257704023 |
| 11/13/17 | LB | Rent Receipt | | 740.00 | 2,791.45 | 257704021 |
| 11/13/17 | LB | Rent Receipt | | 740.37 | 2,051.08 | 257704022 |
| 12/01/17 | | Rent Charge | 1,540.37 | | 3,591.45 | |
| 12/15/17 | LB | Rent Receipt | | 19.25 | 3,572.20 | 8908031537 |
| 12/15/17 | LB | Rent Receipt | | 770.00 | 2,802.20 | 8908031536 |
| 12/15/17 | LB | Rent Receipt | | 770.37 | 2,031.83 | 8908031535 |
| 01/01/18 | | Rent Charge | 1,559.62 | | 3,591.45 | |
| 01/01/18 | | Security Charge | 19.25 | | 3,610.70 | |
| 01/12/18 | LB | Rent Receipt | | 1,000.00 | 2,610.70 | 7696319673 |
| 01/12/18 | LB | Rent Receipt | | 559.69 | 2,051.01 | 7696319674 |
| 02/01/18 | | Rent Charge | 1,559.62 | | 3,610.63 | |
| 02/14/18 | LB | Rent Receipt | | 1,000.00 | 2,610.63 | 701748310 |
| 02/14/18 | LB | Rent Receipt | | 559.62 | 2,051.01 | 701748311 |
| 03/01/18 | | Rent Charge | 1,559.62 | | 3,610.63 | |
| 03/15/18 | LB | Rent Receipt | | 559.62 | 3,051.01 | 661390212 |
| 03/15/18 | LB | Rent Receipt | | 1,000.00 | 2,051.01 | 661390211 |
| 04/01/18 | | Rent Charge | 1,559.62 | | 3,610.63 | |
| 04/13/18 | LB | Rent Receipt | | 1,000.00 | 2,610.63 | 748980476 |
| 04/13/18 | LB | Rent Receipt | | 559.62 | 2,051.01 | 748980477 |
| 05/01/18 | | Rent Charge | 1,559.62 | | 3,610.63 | |
| 05/14/18 | LB | Rent Receipt | | 1,000.00 | 2,610.63 | 754779253 |
| 05/14/18 | LB | Rent Receipt | | 559.62 | 2,051.01 | 754779254 |
| 06/01/18 | | Rent Charge | 1,559.62 | | 3,610.63 | |
| 06/14/18 | LB | Rent Receipt | | 1,000.00 | 2,610.63 | 768382070 |
| 06/14/18 | LB | Rent Receipt | | 559.62 | 2,051.01 | 768382071 |
| 07/01/18 | | Rent Charge | 1,559.62 | | 3,610.63 | |
| 07/12/18 | LB | Rent Receipt | | 559.62 | 3,051.01 | 774510004 |
| 07/12/18 | LB | Rent Receipt | | 1,000.00 | 2,051.01 | 774510003 |
| 08/01/18 | | Rent Charge | 1,559.62 | | 3,610.63 | |
| 08/15/18 | LB | Rent Receipt | | 1,000.00 | 2,610.63 | 804106978 |
| 08/15/18 | LB | Rent Receipt | | 559.62 | 2,051.01 | 804106979 |

| | | | |
|---|---|---|---|
| Include Security: Y<br>Actual S8 Income: N | Only Section 8 Info.: N<br>Rent & S8 Combined: N | Tenant Obligation Only: N<br>Exclude Legal Info.: N | Only Selected Codes: N<br>All Records for Unit N |
| Include: | | | |

**Tenant Statement** **In Legal** *01/18/24 11:20:44*

| | | | | |
|---|---|---|---|---|
| 37 | 102 WEST 183RD STREET | Type: Stab | Lease: 01/01/23-12/31/23 | |
| 2A | ADAMS, KAREEM | | Rent: | 1,683.86 |
| | | | Rent Balance: | 5,934.11 |
| | | | Security Balance: | 377.05 |
| | | | Total Inc. Security: | 6,311.16 |
| | | | *Included in Rent Balance:* | |
| | | | Rent Due: | 5,222.11 |
| | | | Legal Due: | 712.00 |

