Case 1:26-cv-02419-ER Document 25-8 Filed 09/12/26 Page 1 of 7

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX – PART HMP
---------------------------------------------------------------------X
ANDREWS 102 LLC

Petitioner,

-against-

KAREEM ADAMS

Respondent.
---------------------------------------------------------------------X

NOTICE OF DISCONTINUANCE
Index Number: 309504-2024

1. Case discontinued as the respondent has satisfied the petition.
2. Petitioner alleges $5189.60 is owed through August 31, 2024, comprised of $1296.80 for May 2024, and $1297.60 per month for June 2024 through August 2024.

Dated: October 9, 2024

Christine Panza
Gold & Rosenblatt
Attorneys for Petitioner

# Tenant Statement

**In Legal** *08/29/24 12:57:13*

**37** **Andrews 102 LLC**
**2A** **ADAMS, KAREEM**

Type: Stab

| | |
|---|---|
| Lease: 01/01/23-12/31/23 | |
| Rent: | 1,683.86 |
| Rent Balance: | 6,143.64 |
| Security Balance: | 377.05 |
| Total Inc. Security: | 6,520.69 |
| *Included in Rent Balance:* | |
| Rent Due: | 5,219.64 |
| Legal Due: | 924.00 |

| Date | LB CC AC CP | Description | Debit | Credit | Balance | Check #/Comment |
|---|---|---|---|---|---|---|
| 01/01/06 | | Move in: ADAMS, KAREEM | | | | |
| 01/01/20 | | Balance Forward | | | 2,072.20 | |
| 01/01/20 | | Rent Charge | 1,606.76 | | 3,678.96 | |
| 01/01/20 | | Security Charge | 23.75 | | 3,702.71 | |
| 01/16/20 | LB | Rent Receipt | | 1,000.00 | 2,702.71 | 62791960 |
| 01/16/20 | LB | Rent Receipt | | 583.01 | 2,119.70 | 62791961 |
| 02/01/20 | | Rent Charge | 1,606.76 | | 3,726.46 | |
| 02/14/20 | LB | Rent Receipt | | 1,000.00 | 2,726.46 | 62071684 |
| 02/14/20 | LB | Rent Receipt | | 600.76 | 2,125.70 | 62071685 |
| 03/01/20 | | Rent Charge | 1,606.76 | | 3,732.46 | |
| 03/16/20 | LB | Rent Receipt | | 1,000.00 | 2,732.46 | 87309932 |
| 03/16/20 | LB | Rent Receipt | | 606.76 | 2,125.70 | 87309933 |
| 04/01/20 | | Rent Charge | 1,606.76 | | 3,732.46 | |
| 04/14/20 | LB | Rent Receipt | | 606.76 | 3,125.70 | 87310718 |
| 04/14/20 | LB | Rent Receipt | | 1,000.00 | 2,125.70 | 87310717 |
| 05/01/20 | | Rent Charge | 1,606.76 | | 3,732.46 | |
| 05/15/20 | LB | Rent Receipt | | 1,000.00 | 2,732.46 | 101069189 |
| 05/15/20 | LB | Rent Receipt | | 606.06 | 2,126.40 | 101069190 |
| 06/01/20 | | Rent Charge | 1,606.76 | | 3,733.16 | |
| 06/15/20 | LB | Rent Receipt | | 1,000.00 | 2,733.16 | 107444877 |
| 06/15/20 | LB | Rent Receipt | | 606.76 | 2,126.40 | 107444878 |
| 07/01/20 | | Rent Charge | 1,606.76 | | 3,733.16 | |
| 07/16/20 | LB | Rent Receipt | | 1,000.00 | 2,733.16 | 101068212 |
| 07/16/20 | LB | Rent Receipt | | 606.06 | 2,127.10 | 101068213 |
| 08/01/20 | | Rent Charge | 1,606.76 | | 3,733.86 | |
| 08/14/20 | LB | Rent Receipt | | 606.76 | 3,127.10 | 120882292 |
| 08/14/20 | LB | Rent Receipt | | 1,000.00 | 2,127.10 | 120882291 |
| 09/01/20 | | Rent Charge | 1,606.76 | | 3,733.86 | |
| 09/18/20 | LB | Rent Receipt | | 606.76 | 3,127.10 | 127210637 |
| 09/18/20 | LB | Rent Receipt | | 1,000.00 | 2,127.10 | 127210636 |
| 10/01/20 | | Rent Charge | 1,606.76 | | 3,733.86 | |
| 10/16/20 | LB | Rent Receipt | | 606.76 | 3,127.10 | 174967420 |
| 10/16/20 | LB | Rent Receipt | | 1,000.00 | 2,127.10 | 174967419 |
| 11/01/20 | | Rent Charge | 1,606.76 | | 3,733.86 | |
| 12/01/20 | | Rent Charge | 1,606.76 | | 5,340.62 | |
| 12/21/20 | LB | Rent Receipt | | 606.76 | 4,733.86 | 199012731 |

