GOLD & ROSENBLATT P.C.
840 Grand Concourse
Bronx, NY 10451
(718)-585-2511

Date: August 20, 2026

To: KAREEM ADAMS

This firm has been retained to collect a debt consisting of rent arrears totaling **$5200.98** Any information obtained will be used for that purpose.

The below named creditor claims that you owe rent arrears as specified. You have 30 days from receipt of this notice to dispute the debt. If you fail to do so, we will assume the debt to be valid. If you timely notify us, in writing, that you do dispute the debt, we will obtain verification of the debt and mail same to you. Upon your written request made within thirty (30) days of the receipt of this notice, we will provide you with the name and address of the original creditor, if different from the current creditor.

This opportunity to dispute the debt is separate from any response that you are required to make or any action you are required to take with respect to any other legal notices you receive. Please respond to any legal notices you may receive within the time frames set forth in those notices.

Creditor: ANDREWS 102 LLC

KAREEM ADAMS
102 WEST 183RD STREET, APT: 2A
BRONX, NY 10453

FILE NO: 185059
Key Number: DR01 -33 -2A