**AHMAD KESHAVARZ**
*Attorney at Law*

16 COURT STREET, #2600
BROOKLYN, NY 11241

WWW.NEWYORKCONSUMERATTORNEY.COM
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900
Fax: (877) 496-7809

September 15, 2026

**VIA ECF**

Hon. Edgardo Ramos, U.S.D.J.
United States District Court,
Southern District of New York
40 Foley Square, Courtroom 619t
New York, NY 10007

**Re: Plaintiff's application, on consent. to enlarge time, *nunc pro tunc,* to file his if First Amended Complaint [Dkt. No. 25] from September 11 to September 12 due to missing the filing deadline by eighteen minutes, or, in the alternative, to extend the deadline to file the same to September 18.**
***Adams v. Gold & Rosenblatt LLC, et al.,* 1:26-cv-02419-ER**

Dear Judge Ramos:

The undersigned represents Plaintiff Kareem Adams in this action against Defendants Gold & Rosenblatt LLC, a debt collection law firm, and Randi Rosenblatt, Christine Panza (collectively the "Attorney Defendants"); and against Andrews 102 LLC, a landlord, and its property management company, Residential Management (NY), Inc. (collectively the "Landlord Defendants"). The original Complaint alleges that Defendants have for years, through billing statements, threats of suit, seven actual lawsuits, sought to collect rent from Mr. Adams he does not owe. Plaintiff filed the instant case bringing FDCPA and Judiciary Law § 487 claims against the Attorney Defendants, and violation of GBL § 349 and gross negligence against all Defendants.

Plaintiff respectfully requests a *nunc pro tunc* 1-day extension of time to file an amended complaint and to direct the Clerk of Court to accept the filing the First-Amendered Complaint [Dkt. No. 25] as timely filed.

Defendants consent to this request.

The procedural history of the case is as follows. On March 24 Plaintiff filed his Original Complaint. [Dkt. No. 1] On May 26 Defendants filed, on consent, an application for extension of time to answer from May 20 to July 12, [Dkt. No. 14], which the Court granted [Dkt. No. 15] the next day. On July 13 Defendants filed a Motion to Dismiss. [Dkt. No. 16]. On July 24 the parties made a joint request for Defendants to withdraw their Motion to Dismiss and to extend the time for Plaintiff to file an amended complaint as a matter of right from August 3 to September 11. On July 27 Your Honor granted the Parties joint application. [Dkt. No. 24].

Unfortunately, due to timing and technical errors, Plaintiff did not file the First Amended Complaint until 12:17 a.m. on September 12, 2026, *eighteen minutes* beyond Plaintiff's deadline to amend as of right.

On September 14, the Clerk rejected the filing of the First Amended Complaint,

apparently because document was filed on September 12 (at 12:17 AM) rather than on September 11. Specifically, the ECF notice "regarding deficient pleading" providing:

> [t]he filing is deficient for the following reason(s): the pleading was filed after the due date; Court's leave has not been granted.. File the Exhibit to Pleading event found under the event list Other Documents and attach either opposing party's written consent or Court's leave.

Given the de minimis nature of the delay and the minimal, if any, prejudice to defendants from the eighteen-minute delay in the filing of the First Amended Complaint, we respectfully (i) a *nunc pro tunc* 1-day extension of time to file an amended complaint and to direct the Clerk of Court to accept the filing the First-Amendered Complaint [Dkt. No. 25] as timely filed or, in the alternative, (ii) to enlarge the time, *nunc pro tunc*, to September 18 to file a First Amended Complaint as a matter of right. Plaintiff will re-file the same First Amended Complaint he filed on September 12.

Again, Defendants' consent to this application.

Sincerely,

/s/
Ahmad Keshavarz