Case 1:26-cv-02419-ER Document 28-10 Filed 09/18/26 Page 1 of 4

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX: PART HMP

-----------------------------------------------------------------------X

ANDREWS 102 LLC

Petitioner,

-against-

KAREEM ADAMS

Respondent(s).

-----------------------------------------------------------------------X

NOTICE OF
DISCONTINUANCE
Index Number: 335961/2024

1. Case discontinued as the respondent has satisfied the petition.
2. Petitioner alleges $5219.64, is due through January 31, 2025, comprised of October 2024 at $168.06, and November 2024 through January 2025 at $1683.86 per month.

Dated: January 13, 2025

Christine Panza
Gold & Rosenblatt
Attorneys for Petitioner

# Tenant Statement — In Legal

37 Andrews 102 LLC
2A ADAMS, KAREEM

Type: Stab

| | |
|---|---|
| Lease: 01/01/23-12/31/23 | |
| Rent: | 1,683.86 |
| Rent Balance: | 6,365.64 |
| Security Balance: | 377.05 |
| Total Inc. Security: | 6,742.69 |
| *Included in Rent Balance:* | |
| Rent Due: | 5,219.64 |
| Legal Due: | 1,146.00 |

| Date | LB CC AC CP WB | Description | Debit | Credit | Balance | Check #/Comment |
|---|---|---|---|---|---|---|
| 01/01/24 | | Rent Charge | 1,683.86 | | 6,311.16 | |
| 01/25/24 | LS | Rent Receipt | | 1,000.00 | 5,311.16 | 533174436 |
| 01/25/24 | LS | Rent Receipt | | 686.83 | 4,624.33 | 533174437 |
| 01/31/24 | | Dispossess Charge | 76.00 | | 4,700.33 | |
| 02/01/24 | | Rent Charge | 1,683.86 | | 6,384.19 | |
| 02/29/24 | LS | Rent Receipt | | 1,000.00 | 5,384.19 | 533212166 |
| 02/29/24 | LS | Rent Receipt | | 683.86 | 4,700.33 | 533212167 |
| 03/01/24 | | Rent Charge | 1,683.86 | | 6,384.19 | |
| 03/04/24 | | Dispossess Charge | 136.00 | | 6,520.19 | |
| 03/15/24 | LS | Rent Receipt | | 1,000.00 | 5,520.19 | 9314894522 |
| 03/15/24 | LS | Rent Receipt | | 683.86 | 4,836.33 | 9314894533 |
| 04/01/24 | | Rent Charge | 1,683.86 | | 6,520.19 | |
| 04/18/24 | | Rent Receipt | | 1,000.00 | 5,520.19 | m1012 |
| 04/18/24 | | Rent Receipt | | 683.86 | 4,836.33 | m1023 |
| 05/01/24 | | Rent Charge | 1,683.86 | | 6,520.19 | |
| 05/24/24 | LS | Rent Receipt | | 683.86 | 5,836.33 | 9423473097 |
| 05/24/24 | LS | Rent Receipt | | 1,000.00 | 4,836.33 | 9423473108 |
| 06/01/24 | | Rent Charge | 1,683.86 | | 6,520.19 | |
| 06/20/24 | LS | Rent Receipt | | 1,000.00 | 5,520.19 | 9427573892 |
| 06/20/24 | LS | Rent Receipt | | 683.86 | 4,836.33 | 9427573881 |
| 07/01/24 | | Rent Charge | 1,683.86 | | 6,520.19 | |
| 07/25/24 | LS | Rent Receipt | | 1,000.00 | 5,520.19 | 9555800334 |
| 07/25/24 | LS | Rent Receipt | | 683.86 | 4,836.33 | 9555800345 |
| 08/01/24 | | Rent Charge | 1,683.86 | | 6,520.19 | |
| 08/22/24 | LS | Rent Receipt | | 1,000.00 | 5,520.19 | 955825883 |
| 08/22/24 | LS | Rent Receipt | | 683.36 | 4,836.83 | 9555825894 |
| 09/01/24 | | Rent Charge | 1,683.86 | | 6,520.69 | |
| 09/09/24 | | Dispossess Charge | 86.00 | | 6,606.69 | |
| 09/19/24 | LS | Rent Receipt | | 683.86 | 5,922.83 | 9555871952 |
| 09/19/24 | LS | Rent Receipt | | 1,000.00 | 4,922.83 | 9555871941 |
| 10/01/24 | | Rent Charge | 1,683.86 | | 6,606.69 | |
| 10/10/24 | | Dispossess Charge | 136.00 | | 6,742.69 | |
| 10/24/24 | LS | Rent Receipt | | 1,000.00 | 5,742.69 | 9633815383 |
| 10/24/24 | LS | Rent Receipt | | 683.86 | 5,058.83 | 9633815372 |
| 11/01/24 | | Rent Charge | 1,683.86 | | 6,742.69 | |
| 11/29/24 | LS | Rent Receipt | | 1,000.00 | 5,742.69 | 9633846635 |

**Tenant Statement** **In Legal** 01/10/25 09:18:16

| | | | |
|---|---|---|---|
| **37** | **Andrews 102 LLC** | Type: Stab | Lease: 01/01/23-12/31/23 |
| **2A** | **ADAMS, KAREEM** | | |

| | |
|---|---|
| Rent: | 1,683.86 |
| Rent Balance: | 6,365.64 |
| Security Balance: | 377.05 |
| Total Inc. Security: | 6,742.69 |
| *Included in Rent Balance:* | |
| Rent Due: | 5,219.64 |
| Legal Due: | 1,146.00 |

| Date | LB CC AC CP WB | Description | Debit | Credit | Balance | Check #/Comment |
|---|---|---|---|---|---|---|
| 11/29/24 | LS | Rent Receipt | | 683.86 | 5,058.83 | 9633846646 |
| 12/01/24 | | Rent Charge | 1,683.86 | | 6,742.69 | |
| 12/19/24 | LS | Rent Receipt | | 683.86 | 6,058.83 | 9633873062 |
| 12/19/24 | LS | Rent Receipt | | 1,000.00 | 5,058.83 | 9633873051 |
| 01/01/25 | | Rent Charge | 1,683.86 | | 6,742.69 | |
| | | | | | -1523.05 | |
| | | | | | $5219.64 | |

Affirmation of Service By Mail

The undersigned, an attorney admitted to practice law in the Courts of the State of New York, hereby affirms under penalty of perjury, the (s)he is a member of or associated with Gold & Rosenblatt, attorneys for Petitioner, whose business address is 840 Grand Concourse, Bronx, New York, 10451, and is not a party to this proceeding; that on January 13, 2025 affirmant served the within Notice of Discontinuance upon respondent(s) or counsel for respondent(s) in this proceeding, by depositing a true copy of same enclosed in an envelope addressed as follows:

To: Kareem Adams
102 West 183rd Street
Apartment: 2A
Bronx, NY 10453

the address of the subject premises of address designated by said attorney for the purpose, then depositing said postcard, with proper postage affixed thereto, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York

Affirmed: January 13, 2025

Christine Panza