8/09 – 11/09 Bkdn only reflects pymt: of 1232.84 not 1282.84.

# Adams, Kareem

| Date | Rent | | CI Payments | Difference | Balance |
|---|---|---|---|---|---|
| 7/1/2009 | $1,232.84 | | $1,232.84 | $0.00 | Ø |
| 8/1/2009 | $1,232.84 | | | $1,232.84 | 1232.84 |
| 9/1/2009 | $1,232.84 | | 1232.84 ~~$1,282.84~~ | Ø ~~($50.00)~~ | " |
| 10/1/2009 | $1,232.84 | | 1232.84 ~~$1,282.84~~ | Ø ~~($50.00)~~ | " |
| 11/1/2009 | $1,232.84 | | 1232.84 ~~$1,282.84~~ | Ø ~~($50.00)~~ | " |
| 12/1/2009 | $1,232.84 | | 1232.84 ~~$1,282.84~~ | Ø ~~($50.00)~~ | " |
| 1/1/2010 | $1,306.81 | | $1,306.81 | $0.00 | |
| 2/1/2010 | $1,306.81 | | $1,306.81 | $0.00 | |
| 3/1/2010 | $1,306.81 | | $1,306.81 | $0.00 | |
| 4/1/2010 | $1,306.81 | | $1,306.81 | $0.00 | |
| 5/1/2010 | $1,306.81 | | $1,306.81 | $0.00 | |
| 6/1/2010 | $1,306.81 | | $1,306.81 | $0.00 | |
| 7/1/2010 | $1,306.81 | | $1,306.81 | $0.00 | |
| 8/1/2010 | $1,306.81 | | $1,306.81 | $0.00 | |
| 9/1/2010 | $1,306.81 | | $1,306.81 | $0.00 | |
| 10/1/2010 | $1,306.81 | | $1,306.81 | $0.00 | |
| 11/1/2010 | $1,306.81 | | $1,306.81 | $0.00 | |
| 12/1/2010 | $1,306.81 | | $1,306.81 | $0.00 | |
| 1/1/2011 | $1,306.81 | | $1,306.81 | $0.00 | |
| 2/1/2011 | $1,306.81 | | $1,306.81 | $0.00 | |
| 3/1/2011 | $1,306.81 | | $1,306.81 | $0.00 | |
| 4/1/2011 | $1,306.81 | | $1,306.81 | $0.00 | |
| 5/1/2011 | $1,306.81 | | $1,306.81 | $0.00 | |
| 6/1/2011 | $1,306.81 | | $1,306.81 | $0.00 | |
| 7/1/2011 | $1,306.81 | | $1,306.81 | $0.00 | |
| 8/1/2011 | $1,306.81 | | $1,306.81 | $0.00 | |
| 9/1/2011 | $1,306.81 | | $1,306.81 | $0.00 | |
| 10/1/2011 | $1,306.81 | | $1,306.81 | $0.00 | |
| 11/1/2011 | $1,306.81 | | $1,306.81 | $0.00 | |
| 12/1/2011 | $1,306.81 | | $1,306.81 | $0.00 | 1232.84. |
| 1/1/2012 | $1,401.55 | | $1,306.81 | $94.74 | 1327.58 |
| 2/1/2012 | $1,401.55 | | $1,401.55 | $0.00 | " |

