CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX: HOUSING PART I

-----------------------------------------------------------------x

ANDREWS 102 LLC

Petitioner-Landlord

-against-

KAREEM ADAMS

Respondent-Tenant.

-----------------------------------------------------------------x

#30
2 Atty

L&T Index No. LT- 319434-25/BX

HOWARD J. BAUM
JUDGE, HOUSING COURT

**STIPULATION OF DISCONTINUANCE**

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES AND THEIR RESPECTIVE ATTORNEYS AS FOLLOWS:

1) The Parties agree that, a~~t this time and at the time of the filing of this proceeding~~, the Respondent has satisfied the Petition.
2) This matter against is hereby discontinued without prejudice for all rent owing through December 31, 2025. Pet reserves its rights to any arrears they believe are outstanding. Resp reserves its defenses.
3) Pet. agrees to sever any arrears alleged prior to 7/2022.

Dated: December 10, 2025
Bronx, NY

Nicole Reed, Of Counsel
The Legal Aid Society
Bronx Neighborhood
Civil Practice
260 E. 161st Street,
7th Floor
Bronx, New York 10451
*Attorney for Respondent-Tenant Kareem Adams*

Christine Panza, Of Counsel
Gold & Rosenblatt LLC
840 Grand Concourse
Bronx, NY 10451
*Attorney for Petitioner-Landlord*