MONEY ORDER RECEIPT - NON NEGOTIABLE

2/22/23

AGT 132614 LOC 000227 DT 022223 $683.86 6HUNDRED83DOLLARS AND 86CENTS

Payable to:
**RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK.** For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.
**PURCHASE AGREEMENT:** You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-800-999-9660.

*19420479556*

MONEY ORDER RECEIPT - NON NEGOTIABLE

2/22/23

AGT 132614 LOC 000227 DT 022223 $1000.00 1THOUSANDDOLLARS AND NO CENTS

Payable to:
**RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK.** For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.
**PURCHASE AGREEMENT:** You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-800-999-9660.

*19420479555*

MONEY ORDER RECEIPT - NON NEGOTIABLE

1/21/23

AGT 132616 LOC 000227 DT 012123 $1000.00 1THOUSANDDOLLARS AND NO CENTS

Payable to:
**RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK.** For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.
**PURCHASE AGREEMENT:** You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-800-999-9660.

*19420412303*

1/21/23

AGT 132616 LOC 000227 DT 012123 $606.76 6HUNDRED6DOLLARS AND 76CENTS

Payable to:
**RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK.** For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.
**PURCHASE AGREEMENT:** You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-800-999-9660.

*19420412304*

LOAD THIS DIRECTION, THIS SIDE UP

MONEY ORDER RECEIPT - NON NEGOTIABLE

4/19/23

AGT 132614 LOC 000227 DT 041923 $683.86 6HUNDRED83DOLLARS AND 86CENTS

Payable to:

**RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK.** For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.

**PURCHASE AGREEMENT:** You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-800-999-9660.

* 19420717308 *

4/20

LOAD THIS DIRECTION, THIS SIDE UP

LOAD THIS DIRECTION, THIS SIDE

4/19/23

AGT 132614 LOC 000227 DT 041923 $1000.00 1THOUSANDDOLLARS AND NO CENTS

Payable to:

**RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK.** For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.

**PURCHASE AGREEMENT:** You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-800-999-9660.

* 19420717307 *

4/20

LOAD THIS DIRECTION, THIS SIDE UP

LOAD THIS DIRECTION, THIS SIDE UP

MONEY ORDER RECEIPT - NON NEGOTIABLE

3/20/23

AGT 132614 LOC 000227 DT 032023 $1000.00 1THOUSANDDOLLARS AND NO CENTS

Payable to:

**RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK.** For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.

**PURCHASE AGREEMENT:** You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-800-999-9660.

* 19420660417 *

LOAD THIS DIRECTION, THIS SIDE UP

LOAD THIS DIRECTION, THIS SIDE UP

3/20/23

AGT 132614 LOC 000227 DT 032023 $630.86 6HUNDRED30DOLLARS AND 86CENTS

Payable to:

**RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK.** For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.

**PURCHASE AGREEMENT:** You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-800-999-9660.

* 19420660418 *

IS DIRECTION, THIS SIDE UP

MONEY ORDER RECEIPT - NON NEGOTIABLE

LOAD THIS DIRECTION, THIS SIDE UP ↓

6-21-23

AGT 132616 LOC 000227 DT 062123 $1000.00 1THOUSANDDOLLARS AND NO CENTS

Payable to: ______

**RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK.** For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.

**PURCHASE AGREEMENT:** You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-800-999-9660.

*19420759977*

MONEY ORDER RECEIPT - NON NEGOTIABLE

LOAD THIS DIRECTION, THIS SIDE UP ↓

6-21-23

AGT 132616 LOC 000227 DT 062123 $683.86 6HUNDRED83DOLLARS AND 86CENTS

Payable to: ______

**RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK.** For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.

**PURCHASE AGREEMENT:** You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-800-999-9660.

*19420759978*

MONEY ORDER RECEIPT - NON NEGOTIABLE

LOAD THIS DIRECTION, THIS SIDE UP ↓

5/21/23

AGT 132616 LOC 000227 DT 052123 $1000.00 1THOUSANDDOLLARS AND NO CENTS

Payable to: ______

**RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK.** For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.

**PURCHASE AGREEMENT:** You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-800-999-9660.

*19420759754*

LOAD THIS DIRECTION, THIS SID ↓

5/21/23

AGT 132616 LOC 000227 DT 052123 $683.86 6HUNDRED83DOLLARS AND 86CENTS

Payable to: ______

**RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK.** For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.

**PURCHASE AGREEMENT:** You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-800-999-9660.

*19420759755*

LOAD THIS DIRECTION, THIS SIDE UP

MONEY ORDER RECEIPT - NON NEGOTIABLE

8/23/23

AGT 132614 LOC 000227 DT 082323 $1000.00 1THOUSANDDOLLARS AND NO CENTS

Payable to: __________

**RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK.** For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.

**PURCHASE AGREEMENT:** You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-800-999-9660.

* 1 9 4 2 1 0 7 1 7 0 0 *

LOAD THIS DIRECTION, THIS SIDE UP

MONEY ORDER RECEIPT - NON NEGOTIABLE

8/23/23

AGT 132614 LOC 000227 DT 082323 $683.86 6HUNDRED83DOLLARS AND 86CENTS

Payable to: __________

**RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK.** For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.

**PURCHASE AGREEMENT:** You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-800-999-9660.

* 1 9 4 2 1 0 7 1 7 0 1 *

LOAD THIS DIRECTION, THIS SIDE UP

MONEY ORDER RECEIPT - NON NEGOTIABLE

7/26/23

AGT 132614 LOC 000227 DT 072523 $683.86 6HUNDRED83DOLLARS AND 86CENTS

Payable to: __________

**RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK.** For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.

**PURCHASE AGREEMENT:** You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-800-999-9660.

* 1 9 4 2 0 9 5 4 7 5 9 *

LOAD THIS DIRECTION, THIS SIDE UP

MONEY ORDER RECEIPT - NON NEGOTIABLE

7/26/23

AGT 132614 LOC 000227 DT 072523 $1000.00 1THOUSANDDOLLARS AND NO CENTS

Payable to: __________

**RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK.** For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.

**PURCHASE AGREEMENT:** You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-800-999-9660.

* 1 9 4 2 0 9 5 4 7 6 0 *

LOAD THIS DIRECTION, THIS SIDE UP

LOAD THIS DIRECTION, THIS SIDE UP

MONEY ORDER RECEIPT - NON NEGOTIABLE

10-11-23

AGT 132614 LOC 000227 DT 101123 $1000.00 1THOUSANDDOLLARS AND NO CENTS

Payable to: 10-11-23

RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service call 1-800-999-9660.

* 19532901024 *

LOAD THIS DIRECTION, THIS SIDE UP

MONEY ORDER RECEIPT - NON NEGOTIABLE

10-11-23

AGT 132614 LOC 000227 DT 101123 $683.86 6HUNDRED83DOLLARS AND 86CENTS

Payable to: 10-11-23

RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-800-999-9660.

* 19532901025 *

LOAD THIS DIRECTION, THIS SIDE UP

MONEY ORDER RECEIPT - NON NEGOTIABLE

9/18/23

AGT 132616 LOC 000227 DT 091823 $686.83 6HUNDRED86DOLLARS AND 83CENTS

Payable to:

RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-800-999-9660.

* 19421130446 *

LOAD THIS DIRECTION, THIS SIDE UP

MONEY ORDER RECEIPT - NON NEGOTIABLE

9/18/23

AGT 132616 LOC 000227 DT 091823 $1000.00 1THOUSANDDOLLARS AND NO CENTS

Payable to:

RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-800-999-9660.

