**MAILED TO ANDREWS 102 LLC AT**

**102 WEST 183RD STREET**
**BRONX, NY 10453**

**1651 CONEY ISLAND AVENUE**
**BROOKLYN, NY 11230**

**AND**

**EMAILED to CHRISTINE PANZA AT cpanza@goldrosenblatt.com**

Dear Andrews 102 LLC,

On February 24, 2026, I received a rent demand claiming that I owe Andrews 102 LLC $5,219.64 for rental arrears for the months of November 2025, December 2025, January 2026, and February 2026.

I do not owe the rental arrears at issue because I have provided the following checks for those months:

a. Money Order # 55099144954- $683.86
b. Money Order # 55099144961 - $1,000.00
c. Money Order # 55099107799 - $683.86
d. Money Order # 55099107782- $1,000.00
e. Money Order # 55099173904- $683.86
f. Money Order # 55099173898- $1,000.00
g. Money Order # 55114988034- $683.86
h. Money Order # 55114988027- $1,000.00

The rent ledger is not accurate and must be corrected. Please send me a corrected rent ledger when these checks are accounted for.

Attached is money order rent receipts to show proof of the payments.

Respectfully,

**CUSTOMER'S RECEIPT** — UNITED STATES POSTAL SERVICE

1-21-26

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

KEEP THIS RECEIPT FOR YOUR RECORDS

Pay to: Residential management INC

Address: 1651 Coney Island Ave 4th FL Brooklyn NY 11230

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|---|
| 55099173904 | 2026-01-21 | 104681 | $683.86 | 78 |

**CUSTOMER'S RECEIPT** — UNITED STATES POSTAL SERVICE

1-21-26
1-21-26

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

KEEP THIS RECEIPT FOR YOUR RECORDS

Pay to: Residential management

Address: 1651 Coney ISland Ave 4th FL BrooKlyN NY 11230

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|---|
| 55099173898 | 2026-01-21 | 104681 | $1,000.00 | 78 |

**CUSTOMER'S RECEIPT** — UNITED STATES POSTAL SERVICE

2-17-26

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

KEEP THIS RECEIPT FOR YOUR RECORDS

Pay to: Residential management Inc

Address: 1651 Coney ISland Ave 4th Floor BrooKlyN NY 11230

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|---|
| 55114988034 | 2026-02-17 | 104681 | $683.86 | 03 |

**CUSTOMER'S RECEIPT** — UNITED STATES POSTAL SERVICE

2-17-26

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

KEEP THIS RECEIPT FOR YOUR RECORDS

Pay to: Residential management Inc

Address: 1651 Coney Island Ave 4th FL BrooKlyN NY 11230

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|---|
| 55114988027 | 2026-02-17 | 104681 | $1,000.00 | 03 |

## CUSTOMER'S RECEIPT

UNITED STATES POSTAL SERVICE ®

12-17-25

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Pay to: Residential Management Inc

Address: 1651 Coney Island Ave 4th Floor Brooklyn NY 11230

KEEP THIS RECEIPT FOR YOUR RECORDS

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|---|
| 55099144954 | 2025-12-17 | 104681 | $683.86 | 03 |

## CUSTOMER'S RECEIPT

UNITED STATES POSTAL SERVICE ®

12-17-25

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Pay to: Residential Management Inc

Address: 1651 Coney Island Ave 4th Floor Brooklyn NY 11230

KEEP THIS RECEIPT FOR YOUR RECORDS

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|---|
| 55099144961 | 2025-12-17 | 104681 | $1,000.00 | 03 |

## CUSTOMER'S RECEIPT

UNITED STATES POSTAL SERVICE ®

11/22/25

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Pay to: Residential management Inc

Address: 1651 Coney Island Ave 4th Floor Brooklyn NY 11230

KEEP THIS RECEIPT FOR YOUR RECORDS

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|---|
| 55099107799 | 2025-11-22 | 104681 | $683.86 | 10 |

## CUSTOMER'S RECEIPT

UNITED STATES POSTAL SERVICE ®

11/22/25

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Pay to: Residential management Inc

Address: 1651 Coney Island Ave 4th Floor Brooklyn NY 11230

KEEP THIS RECEIPT FOR YOUR RECORDS

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|---|
| 55099107782 | 2025-11-22 | 104681 | $1,000.00 | 10 |