**Civil Court of the City of New York**
County of Bronx
Part I

Index Number 310012/26
Motion Cal. # ______ Motion Seq. # 1

## DECISION/ORDER

Andrews 102 LLC

Claimant(s)/Plaintiff(s)/Petitioner(s)

*against*

Kareem Adams

Defendant(s)/Respondent(s)

Recitation, as required by CPLR §2219 (a), of the papers considered in the review of this Motion

| Papers | Numbered |
|---|---|
| Notice of Motion and Affidavits Annexed......... | 1 |
| Order to Show Cause and Affidavits Annexed . .. | |
| Answering Affidavits ..................... ....... | |
| Replying Affidavits....................... ....... | |
| Exhibits ........................... ............ | |
| Other........................... ..... ............ | |

Upon the foregoing cited papers, the Decision/Order on this Motion to

Without written opposition and an acknowledgment is as follows:
from Petitioner's attorney on the record that the Petition has been satisfied, ~~this~~ Respondent's motion is granted and the matter is hereby dismissed without prejudice on the ground that the Petition herein has been satisfied.

The court need not address the remaining ground for dismissal by ~~virtue~~ virtue of the above.

This decision/order is without prejudice to parties' claims/defenses regarding any arrears that may be outstanding to date and without prejudice to parties' claims/defenses in any other pending proceedings between the parties.

This constitutes the decision and order of the court.

SO ORDERED
HON. OMER SH...

7/30/26
Date

Judge, Civil Court, Housing Part