**Andrews 102 LLC**
1651 Coney Island Ave., 4th Floor
Brooklyn NY 11230
(718) 627-0600

## NOTICE TO TENANT OF FAILURE TO RECEIVE RENT PAYMENT

To:

KAREEM ADAMS
102 WEST 183RD STREET - Apt. 2A
BRONX, NY 10453

Monthly Rent: $1,683.86

The sum of $5,219.64

for rent from May 2026

to August 2026

5/26: 168.06 6/26: 1,683.86 7/26: 1,683.86 8/26: 1,683.86

Dated: 08/12/26

Dear Tenant,

Please be advised pursuant to Real Property Law Section 235-e(d) that the Landlord has failed to receive payment of your rent due to date in the sum of $5,219.64 and it is now more than five (5) days since that rent became due. Please make payment to the undersigned Landlord immediately in order to avoid legal action.

____________________ Landlord,
Andrews 102 LLC
1651 Coney Island Ave., 4th Floor
Brooklyn, NY 11230

____________________ Agent,