# FOURTEEN (14) DAY NOTICE

TO: KAREEM ADAMS
102 WEST 183RD STREET, Apt. 2A
BRONX, NY 10453

**PLEASE TAKE NOTICE** that you are hereby required to pay to *ANDREWS 102 LLC* landlord of the above described Premises, the sum of $5,200.98 for rent of the premises as follows

| | |
|---|---|
| AUG26 | $1,683.86 |
| DEC23 | $1,683.86 |
| MAR23 | $53.00 |
| JAN23 | $77.10 |
| DEC22 | $24.10 |
| NOV22 | $24.10 |
| OCT22 | $24.10 |
| SEP22 | $24.10 |
| AUG22 | $1,606.76 |

You are required to pay within FOURTEEN (14) days from the day of service of this notice, on or before 09/14/2026 or give up possession of the premises to the landlord. If you fail to pay or give up the premises the landlord will commence summary proceedings against you to recover possession of the premises.

Dated: August 21, 2026 ANDREWS 102 LLC , Landlord

## NOTA DE CATORCE DIAS

**POR FAVOR SIRVASE TOMAR NOTA** de que usted es requerido, por este medio, de pagar a *ANDREWS 102 LLC* duena de les propiedades arriba descritas por la suma de $5,200.98 por la renta de las propiedades

| | |
|---|---|
| AUG26 | $1,683.86 |
| DEC23 | $1,683.86 |
| MAR23 | $53.00 |
| JAN23 | $77.10 |
| DEC22 | $24.10 |
| NOV22 | $24.10 |
| OCT22 | $24.10 |
| SEP22 | $24.10 |
| AUG22 | $1,606.76 |

Usted es requerido de pagar dentro de los CATORCE (14) dias a continuacion de recibir esta nota o antes de 09/14/2026 o entregar al dueno la posesion de dichas propiedades. Si usted falla en pagar o en entregar las propiedades, la duena de las propiedades se vera oblidada a proceder legalmente para recuperar la posesion de la dichas propiedades.

Dated/Fechado: August 21, 2026 ANDREWS 102 LLC , Landlord

DR01 -33 -2A FILE NO: 185059