**BERRY LAW PLLC**
745 FIFTH AVENUE, 5TH FLOOR
NEW YORK, NEW YORK 10151
*Phone (212) 355-0777*
*Fax (212) 750-1371*

Eric W. Berry (NY)
*e-mail* BerryLawPLLC@gmail.com

October 15, 2026

*by ECF*
Hon. Edgardo Ramos, U.S.D.J.
Southern District of New York
Daniel Patrick Moynihan Courthouse
40 Centre Street, Courtroom 619
New York, New York 10007

Re: *Adams v. Gold & Rosenblatt, LLC, et al.*
Case No. 26 Civ. 2419 (ER)
Request for Rescheduling of pre-motion conference

Your Honor:

Thank you for scheduling the pre-motion conference requested by defendants. *See* ECF 30.

Unfortunately, I have a long-planned family trip overseas between October 24 and November 4, 2026 that conflicts with the scheduled conference date of October 29.

I am therefore requesting that the conference be rescheduled for October 23 or earlier or November 5 or later, if that is at all possible. I also have an all day mediation on November 6. Alternatively, I believe I could participate in a conference by phone on October 29 while traveling, if the Court would prefer that to rescheduling the appearance.

Thank you for your attention to this matter.

Respectfully submitted,

/s/Eric W. Berry
Eric W. Berry

cc: all counsel (via ECF)