**AHMAD KESHAVARZ**
*Attorney at Law*

16 COURT STREET, #2600
BROOKLYN, NY 11241

WWW.NEWYORKCONSUMERATTORNEY.COM
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900
Fax: (877) 496-7809

October 16, 2026

**VIA ECF**

Hon. Edgardo Ramos, U.S.D.J.
United States District Court,
Southern District of New York
40 Foley Square, Courtroom 619
New York, NY 10007

**Re: Consent application to extend from October 22 to November 13 Plaintiff's deadline to respond to Defendants' letter for pre-motion conference to file a motion to dismiss [Dkt. No. 29], and to adjourn the October 29 hearing regarding the same.**

***Adams v. Gold & Rosenblatt LLC, et al.*, 1:26-cv-02419-ER**

Dear Judge Ramos:

The undersigned represents Plaintiff Kareem Adams in this action against Defendants Gold & Rosenblatt LLC, a debt collection law firm, Gold & Rosenblatt P.C., and Randi Rosenblatt, Christine Panza (collectively the "Attorney Defendants"); and against Andrews 102 LLC, a landlord, and its property management company, Residential Management (NY), Inc. (collectively the "Landlord Defendants").

By October 15, 2026 Order [Dkt. No. 30], Your Honor directed Plaintiff to respond to Defendants' October 9, 2026 letter [Dkt. No. 29] by October 22, 2026 and scheduled a pre-motion conference for October 29, 2026. On October 15, 2026, Defendants' counsel requested rescheduling of the pre-motion conference to October 23 or earlier, or November 5 or later. [Dkt. No. 32].

On consent of Defendants, Plaintiff respectfully requests that the Court:

(i) extend his time to respond to Defendants' October 9, 2026 letter from October 22, 2026 to November 20, 2026; and
(ii) reschedule the pre-motion conference from October 29, 2026 to a date after November 20, 2026 convenient for the Court and all Parties—except for November 24, 26, 27 and the afternoon of December 1, 2026 when the undersigned counsel has conflicts.

The reason for the request is that the undersigned will be out of state at a consumer law conference, have multiple depositions, a motion for summary judgment, a mediation (with opposing counsel in this case), and other personal and professional commitments. Also, the additional time will provide an opportunity to confer with my client and with opposing counsel regarding certain factual issues asserted by Defendants. Lastly, counsel for Defendants have also indicated he is out of the country on vacation from October 24 through November 4, and have an

all-day mediation (with the undersigned) on November 6.

The Parties thank the Court for its consideration of this request.

Sincerely,

/s/
Ahmad Keshavarz