UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
KAREEM ADAMS,

Civil Action No. 1:26-cv-2419-ER

Plaintiff,

-against-

GOLD & ROSENBLATT LLC,
GOLD & ROSENBLATT P.C.
RANDI ROSENBLATT,
CHRISTINE PANZA,
ANDREWS 102 LLC, and
RESIDENTIAL MANAGEMENT (NY), INC.

Defendants.
---------------------------------------------------------x

**JOINT RULE 26(F) REPORT AND PROPOSED SCHEDULING ORDER**

Pursuant to Fed. R. Civ. P. 16, the Parties submit to this Joint Rule 26(f) Report.

The parties have considered and conferred as to the matters raised in Rule 26(f), and have stipulated to the following:

1. The parties jointly propose the attached scheduling order.

2. Discovery commences November 25, 2026.

3. Initial disclosures shall be served by December 11, 2026.

4. The Parties have put a litigation hold on all documents relevant or arguably relevant to the claims and defenses in this case, including electronic records (e.g. emails).

**AGREED:**

**The Law Offices of Ahmad Keshavarz**
**Co-Counsel for Plaintiff**

**/s/ Ahmad Keshavarz** **November 25, 2026**
**By: ____________________ Date: ______________**
**Ahmad Keshavarz**

**AGREED:**

**Eric W. Berry**
**Berry Law PLLC**
**Attorneys for Defendants**

**/s/ Eric W. Berry** **November 25, 2026**
**By: ____________________ Date: ________________**
**Eric W. Berry**