UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rev. June. 2013

----------------------------------------------------------x

KAREEM ADAMS,

Plaintiff(s),

- against -

GOLD & ROSENBLATT LLC, et al.,

Defendant(s).

----------------------------------------------------------x

**CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER**

1:26 CV 2419 (ER)

This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1. All parties ~~[consent]~~ [do not consent] to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences. (If all parties consent, the remaining paragraphs of this form need not be completed.)

2. This case [is] ~~[is not]~~ to be tried to a jury.

3. Joinder of additional parties must be accomplished by February 22, 2027.

4. Amended pleadings may be filed until February 22, 2027.

5. Interrogatories shall be served no later than January 5, 2027, and responses thereto shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 [~~shall~~] [shall not] apply to this case.

6. First request for production of documents, if any, shall be served no later than January 5, 2027.

7. Non-expert depositions shall be completed by June 25, 2027.

   a. Unless counsel agree otherwise or the Court so orders, depositions shall not be held until all parties have responded to any first requests for production of documents.

   b. Depositions shall proceed concurrently.

   c. Whenever possible, unless counsel agree otherwise or the Court so orders,

non-party depositions shall follow party depositions. Counsel agree otherwise

8. Any further interrogatories, including expert interrogatories, shall be served no later than May 26, 2027.

9. Requests to Admit, if any, shall be served no later than May 26, 2027.

10. Expert reports shall be served no later than (experts not anticipated at this time).

11. Rebuttal expert reports shall be served no later than (experts not anticipated at this time).

12. Expert depositions shall be completed by (experts not anticipated at this time).

13. Additional provisions agreed upon by counsel are attached hereto and made a part hereof.

14. **ALL DISCOVERY SHALL BE COMPLETED BY** June 25, 2027.

15. Any motions shall be filed in accordance with the Court's Individual Practices.

16. This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

17. The Magistrate Judge assigned to this case is the Hon. Sarah Netburn.

18. If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

19. The next case management conference is scheduled for ____________________, at ___________. (The Court will set this date at the initial conference.)

SO ORDERED.

Dated: New York, New York

______________________

______________________________

Edgardo Ramos, U.S. District Judge

/s/ ______________________
Ahmad Keshavarz
The Law Office of Ahmad Keshavarz
*Co-counsel for Plaintiff*
16 Court St., 26th Floor
Brooklyn, NY 11241
Tel: (347) 308-4859
Fax: (877) 496-7809
Email: ahmad@NewYorkConsumerAttorney.com

November 25, 2026
Date

/s/ ______________________
Eric W. Berry
Berry Law PLLC
*Counsel for Defendants*
745 Fifth Avenue, 5th Floor
New York, New York 10151
+1.212.355.0777 office
+1.917.940.3200 mobile
+1.212.750.1371 facsimile
email: berrylawpllc@gmail.com

November 25, 2026
Date