UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

KAREEM ADAMS,

Plaintiff,

-against-

GOLD & ROSENBLATT LLC,
GOLD & ROSENBLATT P.C.
RANDI ROSENBLATT,
CHRISTINE PANZA,
ANDREWS 102 LLC, and
RESIDENTIAL MANAGEMENT (NY), INC.

Defendants.
----------------------------------------------------------x

Civil Action No. 1:26-cv-2419-ER

**STIPULATION REGARDING DISCOVERY AND FILING SECOND-AMENDED COMPLAINT**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for Plaintiff and Defendants GOLD & ROSENBLATT LLC, GOLD & ROSENBLATT P.C., RANDI ROSENBLATT, CHRISTINE PANZA, ANDREWS 102 LLC, and RESIDENTIAL MANAGEMENT (NY), INC., that:

1. Discovery in this action commences on November 25, 2026;

2. Defendants consent to Plaintiff's filing of the Second-Amended Complaint in this action as a matter of right on or before January 26, 2027. *See* Fed. R. Civ. P. 15(a)(2) (a party may amend its pleading with the opposing party's written consent); and

3. Plaintiff consents to Defendants answering or moving against the Second-Amended complaint on or before February 16, 2027.

Dated: November 25, 2026

/s/
____________________
Ahmad Keshavarz
The Law Office of Ahmad Keshavarz
*Co-counsel for Plaintiff*
16 Court St., 26th Floor
Brooklyn, NY 11241
Tel: (347) 308-4859
Fax: (877) 496-7809
ahmad@NewYorkConsumerAttorney.com

/s/
____________________
Eric W. Berry, Esq.
Berry Law PLLC
*Attorney for Defendants*
745 Fifth Avenue, 5th Floor
New York, New York 10151
+1.212.355.0777 office
+1.212.750.1371 facsimile
berrylawpllc@gmail.com

**SO ORDERED this __________ day of _______________, 2026.**

_________________________
Hon. Edgardo Ramos
District Judge