November 25, 2026

**VIA ECF**

Hon. Edgardo Ramos, U.S.D.J.
United States District Court,
Southern District of New York
40 Foley Square, Courtroom 619
New York, NY 10007

**Re: (i) Joint Application to cancel December 2, 2026 11 a.m. conference as moot, and (ii) the Parties' agreement concerning commencement of discovery and amendment of the First-Amended Complaint**
***Adams v. Gold & Rosenblatt LLC, et al.*, 1:26-cv-02419-ER**

Dear Judge Ramos:

The undersigned represents Plaintiff Kareem Adams in this action against Defendants Gold & Rosenblatt LLC, a debt collection law firm, and Randi Rosenblatt, Christine Panza (collectively the "Attorney Defendants"); and against Andrews 102 LLC, a landlord, and its property management company, Residential Management (NY), Inc. (collectively the "Landlord Defendants").

The Parties write jointly for two reasons.

First, Defendants withdraw without prejudice their October 9 letter a Pre-Motion Conference in Anticipation of Filing a Fed. R. Civ. P. 12(b)(6) Motion to Dismiss [Dot. No. 29] ("Pre-motion Conference Letter").

Consequently, the Parties respectfully request the Court cancel the hearing on the application set for December 2, 2026.

Second, the Parties wanted to elaborate on the reason for the stipulation they just filed and on the reason for Defendants' withdrawal of the Pre-motion Conference Letter without prejudice [Dkt. No. 29].

In the Stipulation the Parties have agreed to commence discovery starting today. One reason for the immediate start of discovery is for Defendants to issue a subpoena to Western Union to trace ten money orders Plaintiff purchased for rent payments to Defendants and which the undersigned have provided to counsel for Defendants in the instant action. The payments are not reflected in the rent ledgers of the Landlord Defendants. The Parties anticipate that it may take up to 60 days for Western Union to fully comply with the subpoena.

In Stipulation the Parties also agreed that Plaintiff may amend as a matter of right his First-Amended Complaint (FAC) by January 26, 2027. *See* Fed. R. Civ. P. 15(a)(2) (a party may amend its pleading with the opposing party's written consent). Plaintiff intends to amend his complaint because, among other reasons, after the filing of the FAC Defendants filed a ninth nonpayment petition against him which Plaintiff contends would form the basis for additional claims in this federal action. The results of Defendants' subpoena to Western Union may also

provide relevant information for an amended complaint.

Separately the Parties are filing a Joint Fed. R. Civ. P. 26(f) Report and Proposed Scheduling Order.

The Parties thank the Court for its consideration.

Sincerely,

/s/
Ahmad Keshavarz
One of Plaintiff's Counsel

/s/
Eric W. Berry
Defendants' Counsel