| Date | LB CC AC CP | Description | Debit | Credit | Balance | Check #/Comment |
|---|---|---|---|---|---|---|
| 09/01/18 | | Rent Charge | 1,559.62 | | 3,610.63 | |
| 09/13/18 | LB | Rent Receipt | | 559.62 | 3,051.01 | 806013503 |
| 09/13/18 | LB | Rent Receipt | | 1,000.00 | 2,051.01 | 806013502 |
| 10/01/18 | | Rent Charge | 1,559.62 | | 3,610.63 | |
| 10/15/18 | LB | Rent Receipt | | 559.62 | 3,051.01 | 804109140 |
| 10/15/18 | LB | Rent Receipt | | 1,000.00 | 2,051.01 | 804109138 |
| 11/01/18 | | Rent Charge | 1,559.62 | | 3,610.63 | |
| 11/16/18 | LB | Rent Receipt | | 559.62 | 3,051.01 | 845077804 |
| 11/16/18 | LB | Rent Receipt | | 1,000.00 | 2,051.01 | 845077803 |
| 12/01/18 | | Rent Charge | 1,559.62 | | 3,610.63 | |
| 12/14/18 | LB | Rent Receipt | | 559.52 | 3,051.11 | 845078733 |
| 12/14/18 | LB | Rent Receipt | | 1,000.00 | 2,051.11 | 845078732 |
| 01/01/19 | | Rent Charge | 1,583.01 | | 3,634.12 | |
| 01/01/19 | | Security Charge | 23.39 | | 3,657.51 | |
| 01/14/19 | LB | Rent Receipt | | 583.03 | 3,074.48 | 877282372 |
| 01/14/19 | LB | Rent Receipt | | 1,000.00 | 2,074.48 | 877282371 |
| 02/01/19 | | Rent Charge | 1,583.01 | | 3,657.49 | |
| 03/01/19 | | Rent Charge | 1,583.01 | | 5,240.50 | |
| 03/12/19 | | Rent Receipt | | 583.01 | 4,657.49 | m0636 |
| 03/12/19 | | Rent Receipt | | 1,000.00 | 3,657.49 | m0635 |
| 03/14/19 | LB | Rent Receipt | | 583.05 | 3,074.44 | 7898784938 |
| 03/14/19 | LB | Rent Receipt | | 1,000.00 | 2,074.44 | 7898784937 |
| 04/01/19 | | Rent Charge | 1,583.01 | | 3,657.45 | |
| 04/15/19 | LB | Rent Receipt | | 583.01 | 3,074.44 | 896540069 |
| 04/15/19 | LB | Rent Receipt | | 1,000.00 | 2,074.44 | 896540068 |
| 05/01/19 | | Rent Charge | 1,583.01 | | 3,657.45 | |
| 05/20/19 | LB | Rent Receipt | | 583.01 | 3,074.44 | 902274950 |
| 05/20/19 | LB | Rent Receipt | | 1,000.00 | 2,074.44 | 902274949 |
| 06/01/19 | | Rent Charge | 1,583.01 | | 3,657.45 | |
| 06/17/19 | | Rent Receipt | | 1,000.00 | 2,657.45 | m5723 |
| 06/17/19 | | Rent Receipt | | 585.25 | 2,072.20 | m5724 |
| 07/01/19 | | Rent Charge | 1,583.01 | | 3,655.21 | |
| 07/15/19 | LB | Rent Receipt | | 1,000.00 | 2,655.21 | 975692655 |
| 07/15/19 | LB | Rent Receipt | | 583.01 | 2,072.20 | 975692656 |
| 08/01/19 | | Rent Charge | 1,583.01 | | 3,655.21 | |
| 08/15/19 | LB | Rent Receipt | | 1,000.00 | 2,655.21 | 681166961 |

| | | | |
|---|---|---|---|
| Include Security: Y | Only Section 8 Info.: N | Tenant Obligation Only: N | Only Selected Codes: N |
| Actual S8 Income: N | Rent & S8 Combined: N | Exclude Legal Info.: N | All Records for Unit: N |
| Include: | | | |