| | | | |
|---|---|---|---|
| Include Security: Y | Only Section 8 Info.: N | Tenant Obligation Only: N | Only Selected Codes: N |
| Actual S8 Income: N | Rent & S8 Combined: N | Exclude Legal Info.: N | All Records for Unit: N |
| **Include:** | | | |

# Tenant Statement

**In Legal**

*08/29/24 12:57:13*

**37** **Andrews 102 LLC**
**2A** **ADAMS, KAREEM**

Type: Stab

Lease: 01/01/23-12/31/23

| | |
|---|---|
| Rent: | 1,683.86 |
| Rent Balance: | 6,143.64 |
| Security Balance: | 377.05 |
| Total Inc. Security: | 6,520.69 |
| *Included in Rent Balance:* | |
| Rent Due: | 5,219.64 |
| Legal Due: | 924.00 |

| Date | LB CC AC CP | Description | Debit | Credit | Balance | Check #/Comment |
|---|---|---|---|---|---|---|
| 12/21/20 | LB | Rent Receipt | | 1,000.00 | 3,733.86 | 199012730 |
| 01/01/21 | | Rent Charge | 1,606.76 | | 5,340.62 | |
| 02/01/21 | | Rent Charge | 1,606.76 | | 6,947.38 | |
| 03/01/21 | | Rent Charge | 1,606.76 | | 8,554.14 | |
| 03/01/21 | LB | Rent Receipt | | 606.76 | 7,947.38 | 9221809598 |
| 03/01/21 | LB | Rent Receipt | | 1,000.00 | 6,947.38 | 9221809597 |
| 04/01/21 | | Rent Charge | 1,606.76 | | 8,554.14 | |
| 04/14/21 | | Dispossess Charge | 70.00 | | 8,624.14 | |
| 04/15/21 | LB | Rent Receipt | | 1,000.00 | 7,624.14 | 9231759701 |
| 04/15/21 | LB | Rent Receipt | | 606.76 | 7,017.38 | 9231759702 |
| 05/01/21 | | Rent Charge | 1,606.76 | | 8,624.14 | |
| 05/18/21 | LB | Rent Receipt | | 606.76 | 8,017.38 | 195504595 |
| 05/18/21 | LB | Rent Receipt | | 1,000.00 | 7,017.38 | 195504596 |
| 05/19/21 | | Dispossess Charge | 130.00 | | 7,147.38 | |
| 06/01/21 | | Rent Charge | 1,606.76 | | 8,754.14 | |
| 06/15/21 | LB | Rent Receipt | | 1,000.00 | 7,754.14 | 272837875 |
| 06/15/21 | LB | Rent Receipt | | 606.76 | 7,147.38 | 272837876 |
| 07/01/21 | | Rent Charge | 1,606.76 | | 8,754.14 | |
| 07/19/21 | LB | Rent Receipt | | 606.76 | 8,147.38 | 195797112 |
| 07/19/21 | LB | Rent Receipt | | 1,000.00 | 7,147.38 | 195797111 |
| 08/01/21 | | Rent Charge | 1,606.76 | | 8,754.14 | |
| 08/19/21 | LB | Rent Receipt | | 606.76 | 8,147.38 | 249008777 |
| 08/19/21 | LB | Rent Receipt | | 1,000.00 | 7,147.38 | 249008776 |
| 08/25/21 | | Dispossess Charge | 70.00 | | 7,217.38 | |
| 09/01/21 | | Rent Charge | 1,606.76 | | 8,824.14 | |
| 09/16/21 | LB | Rent Receipt | | 1,000.00 | 7,824.14 | 195946494 |
| 09/16/21 | LB | Rent Receipt | | 606.76 | 7,217.38 | 195946495 |
| 10/01/21 | | Rent Charge | 1,606.76 | | 8,824.14 | |
| 10/05/21 | | Dispossess Charge | 130.00 | | 8,954.14 | |
| 10/15/21 | LB | Rent Receipt | | 1,000.00 | 7,954.14 | 196108823 |
| 10/15/21 | LB | Rent Receipt | | 606.76 | 7,347.38 | 196108824 |
| 11/01/21 | | Rent Charge | 1,606.76 | | 8,954.14 | |
| 11/19/21 | LB | Rent Receipt | | 1,000.00 | 7,954.14 | 196109193 |
| 11/19/21 | LB | Rent Receipt | | 606.76 | 7,347.38 | 19610919 |
| 12/01/21 | | Rent Charge | 1,606.76 | | 8,954.14 | |
| 12/16/21 | LB | Rent Receipt | | 606.76 | 8,347.38 | 314886885 |