Bkdn does not reflect a pymt in 1/13

| | | | | | |
|---|---|---|---|---|---|
| 3/1/2012 | $1,401.55 | | $1,400 | $1.55 | 1329.13 |
| 4/1/2012 | $1,401.55 | | $1,400 | $1.55 | 1330.68 |
| 5/1/2012 | $1,401.55 | | $1,400 | $1.55 | 1332.33 |
| 6/1/2012 | $1,401.55 | | $1,400 | $1.55 | 1333.78 |
| 7/1/2012 | $1,401.55 | | $1,400 | $1.55 | 1335.33 |
| 8/1/2012 | $1,401.55 | | $1,400 | $1.55 | 1336.88 |
| 9/1/2012 | $1,401.55 | | $1,400 | $1.55 | 1338.43 |
| 10/1/2012 | $1,401.55 | | | $1,401.55 | 2739.98 |
| 11/1/2012 | $1,401.55 | | $1,400.00 | $1.55 | 2741.53 |
| 12/1/2012 | $1,401.55 | | $1,400.00 | $1.55 | 2743.08 |
| 1/1/2013 | $1,401.55 | | Ø ~~$1,400.00~~ | + 1401.55 | 4144.63 |
| 2/1/2013 | $1,401.55 | | $1,400.00 | $1.55 | 4146.18 |
| 3/1/2013 | $1,401.55 | | $1,400.00 | $1.55 | 4147.73 |
| 4/1/2013 | $1,401.55 | | $1,400.00 | $1.55 | 4149.28 |
| 5/1/2013 | $1,401.55 | | $2,800.00 | ($1,398.45) | 2750.83 |
| 6/1/2013 | $1,401.55 | | | $1,401.55 | 4152.38 |
| 7/1/2013 | $1,401.55 | | $2,800.00 | ($1,398.45) | 2753.93 |
| 8/1/2013 | $1,401.55 | | $1,401.50 | $0.05 | 2753.98 |
| 9/1/2013 | $1,401.55 | | $1,401.55 | $0.00 | " |
| 10/1/2013 | $1,401.55 | | | $1,401.55 | 4155.53 |
| 11/1/2013 | $1,401.55 | | $1,401.58 | ($0.03) | 4155.50 |
| 12/1/2013 | $1,401.55 | | $2,802.56 | ($1,401.01) | 2754.02 |
| 1/1/2014 | $1,510.17 | | $1,510.17 | $0.00 | 2754.02 |
| 2/1/2014 | $1,510.17 | | $1,501.00 | $9.17 | 2763.19 |
| 3/1/2014 | $1,510.17 | | $1,700.00 | ($189.83) | 2573.36 |
| 4/1/2014 | $1,510.17 | | $4,083.83 | ($2,573.66) | Ø |
| 5/1/2014 | $1,510.17 | | $1,510.17 | $0.00 | " |
| 6/1/2014 | $1,510.17 | | $1,510.17 | $0.00 | " |
| 7/1/2014 | $1,510.17 | | $1,510.10 | $0.07 | .07 |
| 8/1/2014 | $1,510.17 | | $1,510.55 | ($0.38) | (.31) |
| 9/1/2014 | $1,510.17 | | $1,510.17 | $0.00 | ↓ |
| 10/1/2014 | $1,510.17 | | $1,510.17 | $0.00 | |
| 11/1/2014 | $1,510.17 | | $1,510.17 | $0.00 | |
| 12/1/2014 | $1,510.17 | | $1,510.17 | $0.00 | |