* 19421130445 *

LOAD THIS DIRECTION, THIS SIDE UP

MONEY ORDER RECEIPT - NON NEGOTIABLE

12-23-23

AGT 132616 LOC 000227 DT 122323 $1000.00 1THOUSANDDOLLARS AND NO CENTS

Payable to:

**RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK.** For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.

**PURCHASE AGREEMENT:** You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-800-999-9660.

*1953300181 6*

MONEY ORDER RECEIPT - NON NEGOTIABLE

12-23-23

AGT 132616 LOC 000227 DT 122323 $734.58 7HUNDRED34DOLLARS AND 58CENTS

Payable to:

**RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK.** For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.

**PURCHASE AGREEMENT:** You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-800-999-9660.

*19533001818*

MONEY ORDER RECEIPT - NON NEGOTIABLE

11/13/23

AGT 132614 LOC 000227 DT 111323 $1000.00 1THOUSANDDOLLARS AND NO CENTS

Payable to:

**RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK.** For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.

**PURCHASE AGREEMENT:** You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-800-999-9660.

*19532957953*

11/13/23

AGT 132614 LOC 000227 DT 111323 $683.86 6HUNDRED83DOLLARS AND 86CENTS

Payable to:

**RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK.** For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.

**PURCHASE AGREEMENT:** You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-800-999-9660.

*19532957954*

LOAD THIS DIRECTION, THIS SIDE UP

UNITED STATES POSTAL SERVICE ®

12-16-24

## CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

Pay to Residential management Inc

Address 1651 Coney Island Ave 4FL Brooklyn NY 11230

KEEP THIS RECEIPT FOR YOUR RECORDS

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|---|
| 29633873062 | 2024-12-16 | 104681 | $683.86 | 03 |

UNITED STATES POSTAL SERVICE ®

12-16-24

## CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

Pay to Residential Management Inc

Address 1651 Coney Island Ave 4FL Brooklyn NY 11230

KEEP THIS RECEIPT FOR YOUR RECORDS

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|---|
| 29633873051 | 2024-12-16 | 104681 | $1,000.00 | 03 |

UNITED STATES POSTAL SERVICE ®

11-25-24

## CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

Pay to Residential management Inc

Address 1651 Coney Island Ave 4FL Brooklyn NY 11230

KEEP THIS RECEIPT FOR YOUR RECORDS

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|---|
| 29633846646 | 2024-11-25 | 104681 | $683.86 | 03 |

UNITED STATES POSTAL SERVICE ®

11-25-24

## CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

Pay to Residential Management Inc

Address 1615 Coney Island Ave 4FL Brooklyn NY 11230

KEEP THIS RECEIPT FOR YOUR RECORDS

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|---|
| 29633846635 | 2024-11-25 | 104681 | $1,000.00 | 03 |

UNITED STATES POSTAL SERVICE ® 9-16-24 CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Pay to Residential management Inc

Address 1651 Coney Island Ave 4th FL Brooklyn NY 11230

KEEP THIS RECEIPT FOR YOUR RECORDS

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|---|
| 29555871941 | 2024-09-16 | 104681 | $1,000.00 | 03 |

9-16-24

UNITED STATES POSTAL SERVICE ® CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Pay to Residential Management Inc

Address 1651 Coney Island AVE 4th FL Brooklyn NY 11230

KEEP THIS RECEIPT FOR YOUR RECORDS

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|---|
| 29555871952 | 2024-09-16 | 104681 | $683.86 | 03 |

UNITED STATES POSTAL SERVICE ® 10-21-24 CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Pay to Residential management Inc

Address 1651 Coney Island Ave 4FL Brooklyn NY 11230

KEEP THIS RECEIPT FOR YOUR RECORDS

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|---|
| [illegible]33815383 | 2024-10-21 | 104681 | $1,000.00 | 03 |

UNITED STATES POSTAL SERVICE ® 10-21-24 CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Pay to Residential management Inc

Address 1651 Coney Island Ave 4FL Brooklyn NY 11230

KEEP THIS RECEIPT FOR YOUR RECORDS

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|---|
| 29633815372 | 2024-10-21 | 104681 | $683.86 | 03 |