**Tenant Statement** **In Legal** *01/18/24 11:20:44*

**37** **102 WEST 183RD STREET** Type: Stab
**2A** **ADAMS, KAREEM**

**Lease: 01/01/23-12/31/23**
Rent: 1,683.86
Rent Balance: 5,934.11
Security Balance: 377.05
Total Inc. Security: 6,311.16
*Included in Rent Balance:*
Rent Due: 5,222.11
Legal Due: 712.00

| Date | LB CC AC CP | Description | Debit | Credit | Balance | Check #/Comment |
|---|---|---|---|---|---|---|
| 08/15/19 | LB | Rent Receipt | | 583.01 | 2,072.20 | 681166962 |
| 09/01/19 | | Rent Charge | 1,583.01 | | 3,655.21 | |
| 09/16/19 | LB | Rent Receipt | | 1,000.00 | 2,655.21 | 681167541 |
| 09/16/19 | LB | Rent Receipt | | 583.01 | 2,072.20 | 681167542 |
| 10/01/19 | | Rent Charge | 1,583.01 | | 3,655.21 | |
| 10/17/19 | LB | Rent Receipt | | 583.01 | 3,072.20 | 29859983 |
| 10/17/19 | LB | Rent Receipt | | 1,000.00 | 2,072.20 | 29859982 |
| 11/01/19 | | Rent Charge | 1,583.01 | | 3,655.21 | |
| 11/14/19 | LB | Rent Receipt | | 583.01 | 3,072.20 | 42716855 |
| 11/14/19 | LB | Rent Receipt | | 1,000.00 | 2,072.20 | 42716854 |
| 12/01/19 | | Rent Charge | 1,583.01 | | 3,655.21 | |
| 12/13/19 | LB | Rent Receipt | | 1,000.00 | 2,655.21 | 42716281 |
| 12/13/19 | LB | Rent Receipt | | 583.01 | 2,072.20 | 42716282 |
| 01/01/20 | | Rent Charge | 1,606.76 | | 3,678.96 | |
| 01/01/20 | | Security Charge | 23.75 | | 3,702.71 | |
| 01/16/20 | LB | Rent Receipt | | 1,000.00 | 2,702.71 | 62791960 |
| 01/16/20 | LB | Rent Receipt | | 583.01 | 2,119.70 | 62791961 |
| 02/01/20 | | Rent Charge | 1,606.76 | | 3,726.46 | |
| 02/14/20 | LB | Rent Receipt | | 1,000.00 | 2,726.46 | 62071684 |
| 02/14/20 | LB | Rent Receipt | | 600.76 | 2,125.70 | 62071685 |
| 03/01/20 | | Rent Charge | 1,606.76 | | 3,732.46 | |
| 03/16/20 | LB | Rent Receipt | | 1,000.00 | 2,732.46 | 87309932 |
| 03/16/20 | LB | Rent Receipt | | 606.76 | 2,125.70 | 87309933 |
| 04/01/20 | | Rent Charge | 1,606.76 | | 3,732.46 | |
| 04/14/20 | LB | Rent Receipt | | 606.76 | 3,125.70 | 87310718 |
| 04/14/20 | LB | Rent Receipt | | 1,000.00 | 2,125.70 | 87310717 |
| 05/01/20 | | Rent Charge | 1,606.76 | | 3,732.46 | |
| 05/15/20 | LB | Rent Receipt | | 1,000.00 | 2,732.46 | 101069189 |
| 05/15/20 | LB | Rent Receipt | | 606.06 | 2,126.40 | 101069190 |
| 06/01/20 | | Rent Charge | 1,606.76 | | 3,733.16 | |
| 06/15/20 | LB | Rent Receipt | | 1,000.00 | 2,733.16 | 107444877 |
| 06/15/20 | LB | Rent Receipt | | 606.76 | 2,126.40 | 107444878 |
| 07/01/20 | | Rent Charge | 1,606.76 | | 3,733.16 | |
| 07/16/20 | LB | Rent Receipt | | 1,000.00 | 2,733.16 | 101068212 |
| 07/16/20 | LB | Rent Receipt | | 606.06 | 2,127.10 | 101068213 |
| 08/01/20 | | Rent Charge | 1,606.76 | | 3,733.86 | |

| Include Security: Y | Only Section 8 Info.: N | Tenant Obligation Only: N | Only Selected Codes: N |
|---|---|---|---|
| Actual S8 Income: N | Rent & S8 Combined: N | Exclude Legal Info.: N | All Records for Unit: N |
| Include: | | | |