| | | | |
|---|---|---|---|
| Include Security: Y | Only Section 8 Info.: N | Tenant Obligation Only: N | Only Selected Codes: N |
| Actual S8 Income: N | Rent & S8 Combined: N | Exclude Legal Info.: N | All Records for Unit: N |
| Include: | | | |

**Tenant Statement** **In Legal** *08/29/24 12:57:13*

**37** **Andrews 102 LLC** Type: Stab
**2A** **ADAMS, KAREEM**

Lease: 01/01/23-12/31/23
Rent: 1,683.86
Rent Balance: 6,143.64
Security Balance: 377.05
Total Inc. Security: 6,520.69

*Included in Rent Balance:*
Rent Due: 5,219.64
Legal Due: 924.00

| Date | LB CC AC CP | Description | Debit | Credit | Balance | Check #/Comment |
|---|---|---|---|---|---|---|
| 12/16/21 | LB | Rent Receipt | | 1,000.00 | 7,347.38 | 314886884 |
| 01/01/22 | | Rent Charge | 1,606.76 | | 8,954.14 | |
| 01/13/22 | | Dispossess Charge | 70.00 | | 9,024.14 | |
| 01/21/22 | LB | Rent Receipt | | 1,000.00 | 8,024.14 | 314978034 |
| 01/21/22 | LB | Rent Receipt | | 606.76 | 7,417.38 | 314978035 |
| 02/01/22 | | Rent Charge | 1,606.76 | | 9,024.14 | |
| 02/17/22 | | Dispossess Charge | 130.00 | | 9,154.14 | |
| 02/22/22 | LB | Rent Receipt | | 606.76 | 8,547.38 | 315068904 |
| 02/22/22 | LB | Rent Receipt | | 1,000.00 | 7,547.38 | 315068903 |
| 03/01/22 | | Rent Charge | 1,606.76 | | 9,154.14 | |
| 03/21/22 | LB | Rent Receipt | | 1,000.00 | 8,154.14 | 315153780 |
| 03/21/22 | LB | Rent Receipt | | 606.66 | 7,547.48 | 315153781 |
| 04/01/22 | | Rent Charge | 1,606.76 | | 9,154.24 | |
| 04/28/22 | LB | Rent Receipt | | 1,000.00 | 8,154.24 | 391098258 |
| 04/28/22 | LB | Rent Receipt | | 606.76 | 7,547.48 | 391098259 |
| 05/01/22 | | Rent Charge | 1,606.76 | | 9,154.24 | |
| 06/01/22 | | Rent Charge | 1,606.76 | | 10,761.00 | |
| 07/01/22 | | Rent Charge | 1,630.86 | | 12,391.86 | |
| 07/01/22 | | Security Charge | 24.10 | | 12,415.96 | |
| 08/01/22 | | Rent Charge | 1,630.86 | | 14,046.82 | |
| 08/17/22 | | Rent Receipt | | 108.49 | 13,938.33 | ck#402087 12/21 from 36 |
| 08/17/22 | | Rent Receipt | | 1,606.76 | 12,331.57 | ck#402087 1/22 from 36 |
| 08/17/22 | | Rent Receipt | | 1,606.76 | 10,724.81 | ck#402087 2/22 from 36 |
| 08/17/22 | | Rent Receipt | | 1,606.76 | 9,118.05 | ck#402087 3/22 from 36 |
| 08/17/22 | | Rent Receipt | | 1,606.76 | 7,511.29 | ck#402087 5/22 from 36 |
| 08/17/22 | | Rent Receipt | | 1,606.76 | 5,904.53 | ck#402087 4/22 from 36 |
| 08/17/22 | | Rent Receipt | | 1,606.76 | 4,297.77 | ck#402087 6/22 from 36 |
| 08/19/22 | LB | Rent Receipt | | 630.86 | 3,666.91 | 315678011 |
| 08/19/22 | LB | Rent Receipt | | 1,000.00 | 2,666.91 | 315678012 |
| 09/01/22 | | Rent Charge | 1,630.86 | | 4,297.77 | |
| 09/26/22 | LB | Rent Receipt | | 1,000.00 | 3,297.77 | 385162563 |