| | | | | | |
|---|---|---|---|---|---|
| 1/1/2015 | $1,510.17 | | $1,510.17 | $0.00 | (.31) |
| 2/1/2015 | $1,510.17 | | $1,510.03 | $0.14 | (.17) |
| 3/1/2015 | $1,510.17 | | $1,510.17 | $0.00 | |
| 4/1/2015 | $1,510.17 | | $1,510.17 | $0.00 | |
| 5/1/2015 | $1,510.17 | | $1,510.17 | $0.00 | |
| 6/1/2015 | $1,510.17 | | $1,510.17 | $0.00 | |
| 7/1/2015 | $1,510.17 | | $1,510.17 | $0.00 | |
| 8/1/2015 | $1,510.17 | | $1,510.17 | $0.00 | |
| 9/1/2015 | $1,510.17 | | $1,510.17 | $0.00 | |
| 10/1/2015 | $1,510.17 | | $1,510.17 | $0.00 | (.17) |
| 11/1/2015 | $1,510.17 | | | $1,510.17 | 1510 – |
| 12/1/2015 | $1,510.17 | | $3,223.70 | ($1,713.53) | (203.53) |
| 1/1/2016 | $1,540.37 | | $1,510.15 | $30.22 | (173.31) |
| 2/1/2016 | $1,540.37 | | $1,510.17 | $30.20 | (143.11) |
| 3/1/2016 | $1,540.37 | | $1,510.17 | $30.20 | (112.91) |
| 4/1/2016 | $1,540.37 | | $1,510.17 | $30.20 | (82.71) |
| 5/1/2016 | $1,540.37 | | $1,510.17 | $30.20 | (52.51) |
| 6/1/2016 | $1,540.37 | | $1,510.17 | $30.20 | (22.31) |
| 7/1/2016 | $1,540.37 | | $1,510.17 | $30.20 | 7.89 |
| 8/1/2016 | $1,540.37 | | $1,510.17 | $30.20 | 38.09 |
| 9/1/2016 | $1,540.37 | | $1,510.17 | $30.20 | 68.29 |
| 10/1/2016 | $1,540.37 | | $1,510.17 | $30.20 | 98.49 |
| 11/1/2016 | $1,540.37 | | Ø ~~$1,510.17~~ | 1540.37 ~~$30.20~~ | 1638.86. |
| 12/1/2016 | $1,540.37 | | $1,510.17 | $30.20 | 1669.06 |
| 1/1/2017 | $1,540.37 | | $1,510.17 | $30.20 | 1699.26 |
| 2/1/2017 | $1,540.37 | | $1,540.34 | $0.03 | 1699.29. |
| 3/1/2017 | $1,540.37 | | * 1534.37 ~~$1,534.70~~ | *6 ~~$5.67~~ | 1705.29. |
| 4/1/2017 | $1,540.37 | | $1,540.35 | $0.02 | 1705.31 |
| 5/1/2017 | $1,540.37 | | $1,540.37 | $0.00 | " |
| 6/1/2017 | $1,540.37 | | $1,540.37 | $0.00 | " |
| 7/1/2017 | $1,540.37 | | $1,540.35 | $0.02 | 1705.33 |
| 8/1/2017 | $1,540.37 | | $1,540.37 | $0.00 | " |
| 9/1/2017 | $1,540.37 | | $1,540.35 | $0.02 | 1705.35 |
| 10/1/2017 | $1,540.37 | | $1,540.37 | $0.00 | " |

Bkdn does not reflect a pymt in 11/2016.