UNITED STATES POSTAL SERVICE®

7/22/24 CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

KEEP THIS RECEIPT FOR YOUR RECORDS

Pay to: Residential management Inc

Address: 1651 Coney Island Ave 4th Fl Brooklyn ny 11230 P.O. box 6199 Hicksville

Serial Number: 29555800345

Year, Month, Day: 2024-07-22 Post Office: 104681 Amount: $683.36 Clerk: 5

UNITED STATES POSTAL SERVICE®

7/22/24 CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

KEEP THIS RECEIPT FOR YOUR RECORDS

Pay to: Residentinal management Inc

Address: 1651 Coney Island Ave 4th Fl Brooklyn ny 11230 Po box 6199 Hicksville

Serial Number: 29555800334

Year, Month, Day: 2024-07-22 Post Office: 104681 Amount: $1,000.00 Clerk: 5

UNITED STATES POSTAL SERVICE®

8-19-24 CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

KEEP THIS RECEIPT FOR YOUR RECORDS

Pay to: Resdential management Inc

Address: 1615 Coney Island Ave 4th Fl BROOKLYN NY 11230

Serial Number: 29555825883

Year, Month, Day: 2024-08-19 Post Office: 104681 Amount: $1,000.00 Clerk: 76

UNITED STATES POSTAL SERVICE®

8-19-24 CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

KEEP THIS RECEIPT FOR YOUR RECORDS

Pay to: Residential management Inc

Address: 1615 Coney Island Ave 4th Fl Brooklyn NY 11230

Serial Number: 29555825894 8-19-24

Year, Month, Day: 2024-08-19 Post Office: 104681 Amount: $683.36 Clerk: 76

5-20-24

UNITED STATES POSTAL SERVICE®

CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Pay to: Residential Management Inc

Address: 1651 Coney Island Ave 4Fl Brooklyn NY 11230

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number: 29423473097

Year, Month, Day: 2024-05-20 Post Office: 104681 Amount: $683.86 Clerk: 5

5-20-24

UNITED STATES POSTAL SERVICE®

CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Pay to: Residental management Inc

Address: 1651 Coney Island Ave 4Fl Brooklyn NY 11230

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number: 29423473108

Year, Month, Day: 2024-05-20 Post Office: 104681 Amount: $1,000.00 Clerk: 5

6/17/24

UNITED STATES POSTAL SERVICE®

CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Pay to: Residential management Inc

Address: 1651 Coney Island Ave 4th Fl Brooklyn ny 11230

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number: 29427573892

Year, Month, Day: 2024-06-17 Post Office: 104681 Amount: $1,000.00 Clerk: 5

6/17/24

UNITED STATES POSTAL SERVICE®

CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Pay to: Residential management Inc

Address: 1651 Coney Island Ave 4th Fl Brooklyn ny 11230

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number: 29427573881

Year, Month, Day: 2024-06-17 Post Office: 104681 Amount: $683.86 Clerk: 5

3-12-24

UNITED STATES POSTAL SERVICE®

CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Pay to: Residential Management Inc

Address: P.O. Box 6199 Hicksville NY 11802

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number: 29314894533

Year, Month, Day: 2024-03-12 | Post Office: 104681 | Amount: $683.86 | Clerk: 78

3-12-24

UNITED STATES POSTAL SERVICE®

CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Pay to: Residential management

Address: P.O. box 6199 Hicksville NY 11802

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number: 29314894522

Year, Month, Day: 2024-03-12 | Post Office: 104681 | Amount: $1,000.00 | Clerk: 78

4-15-24

UNITED STATES POSTAL SERVICE®

CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Pay to: Residentiwal Memange Inc

Address: 1615 Coney Island Ave 4th Floor Brooklyn NY 11230

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number: 29393461023

Year, Month, Day: 2024-04-15 | Post Office: 104681 | Amount: $683.86 | Clerk: 5

4-15-24

UNITED STATES POSTAL SERVICE®

CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Pay to: Resdentiencl Marenge Inc

Address: 1651 Coney Island Ave 4th Floor Brooklyn NY 11230

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number: 29393461012

Year, Month, Day: 2024-04-15 | Post Office: 104681 | Amount: $1,000.00 | Clerk: 5

MONEY ORDER RECEIPT - NON NEGOTIABLE

LOAD THIS DIRECTION, THIS SIDE UP

1-22-24

AGT 132616 LOC 000227 DT 012224 $686.83 6HUNDRED86DOLLARS AND 83CENTS

Payable to:

**RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK.** For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.

**PURCHASE AGREEMENT:** You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-800-999-9660.

* 19533174437 *

LOAD THIS DIRECTION, THIS SIDE UP

MONEY ORDER RECEIPT - NON NEGOTIABLE

LOAD THIS DIRECTION, THIS SIDE UP

1-22-24

AGT 132616 LOC 000227 DT 012224 $1000.00 1THOUSANDDOLLARS AND NO CENTS

Payable to:

**RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK.** For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.

**PURCHASE AGREEMENT:** You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-800-999-9660.

* 19533174436 *

LOAD THIS DIRECTION, THIS SIDE UP

LOAD THIS DIRECTION, THIS SIDE UP

2/26/24

AGT 132616 LOC 000227 DT 022624 $683.86 6HUNDRED83DOLLARS AND 86CENTS

Payable to:

**RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK.** For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.

**PURCHASE AGREEMENT:** You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-800-999-9660.

* 19533212167 *

LOAD THIS DIRECTION, THIS SIDE U

OAD THIS DIRECTION, THIS SIDE UP

2/26/24

AGT 132616 LOC 000227 DT 022624 $1000.00 1THOUSANDDOLLARS AND NO CENTS

Payable to:

**RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK.** For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.

**PURCHASE AGREEMENT:** You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-800-999-9660.

* 19533212166 *

UNITED STATES POSTAL SERVICE®

1-27-25

**CUSTOMER'S RECEIPT**

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

Pay to: Residential management Inc

Address: 1651 Coney Island Avenue 4th FL Brooklyn NY 11230

KEEP THIS RECEIPT FOR YOUR RECORDS

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|---|
| 29772076522 | 2025-01-27 | 104681 | $683.86 | 78 |

UNITED STATES POSTAL SERVICE®

1-27-25

**CUSTOMER'S RECEIPT**

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

Pay to: Residential management Inc

Address: 1651 Coney Island Ave 4th FL Brooklyn NY 11230

KEEP THIS RECEIPT FOR YOUR RECORDS

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|---|
| 29772076511 | 2025-01-27 | 104681 | $1,000.00 | 78 |

UNITED STATES POSTAL SERVICE®

2-20-25

**CUSTOMER'S RECEIPT**

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

Pay to: Residential management Inc

Address: 1651 Coney Island Ave 4th Floor Brooklyn NY 11230

KEEP THIS RECEIPT FOR YOUR RECORDS

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|---|
| 29764796488 | [illegible] | [illegible] | $683.86 | [illegible] |

UNITED STATES POSTAL SERVICE®

2-20-25

**CUSTOMER'S RECEIPT**

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

Pay to: Residential management Inc

Address: 1651 Coney Island Avenue 4th Floor Brooklyn NY 11230

KEEP THIS RECEIPT FOR YOUR RECORDS

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|---|
| 29764796477 | 2025-02-20 | 104681 | $1,000.00 | [illegible] |

UNITED STATES POSTAL SERVICE®

3-12-25

**CUSTOMER'S RECEIPT**

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

Pay to: Residential management Inc

Address: 1615 Coney Island Ave 4th FL Brooklyn NY 11230

KEEP THIS RECEIPT FOR YOUR RECORDS

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|---|
| 29780508677 | 2025-03-12 | 104681 | $1,000.00 | 1 |

3-12-25

UNITED STATES POSTAL SERVICE®

CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Pay to Residential Management Inc

Address 1615 Coney Island Ave 4th FL Brooklyn NY 11230

KEEP THIS RECEIPT FOR YOUR RECORDS

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|---|
| 29780508688 | 2025-03-12 | 104681 | $683.86 | 1 |

4-23-25

UNITED STATES POSTAL SERVICE®

CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Pay to Residential management Inc

Address 1651 Coney Island Ave 4th Fl Brooklyn NY 11230

KEEP THIS RECEIPT FOR YOUR RECORDS

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|---|
| 29780579215 | 2025-04-23 | 104681 | $683.86 | 03 |