# Tenant Statement

**In Legal**

01/18/24 11:20:44

**37** **102 WEST 183RD STREET** Type: Stab
**2A** **ADAMS, KAREEM**

| | |
|---|---|
| Lease: 01/01/23-12/31/23 | |
| Rent: | 1,683.86 |
| Rent Balance: | 5,934.11 |
| Security Balance: | 377.05 |
| Total Inc. Security: | 6,311.16 |
| *Included in Rent Balance:* | |
| Rent Due: | 5,222.11 |
| Legal Due: | 712.00 |

| Date | LB CC AC CP | Description | Debit | Credit | Balance | Check #/Comment |
|---|---|---|---|---|---|---|
| 08/14/20 | LB | Rent Receipt | | 606.76 | 3,127.10 | 120882292 |
| 08/14/20 | LB | Rent Receipt | | 1,000.00 | 2,127.10 | 120882291 |
| 09/01/20 | | Rent Charge | 1,606.76 | | 3,733.86 | |
| 09/18/20 | LB | Rent Receipt | | 606.76 | 3,127.10 | 127210637 |
| 09/18/20 | LB | Rent Receipt | | 1,000.00 | 2,127.10 | 127210636 |
| 10/01/20 | | Rent Charge | 1,606.76 | | 3,733.86 | |
| 10/16/20 | LB | Rent Receipt | | 606.76 | 3,127.10 | 174967420 |
| 10/16/20 | LB | Rent Receipt | | 1,000.00 | 2,127.10 | 174967419 |
| 11/01/20 | | Rent Charge | 1,606.76 | | 3,733.86 | |
| 12/01/20 | | Rent Charge | 1,606.76 | | 5,340.62 | |
| 12/21/20 | LB | Rent Receipt | | 606.76 | 4,733.86 | 199012731 |
| 12/21/20 | LB | Rent Receipt | | 1,000.00 | 3,733.86 | 199012730 |
| 01/01/21 | | Rent Charge | 1,606.76 | | 5,340.62 | |
| 02/01/21 | | Rent Charge | 1,606.76 | | 6,947.38 | |
| 03/01/21 | | Rent Charge | 1,606.76 | | 8,554.14 | |
| 03/01/21 | LB | Rent Receipt | | 606.76 | 7,947.38 | 9221809598 |
| 03/01/21 | LB | Rent Receipt | | 1,000.00 | 6,947.38 | 9221809597 |
| 04/01/21 | | Rent Charge | 1,606.76 | | 8,554.14 | |
| 04/14/21 | | Dispossess Charge | 70.00 | | 8,624.14 | |
| 04/15/21 | LB | Rent Receipt | | 1,000.00 | 7,624.14 | 9231759701 |
| 04/15/21 | LB | Rent Receipt | | 606.76 | 7,017.38 | 9231759702 |
| 05/01/21 | | Rent Charge | 1,606.76 | | 8,624.14 | |
| 05/18/21 | LB | Rent Receipt | | 606.76 | 8,017.38 | 195504595 |
| 05/18/21 | LB | Rent Receipt | | 1,000.00 | 7,017.38 | 195504596 |
| 05/19/21 | | Dispossess Charge | 130.00 | | 7,147.38 | |
| 06/01/21 | | Rent Charge | 1,606.76 | | 8,754.14 | |
| 06/15/21 | LB | Rent Receipt | | 1,000.00 | 7,754.14 | 272837875 |
| 06/15/21 | LB | Rent Receipt | | 606.76 | 7,147.38 | 272837876 |
| 07/01/21 | | Rent Charge | 1,606.76 | | 8,754.14 | |
| 07/19/21 | LB | Rent Receipt | | 606.76 | 8,147.38 | 195797112 |
| 07/19/21 | LB | Rent Receipt | | 1,000.00 | 7,147.38 | 195797111 |
| 08/01/21 | | Rent Charge | 1,606.76 | | 8,754.14 | |
| 08/19/21 | LB | Rent Receipt | | 606.76 | 8,147.38 | 249008777 |
| 08/19/21 | LB | Rent Receipt | | 1,000.00 | 7,147.38 | 249008776 |
| 08/25/21 | | Dispossess Charge | 70.00 | | 7,217.38 | |

| | | | |
|---|---|---|---|
| Include Security: Y | Only Section 8 Info.: N | Tenant Obligation Only: N | Only Selected Codes: N |
| Actual S8 Income: N | Rent & S8 Combined: N | Exclude Legal Info.: N | All Records for Unit: N |
| Include: | | | |