| | | | |
|---|---|---|---|
| Incllude Security: Y<br>Actual S8 Income: N | Only Section 8 Info.: N<br>Rent & S8 Combined: N | Tenant Obligation Only: N<br>Exclude Legal Info.: N | Only Selected Codes: N<br>All Records for Unit: N |
| **Include:** | | | |

**Tenant Statement** **In Legal** *08/29/24 12:57:13*

**37** **Andrews 102 LLC** Type: Stab
**2A** **ADAMS, KAREEM**

Lease: 01/01/23-12/31/23

| | |
|---|---|
| Rent: | 1,683.86 |
| Rent Balance: | 6,143.64 |
| Security Balance: | 377.05 |
| Total Inc. Security: | 6,520.69 |
| ***Included in Rent Balance:*** | |
| Rent Due: | 5,219.64 |
| Legal Due: | 924.00 |

| Date | LB CC AC CP | Description | Debit | Credit | Balance | Check #/Comment |
|---|---|---|---|---|---|---|
| 09/26/22 | LB | Rent Receipt | | 606.76 | 2,691.01 | 385162564 |
| 10/01/22 | | Rent Charge | 1,630.86 | | 4,321.87 | |
| 10/20/22 | LB | Rent Receipt | | 1,000.00 | 3,321.87 | 420213893 |
| 10/20/22 | LB | Rent Receipt | | 606.76 | 2,715.11 | 420213894 |
| 11/01/22 | | Rent Charge | 1,630.86 | | 4,345.97 | |
| 11/25/22 | LB | Rent Receipt | | 1,000.00 | 3,345.97 | 420280277 |
| 11/25/22 | LB | Rent Receipt | | 606.76 | 2,739.21 | 420280278 |
| 12/01/22 | | Rent Charge | 1,630.86 | | 4,370.07 | |
| 12/16/22 | LB | Rent Receipt | | 606.76 | 3,763.31 | 420361014 |
| 12/16/22 | LB | Rent Receipt | | 1,000.00 | 2,763.31 | 420361013 |
| 01/01/23 | | Rent Charge | 1,683.86 | | 4,447.17 | |
| 01/01/23 | | Security Charge | 53.00 | | 4,500.17 | |
| 01/25/23 | LS | Rent Receipt | | 606.76 | 3,893.41 | 420412304 |
| 01/25/23 | LS | Rent Receipt | | 1,000.00 | 2,893.41 | 420412303 |
| 02/01/23 | | Rent Charge | 1,683.86 | | 4,577.27 | |
| 02/24/23 | LS | Rent Receipt | | 683.86 | 3,893.41 | 420479556 |
| 02/24/23 | LS | Rent Receipt | | 1,000.00 | 2,893.41 | 420479555 |