– For 3/2017 T pd 1534.37 not 1534.70 so diff is *6

| | | | | | |
|---|---|---|---|---|---|
| 11/1/2017 | $1,540.37 | | $1,540.37 | $0.00 | 1705.35 |
| 12/1/2017 | $1,540.37 | | 1540.37 ~~$1,559.62~~ | Ø ~~($19.25)~~ | " |
| 1/1/2018 | $1,559.62 | | $1,559.69 | ($0.07) | 1705.28 |
| 2/1/2018 | $1,559.62 | | $1,559.62 | $0.00 | ↓ |
| 3/1/2018 | $1,559.62 | | $1,559.62 | $0.00 | |
| 4/1/2018 | $1,559.62 | | $1,559.62 | $0.00 | |
| 5/1/2018 | $1,559.62 | | $1,559.62 | $0.00 | |
| 6/1/2018 | $1,559.62 | | $1,559.62 | $0.00 | |
| 7/1/2018 | $1,559.62 | | $1,559.62 | $0.00 | |
| 8/1/2018 | $1,559.62 | | $1,559.62 | $0.00 | |
| 9/1/2018 | $1,559.62 | | $1,559.62 | $0.00 | |
| 10/1/2018 | $1,559.62 | | $1,559.62 | $0.00 | |
| 11/1/2018 | $1,559.62 | | $1,559.62 | $0.00 | 1705.28 |
| 12/1/2018 | $1,559.62 | | 1559.52 ~~$1,559.62~~ | .10 ~~$0.00~~ | 1705.18 |
| 1/1/2019 | $1,583.01 | | $1,583.03 | ($0.02) | 1705.16 |
| 2/1/2019 | $1,583.01 | | | $1,583.01 | 3288.17 |
| 3/1/2019 | $1,583.01 | | $3,166.06 | ($1,583.05) | 1705.12 |
| 4/1/2019 | $1,583.01 | | $1,583.01 | $0.00 | " |
| 5/1/2019 | $1,583.01 | | $1,583.01 | $0.00 | " |
| 6/1/2019 | $1,583.01 | | $1,585.25 | ($2.24) | 1702.88 |
| 7/1/2019 | $1,583.01 | | $1,583.01 | $0.00 | " |
| 8/1/2019 | $1,583.01 | | $1,583.01 | $0.00 | " |
| 9/1/2019 | $1,583.01 | | $1,583.01 | $0.00 | " |
| 10/1/2019 | $1,583.01 | | $1,583.01 | $0.00 | " |
| 11/1/2019 | $1,583.01 | | $1,583.01 | $0.00 | " |
| 12/1/2019 | $1,583.01 | | $1,583.01 | $0.00 | " |
| 1/1/2020 | $1,606.76 | | $1,583.01 | $23.75 | 1726.63 |
| 2/1/2020 | $1,606.76 | | $1,600.76 | $6.00 | 1732.63 |
| 3/1/2020 | $1,606.76 | | $1,606.76 | $0.00 | " |
| 4/1/2020 | $1,606.76 | | $1,606.76 | $0.00 | " |
| 5/1/2020 | $1,606.76 | | $1,606.06 | $0.70 | 1733.33 |
| 6/1/2020 | $1,606.76 | | $1,606.76 | $0.00 | " |
| 7/1/2020 | $1,606.76 | | $1,606.06 | $0.70 | 1734.03 |
| 8/1/2020 | $1,606.76 | | $1,606.76 | $0.00 | " |

The addt. + 19.25 pd in 12/17 was the addt securit charge.

in 12/2018 he pd 1559.52 not 1559.62 so had a 10¢ bal

| | | | | | |
|---|---|---|---|---|---|
| 9/1/2020 | $1,606.76 | | $1,606.76 | $0.00 | 1734.03 |
| 10/1/2020 | $1,606.76 | | $1,606.76 | $0.00 | " |
| 11/1/2020 | $1,606.76 | | | $1,606.76 | 3340.79 |
| 12/1/2020 | $1,606.76 | | $1,606.76 | $0.00 | " |
| 1/1/2021 | $1,606.76 | | | $1,606.76 | 4947.55 |
| 2/1/2021 | $1,606.76 | | | $1,606.76 | 6554.31 |
| 3/1/2021 | $1,606.76 | | $1,606.76 | $0.00 | |
| 4/1/2021 | $1,606.76 | | $1,606.76 | $0.00 | |
| 5/1/2021 | $1,606.76 | | $1,606.76 | $0.00 | |
| 6/1/2021 | $1,606.76 | | $1,606.76 | $0.00 | |
| 7/1/2021 | $1,606.76 | | $1,606.76 | $0.00 | |
| 8/1/2021 | $1,606.76 | | $1,606.76 | $0.00 | |
| 9/1/2021 | $1,606.76 | | $1,606.76 | $0.00 | |
| 10/1/2021 | $1,606.76 | | $1,606.76 | $0.00 | |
| 11/1/2021 | $1,606.76 | | $1,606.76 | $0.00 | |
| 12/1/2021 | $1,606.76 | | $1,606.76 | $0.00 | |
| 1/1/2022 | $1,606.76 | | $1,606.76 | $0.00 | |
| 2/1/2022 | $1,606.76 | | $1,606.76 | $0.00 | 6554.31 |
| 3/1/2022 | $1,606.76 | | $1,606.66 | $0.10 | 6554.41 |
| 4/1/2022 | $1,606.76 | | $1,606.76 | $0.00 | " |
| 5/1/2022 | $1,606.76 | | | $1,606.76 | 8161.07 |
| 6/1/2022 | $1,606.76 | | | $1,606.76 | 9767.83 |
| 7/1/2022 | $1,630.86 | | | $1,630.86 | 11398.69 |
| 8/1/2022 | $1,630.86 | | $11,379.91 | ($9,749.05) | 1649.64 |
| 9/1/2022 | $1,630.86 | | $1,606.76 | $24.10 | 1673.74 |
| 10/1/2022 | $1,630.86 | | $1,606.76 | $24.10 | 1697.84 |
| 11/1/2022 | $1,630.86 | | $1,606.76 | $24.10 | 1721.94 |
| 12/1/2022 | $1,630.86 | | $1,606.76 | $24.10 | 1746.04 |
| 1/1/2023 | $1,683.86 | | $1,606.76 | $77.10 | 1823.14 |
| 2/1/2023 | $1,683.86 | | $1,683.86 | $0.00 | " |
| 3/1/2023 | $1,683.86 | | $1,630.86 | $53.00 | 1876.14 |
| 4/1/2023 | $1,683.86 | | $1,683.86 | $0.00 | " |
| 5/1/2023 | $1,683.86 | | $1,683.86 | $0.00 | " |
| 6/1/2023 | $1,683.86 | | $1,683.86 | $0.00 | " |