4-23-25

UNITED STATES POSTAL SERVICE®

CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Pay to Residential management Inc

Address 1651 Coney Island Ave 4th Fl Brooklyn NY 11230

KEEP THIS RECEIPT FOR YOUR RECORDS

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|---|
| 29780579204 | 2025-04-23 | 104681 | $1,000.00 | 03 |

5/23/25

UNITED STATES POSTAL SERVICE®

CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Pay to Residential management Inc

Address 1651 Coney Island Avenue 4th FL Brooklyn NY 11230

KEEP THIS RECEIPT FOR YOUR RECORDS

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|---|
| 29780525643 | 2025-05-23 | 104681 | $683.86 | 03 |

5/23/25

UNITED STATES POSTAL SERVICE®

CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Pay to Residential Management INC

Address 1651 Coney Island Avenue 4th Fl/Brooklyn NY 11230

KEEP THIS RECEIPT FOR YOUR RECORDS

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|---|
| 29780525632 | 2025-05-23 | 104681 | $1,000.00 | 03 |

**CUSTOMER'S RECEIPT** — UNITED STATES POSTAL SERVICE®

6-23-25

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION
NOT NEGOTIABLE

Pay to: Residential Management Inc
Address: 1651 Coney Island AVE 4th FL Brooklyn NY 11230

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number: 38082274571
Year, Month, Day: 2025-06-23 | Post Office: 104681 | Amount: $1,000.00 | Clerk

**CUSTOMER'S RECEIPT** — UNITED STATES POSTAL SERVICE®

6-23-25

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION
NOT NEGOTIABLE

Pay to: Residential Management Inc
Address: 1615 Coney Island AVE 4th FL Brooklyn NY 11230

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number: 38082274582
Year, Month, Day: 2025-06-23 | Post Office: 104681 | Amount: $683.86 | Clerk

**CUSTOMER'S RECEIPT** — UNITED STATES POSTAL SERVICE®

7/28/25

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION
NOT NEGOTIABLE

Pay to: Residential Management Inc
Address: 1651 Coney Island AVE 4th FL Brooklyn NY 11230

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number: 38117301276
Year, Month, Day: 2025-07-28 | Post Office: 104681 | Amount: $1,000.00 | Clerk: 03

**CUSTOMER'S RECEIPT** — UNITED STATES POSTAL SERVICE®

7/28/25

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION
NOT NEGOTIABLE

Pay to: Residential Management I
Address: 1651 Coney Island Ave 4th FL Brooklyn NY 11230

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number: 38117301287
Year, Month, Day: 2025-07-28 | Post Office: 104681 | Amount: $683.86 | Clerk: 03

**CUSTOMER'S RECEIPT** — UNITED STATES POSTAL SERVICE®

8-23-25

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION
NOT NEGOTIABLE

Pay to: Residential Management
Address: P.O. Box 6199 Hicksville. Ny 11802

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number: 38117323978
Year, Month, Day: 2025-08-23 | Post Office: 104681 | Amount: $683.86 | Clerk: 10

**CUSTOMER'S RECEIPT** 8-23-25 UNITED STATES POSTAL SERVICE®

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Pay to Residential Management

Address P.O. Box 6199

Hicksville NY 11802

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number 38117323967

Year, Month, Day 2025-08-23 Post Office 104881 Amount $1,000.00 Clerk 10

**CUSTOMER'S RECEIPT** 9-20-25 UNITED STATES POSTAL SERVICE®

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Pay to Residential Management In

Address P.O. Box 6199

Hicks Ville NY 11802-6199

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number 38117317678

Year, Month, Day 2025-09-20 Post Office 104881 Amount $1,000.00 Clerk 20

**CUSTOMER'S RECEIPT** 9-20-25 UNITED STATES POSTAL SERVICE®

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Pay to Residential Management Inc

Address P.O. Box 6199

Hicks Ville NY 11802-6199

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number 38117317680

Year, Month, Day 2025-09-20 Post Office 104881 Amount 000186 Clerk 20