**Tenant Statement** **In Legal** *01/18/24 11:20:44*

**37** **102 WEST 183RD STREET** Type: Stab
**2A** **ADAMS, KAREEM**

Lease: 01/01/23-12/31/23
Rent: 1,683.86
Rent Balance: 5,934.11
Security Balance: 377.05
Total Inc. Security: 6,311.16
*Included in Rent Balance:*
Rent Due: 5,222.11
Legal Due: 712.00

| Date | LB CC AC CP | Description | Debit | Credit | Balance | Check #/Comment |
|---|---|---|---|---|---|---|
| 09/01/21 | | Rent Charge | 1,606.76 | | 8,824.14 | |
| 09/16/21 | LB | Rent Receipt | | 1,000.00 | 7,824.14 | 195946494 |
| 09/16/21 | LB | Rent Receipt | | 606.76 | 7,217.38 | 195946495 |
| 10/01/21 | | Rent Charge | 1,606.76 | | 8,824.14 | |
| 10/05/21 | | Dispossess Charge | 130.00 | | 8,954.14 | |
| 10/15/21 | LB | Rent Receipt | | 1,000.00 | 7,954.14 | 196108823 |
| 10/15/21 | LB | Rent Receipt | | 606.76 | 7,347.38 | 196108824 |
| 11/01/21 | | Rent Charge | 1,606.76 | | 8,954.14 | |
| 11/19/21 | LB | Rent Receipt | | 1,000.00 | 7,954.14 | 196109193 |
| 11/19/21 | LB | Rent Receipt | | 606.76 | 7,347.38 | 19610919 |
| 12/01/21 | | Rent Charge | 1,606.76 | | 8,954.14 | |
| 12/16/21 | LB | Rent Receipt | | 606.76 | 8,347.38 | 314886885 |
| 12/16/21 | LB | Rent Receipt | | 1,000.00 | 7,347.38 | 314886884 |
| 01/01/22 | | Rent Charge | 1,606.76 | | 8,954.14 | |
| 01/13/22 | | Dispossess Charge | 70.00 | | 9,024.14 | |
| 01/21/22 | LB | Rent Receipt | | 1,000.00 | 8,024.14 | 314978034 |
| 01/21/22 | LB | Rent Receipt | | 606.76 | 7,417.38 | 314978035 |
| 02/01/22 | | Rent Charge | 1,606.76 | | 9,024.14 | |
| 02/17/22 | | Dispossess Charge | 130.00 | | 9,154.14 | |
| 02/22/22 | LB | Rent Receipt | | 606.76 | 8,547.38 | 315068904 |
| 02/22/22 | LB | Rent Receipt | | 1,000.00 | 7,547.38 | 315068903 |
| 03/01/22 | | Rent Charge | 1,606.76 | | 9,154.14 | |
| 03/21/22 | LB | Rent Receipt | | 1,000.00 | 8,154.14 | 315153780 |
| 03/21/22 | LB | Rent Receipt | | 606.66 | 7,547.48 | 315153781 |
| 04/01/22 | | Rent Charge | 1,606.76 | | 9,154.24 | |
| 04/28/22 | LB | Rent Receipt | | 1,000.00 | 8,154.24 | 391098258 |
| 04/28/22 | LB | Rent Receipt | | 606.76 | 7,547.48 | 391098259 |
| 05/01/22 | | Rent Charge | 1,606.76 | | 9,154.24 | |
| 06/01/22 | | Rent Charge | 1,606.76 | | 10,761.00 | |
| 07/01/22 | | Rent Charge | 1,630.86 | | 12,391.86 | |
| 07/01/22 | | Security Charge | 24.10 | | 12,415.96 | |
| 08/01/22 | | Rent Charge | 1,630.86 | | 14,046.82 | |
| 08/17/22 | | Rent Receipt | | 108.49 | 13,938.33 | ck#402087 12/21 |
| 08/17/22 | | Rent Receipt | | 1,606.76 | 12,331.57 | ck#402087 1/22 |
| 08/17/22 | | Rent Receipt | | 1,606.76 | 10,724.81 | ck#402087 2/22 |
| 08/17/22 | | Rent Receipt | | 1,606.76 | 9,118.05 | ck#402087 3/22 |

| Include Security: Y | Only Section 8 Info.: N | Tenant Obligation Only: N | Only Selected Codes: N |
|---|---|---|---|
| Actual S8 Income: N | Rent & S8 Combined: N | Exclude Legal Info.: N | All Records for Unit: N |