| 03/01/23 | | Rent Charge | 1,683.86 | | 4,577.27 | |
| 03/22/23 | LS | Rent Receipt | | 1,000.00 | 3,577.27 | 420660417 |
| 03/22/23 | LS | Rent Receipt | | 630.86 | 2,946.41 | 420660418 |
| 04/01/23 | | Rent Charge | 1,683.86 | | 4,630.27 | |
| 04/21/23 | LS | Rent Receipt | | 683.86 | 3,946.41 | 420717308 |
| 04/21/23 | LS | Rent Receipt | | 1,000.00 | 2,946.41 | 420717307 |
| 05/01/23 | | Rent Charge | 1,683.86 | | 4,630.27 | |
| 05/30/23 | LS | Rent Receipt | | 683.86 | 3,946.41 | 420759755 |
| 05/30/23 | LS | Rent Receipt | | 1,000.00 | 2,946.41 | 420759754 |
| 06/01/23 | | Rent Charge | 1,683.86 | | 4,630.27 | |
| 06/27/23 | LS | Rent Receipt | | 1,000.00 | 3,630.27 | 420759977 |
| 06/27/23 | LS | Rent Receipt | | 683.86 | 2,946.41 | 420759978 |
| 07/01/23 | | Rent Charge | 1,683.86 | | 4,630.27 | |
| 07/27/23 | LS | Rent Receipt | | 683.86 | 3,946.41 | 420954759 |
| 07/27/23 | LS | Rent Receipt | | 1,000.00 | 2,946.41 | 4209954760 |
| 08/01/23 | | Rent Charge | 1,683.86 | | 4,630.27 | |
| 08/25/23 | LS | Rent Receipt | | 1,000.00 | 3,630.27 | 421071700 |
| 08/25/23 | LS | Rent Receipt | | 683.86 | 2,946.41 | 421071701 |
| 09/01/23 | | Rent Charge | 1,683.86 | | 4,630.27 | |

| | | | |
|---|---|---|---|
| Incllude Security: Y | Only Section 8 Info.: N | Tenant Obligation Only: N | Only Selected Codes: N |
| Actual S8 Income: N | Rent & S8 Combined: N | Exclude Legal Info.: N | All Records for Unit: N |
| **Include:** | | | |

# Tenant Statement

**In Legal**

*08/29/24 12:57:13*

**37** **Andrews 102 LLC**
**2A** **ADAMS, KAREEM**

Type: Stab

Lease: 01/01/23-12/31/23

| | |
|---|---|
| Rent: | 1,683.86 |
| Rent Balance: | 6,143.64 |
| Security Balance: | 377.05 |
| Total Inc. Security: | 6,520.69 |
| *Included in Rent Balance:* | |
| Rent Due: | 5,219.64 |
| Legal Due: | 924.00 |