| | | | | | |
|---|---|---|---|---|---|
| 7/1/2023 | $1,683.86 | | $1,683.86 | $0.00 | 1876.14 |
| 8/1/2023 | $1,683.86 | | $1,683.86 | $0.00 | " |
| 9/1/2023 | $1,683.86 | | $1,686.83 | ($2.97) | 1873.17 |
| 10/1/2023 | $1,683.86 | | $1,683.86 | $0.00 | " |
| 11/1/2023 | $1,683.86 | | $1,683.86 | $0.00 | " |
| 12/1/2023 | $1,683.86 | | ~~$1,734.58~~ 1683.86 | ~~($50.72)~~ | 3557.03 |
| 1/1/2024 | $1,683.86 | | $1,686.83 | ($2.97) | 3554.06 |
| 2/1/2024 | $1,683.86 | | $1,683.86 | $0.00 | |
| 3/1/2024 | $1,683.86 | | $1,683.86 | $0.00 | |
| 4/1/2024 | $1,683.86 | | $1,683.86 | $0.00 | |
| 5/1/2024 | $1,683.86 | | $1,683.86 | $0.00 | |
| 6/1/2024 | $1,683.86 | | $1,683.86 | $0.00 | |
| 7/1/2024 | $1,683.86 | | $1,683.86 | $0.00 | |
| 8/1/2024 | $1,683.86 | | $1,683.86 | $0.00 | |
| 9/1/2024 | $1,683.86 | | $1,683.86 | $0.00 | |
| 10/1/2024 | $1,683.86 | | $1,683.86 | $0.00 | |
| 11/1/2024 | $1,683.86 | | $1,683.86 | $0.00 | |
| 12/1/2024 | $1,683.86 | | $1,683.86 | $0.00 | |
| 1/1/2025 | $1,683.86 | | $1,683.86 | $0.00 | |
| 2/1/2025 | $1,683.86 | | $1,683.86 | $0.00 | |
| 3/1/2025 | $1,683.86 | | $1,683.86 | $0.00 | |
| 4/1/2025 | $1,683.86 | | $1,683.86 | $0.00 | |
| 5/1/2025 | $1,683.86 | | $1,683.86 | $0.00 | |
| 6/1/2025 | $1,683.86 | | $1,683.86 | $0.00 | |
| 7/1/2025 | $1,683.86 | | $1,683.86 | $0.00 | |
| 8/1/2025 | $1,683.86 | | $1,683.86 | $0.00 | |
| 9/1/2025 | $1,683.86 | | $1,683.86 | $0.00 | 3554.06 |
| 10/1/2025 | $1683.86 | | Ø | $0.00 | 5237.12 |
| | **$296,877.54** | **$ -** | **$298,187.44** | | ~~($1,209.90)~~ |

- no pymt on bkdn for 12/202
- need to trace