Include:

**Tenant Statement** **In Legal** *01/18/24 11:20:44*

**37** **102 WEST 183RD STREET** Type: Stab
**2A** **ADAMS, KAREEM**

| | |
|---|---|
| Lease: 01/01/23-12/31/23 | |
| Rent: | 1,683.86 |
| Rent Balance: | 5,934.11 |
| Security Balance: | 377.05 |
| Total Inc. Security: | 6,311.16 |
| *Included in Rent Balance:* | |
| Rent Due: | 5,222.11 |
| Legal Due: | 712.00 |

| Date | LB CC AC CP | Description | Debit | Credit | Balance | Check #/Comment |
|---|---|---|---|---|---|---|
| 08/17/22 | | Rent Receipt | | 1,606.76 | 7,511.29 | ck#402087 5/22 |
| 08/17/22 | | Rent Receipt | | 1,606.76 | 5,904.53 | ck#402087 4/22 |
| 08/17/22 | | Rent Receipt | | 1,606.76 | 4,297.77 | ck#402087 6/22 |
| 08/19/22 | LB | Rent Receipt | | 630.86 | 3,666.91 | 315678011 |
| 08/19/22 | LB | Rent Receipt | | 1,000.00 | 2,666.91 | 315678012 |
| 09/01/22 | | Rent Charge | 1,630.86 | | 4,297.77 | |
| 09/26/22 | LB | Rent Receipt | | 1,000.00 | 3,297.77 | 385162563 |
| 09/26/22 | LB | Rent Receipt | | 606.76 | 2,691.01 | 385162564 |
| 10/01/22 | | Rent Charge | 1,630.86 | | 4,321.87 | |
| 10/20/22 | LB | Rent Receipt | | 1,000.00 | 3,321.87 | 420213893 |
| 10/20/22 | LB | Rent Receipt | | 606.76 | 2,715.11 | 420213894 |
| 11/01/22 | | Rent Charge | 1,630.86 | | 4,345.97 | |
| 11/25/22 | LB | Rent Receipt | | 1,000.00 | 3,345.97 | 420280277 |
| 11/25/22 | LB | Rent Receipt | | 606.76 | 2,739.21 | 420280278 |
| 12/01/22 | | Rent Charge | 1,630.86 | | 4,370.07 | |
| 12/16/22 | LB | Rent Receipt | | 606.76 | 3,763.31 | 420361014 |
| 12/16/22 | LB | Rent Receipt | | 1,000.00 | 2,763.31 | 420361013 |
| 01/01/23 | | Rent Charge | 1,683.86 | | 4,447.17 | |
| 01/01/23 | | Security Charge | 53.00 | | 4,500.17 | |
| 01/25/23 | LS | Rent Receipt | | 606.76 | 3,893.41 | 420412304 |
| 01/25/23 | LS | Rent Receipt | | 1,000.00 | 2,893.41 | 420412303 |
| 02/01/23 | | Rent Charge | 1,683.86 | | 4,577.27 | |
| 02/24/23 | LS | Rent Receipt | | 683.86 | 3,893.41 | 420479556 |
| 02/24/23 | LS | Rent Receipt | | 1,000.00 | 2,893.41 | 420479555 |
| 03/01/23 | | Rent Charge | 1,683.86 | | 4,577.27 | |
| 03/22/23 | LS | Rent Receipt | | 1,000.00 | 3,577.27 | 420660417 |
| 03/22/23 | LS | Rent Receipt | | 630.86 | 2,946.41 | 420660418 |
| 04/01/23 | | Rent Charge | 1,683.86 | | 4,630.27 | |
| 04/21/23 | LS | Rent Receipt | | 683.86 | 3,946.41 | 420717308 |
| 04/21/23 | LS | Rent Receipt | | 1,000.00 | 2,946.41 | 420717307 |
| 05/01/23 | | Rent Charge | 1,683.86 | | 4,630.27 | |
| 05/30/23 | LS | Rent Receipt | | 683.86 | 3,946.41 | 420759755 |
| 05/30/23 | LS | Rent Receipt | | 1,000.00 | 2,946.41 | 420759754 |
| 06/01/23 | | Rent Charge | 1,683.86 | | 4,630.27 | |
| 06/27/23 | LS | Rent Receipt | | 1,000.00 | 3,630.27 | 420759977 |
| 06/27/23 | LS | Rent Receipt | | 683.86 | 2,946.41 | 420759978 |