| Date | LB CC AC CP | Description | Debit | Credit | Balance | Check #/Comment |
|---|---|---|---|---|---|---|
| 09/21/23 | LS | Rent Receipt | | 686.83 | 3,943.44 | 421130446 |
| 09/21/23 | LS | Rent Receipt | | 1,000.00 | 2,943.44 | 421130445 |
| 10/01/23 | | Rent Charge | 1,683.86 | | 4,627.30 | |
| 10/16/23 | LS | Rent Receipt | | 1,000.00 | 3,627.30 | 532901024 |
| 10/16/23 | LS | Rent Receipt | | 683.86 | 2,943.44 | 532901025 |
| 11/01/23 | | Rent Charge | 1,683.86 | | 4,627.30 | |
| 11/15/23 | LS | Rent Receipt | | 1,000.00 | 3,627.30 | 532957953 |
| 11/15/23 | LS | Rent Receipt | | 683.86 | 2,943.44 | 532957954 |
| 12/01/23 | | Rent Charge | 1,683.86 | | 4,627.30 | |
| 01/01/24 | | Rent Charge | 1,683.86 | | 6,311.16 | |
| 01/25/24 | LS | Rent Receipt | | 1,000.00 | 5,311.16 | 533174436 |
| 01/25/24 | LS | Rent Receipt | | 686.83 | 4,624.33 | 533174437 |
| 01/31/24 | | Dispossess Charge | 76.00 | | 4,700.33 | |
| 02/01/24 | | Rent Charge | 1,683.86 | | 6,384.19 | |
| 02/29/24 | LS | Rent Receipt | | 1,000.00 | 5,384.19 | 533212166 |
| 02/29/24 | LS | Rent Receipt | | 683.86 | 4,700.33 | 533212167 |
| 03/01/24 | | Rent Charge | 1,683.86 | | 6,384.19 | |
| 03/04/24 | | Dispossess Charge | 136.00 | | 6,520.19 | |
| 03/15/24 | LS | Rent Receipt | | 1,000.00 | 5,520.19 | 9314894522 |
| 03/15/24 | LS | Rent Receipt | | 683.86 | 4,836.33 | 9314894533 |
| 04/01/24 | | Rent Charge | 1,683.86 | | 6,520.19 | |
| 04/18/24 | | Rent Receipt | | 1,000.00 | 5,520.19 | m1012 |
| 04/18/24 | | Rent Receipt | | 683.86 | 4,836.33 | m1023 |
| 05/01/24 | | Rent Charge | 1,683.86 | | 6,520.19 | |
| 05/24/24 | LS | Rent Receipt | | 683.86 | 5,836.33 | 9423473097 |
| 05/24/24 | LS | Rent Receipt | | 1,000.00 | 4,836.33 | 9423473108 |
| 06/01/24 | | Rent Charge | 1,683.86 | | 6,520.19 | |
| 06/20/24 | LS | Rent Receipt | | 1,000.00 | 5,520.19 | 9427573892 |
| 06/20/24 | LS | Rent Receipt | | 683.86 | 4,836.33 | 9427573881 |
| 07/01/24 | | Rent Charge | 1,683.86 | | 6,520.19 | |
| 07/25/24 | LS | Rent Receipt | | 1,000.00 | 5,520.19 | 9555800334 |
| 07/25/24 | LS | Rent Receipt | | 683.86 | 4,836.33 | 9555800345 |
| 08/01/24 | | Rent Charge | 1,683.86 | | 6,520.19 | |
| 08/22/24 | LS | Rent Receipt | | 1,000.00 | 5,520.19 | 955825883 |
| 08/22/24 | LS | Rent Receipt | | 683.36 | 4,836.83 | 9555825894 |
| ~~09/01/24~~ | | ~~Rent Charge~~ | ~~1,683.86~~ | | ~~6,520.69~~ | |

4836.83
\- 924
3912.83 - 377.05 = 3535.78

Bal. 3535.78
6/240 168.06
7/24 - 8/24 0
1683.80/mo

| | | | |
|---|---|---|---|
| Include Security: Y | Only Section 8 Info.: N | Tenant Obligation Only: N | Only Selected Codes: N |
| Actual S8 Income: N | Rent & S8 Combined: N | Exclude Legal Info.: N | All Records for Unit: N |

**Include:**

Affirmation of Service By Mail

The undersigned, an attorney admitted to practice law in the Courts of the State of New York, hereby affirms under penalty of perjury, the (s)he is a member of or associated with Gold & Rosenblatt, attorneys for Petitioner, whose business address is 840 Grand Concourse, Bronx, New York, 10451, and is not a party to this proceeding; that on October 9, 2024 affirmant served the within Notice of Discontinuance upon respondent(s) or counsel for respondent(s) in this proceeding, by depositing a true copy of same enclosed in an envelope addressed as follows:

To: Kareem Adams
102 West 183rd Street
Apartment: 2A
Bronx, NY 10453

the address of the subject premises of address designated by said attorney for the purpose, then depositing said postcard, with proper postage affixed thereto, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York

Affirmed: October 9, 2024

Christine Panza