| | | | |
|---|---|---|---|
| Include Security: Y | Only Section 8 Info.: N | Tenant Obligation Only: N | Only Selected Codes: N |
| Actual S8 Income: N | Rent & S8 Combined: N | Exclude Legal Info.: N | All Records for Unit: N |
| Include: | | | |

**Tenant Statement** **In Legal** *01/18/24 11:20:44*

**37** **102 WEST 183RD STREET** Type: Stab
**2A** **ADAMS, KAREEM**

| | |
|---|---|
| Lease: 01/01/23-12/31/23 | |
| Rent: | 1,683.86 |
| Rent Balance: | 5,934.11 |
| Security Balance: | 377.05 |
| Total Inc. Security: | 6,311.16 |
| *Included in Rent Balance:* | |
| Rent Due: | 5,222.11 |
| Legal Due: | 712.00 |

| Date | LB CC AC CP | Description | Debit | Credit | Balance | Check #/Comment |
|---|---|---|---|---|---|---|
| 07/01/23 | | Rent Charge | 1,683.86 | | 4,630.27 | |
| 07/27/23 | LS | Rent Receipt | | 683.86 | 3,946.41 | 420954759 |
| 07/27/23 | LS | Rent Receipt | | 1,000.00 | 2,946.41 | 4209954760 |
| 08/01/23 | | Rent Charge | 1,683.86 | | 4,630.27 | |
| 08/25/23 | LS | Rent Receipt | | 1,000.00 | 3,630.27 | 421071700 |
| 08/25/23 | LS | Rent Receipt | | 683.86 | 2,946.41 | 421071701 |
| 09/01/23 | | Rent Charge | 1,683.86 | | 4,630.27 | |
| 09/21/23 | LS | Rent Receipt | | 686.83 | 3,943.44 | 421130446 |
| 09/21/23 | LS | Rent Receipt | | 1,000.00 | 2,943.44 | 421130445 |
| 10/01/23 | | Rent Charge | 1,683.86 | | 4,627.30 | |
| 10/16/23 | LS | Rent Receipt | | 1,000.00 | 3,627.30 | 532901024 |
| 10/16/23 | LS | Rent Receipt | | 683.86 | 2,943.44 | 532901025 |
| 11/01/23 | | Rent Charge | 1,683.86 | | 4,627.30 | |
| 11/15/23 | LS | Rent Receipt | | 1,000.00 | 3,627.30 | 532957953 |
| 11/15/23 | LS | Rent Receipt | | 683.86 | 2,943.44 | 532957954 |
| 12/01/23 | | Rent Charge | 1,683.86 | | 4,627.30 | |
| 01/01/24 | | Rent Charge | 1,683.86 | | 6,311.16 | |

-712
377.05

5222.11

| | | | |
|---|---|---|---|
| Include Security: Y<br>Actual S8 Income: N | Only Section 8 Info.: N<br>Rent & S8 Combined: N | Tenant Obligation Only: N<br>Exclude Legal Info.: N | Only Selected Codes: N<br>All Records for Unit: N |
| **Include:** | | | |

<u>Affirmation of Service By Mail</u>

The undersigned, an attorney admitted to practice law in the Courts of the State of New York, hereby affirms under penalty of perjury, the (s)he is a member of or associated with Gold & Rosenblatt, attorneys for Petitioner, whose business address is 840 Grand Concourse, Bronx, New York, 10451, and is not a party to this proceeding; that on January 31, 2023 affirmant served the within Notice of Discontinuance upon respondent(s) or counsel for respondent(s) in this proceeding, by depositing a true copy of same enclosed in an envelope addressed as follows:

To: Kareem Adams
102 West 183rd Street
Apartment: 2A
Bronx, NY 10453

the address of the subject premises of address designated by said attorney for the purpose, then depositing said postcard, with proper postage affixed thereto, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York

Affirmed: January 31, 2023

Christine Panza